CASE NO. 12-15737

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,

*Plaintiffs and Appellees,*

v.

ELECTRONIC ARTS, INC.

*Defendant and Appellant.*

Appeal From The United States District Court,
Northern District of California, Case No. 10-CV-3328 RS (DMR),
Hon. Richard Seeborg

## SUBSTITUTION OF ATTORNEY

**KATZ HENRI & YOON LLP**
Michael I. Katz (State Bar No. 181728)
*mkatz@khylaw.com*
Brian D. Henri (State Bar No. 200204)
*bhenri@khylaw.com*
4 Park Plaza, Suite 1040
Irvine, California 92614
Telephone: (949) 748-1910
Facsimile: (949) 242-2670
Attorneys for Plaintiffs/Appellees

142386

The Court and all parties are notified that Plaintiffs and Appellees MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated, make the following substitution:

    Former legal representative:    Thomas Whitelaw LLP

    New legal representative:    Michael I. Katz, State Bar No. 181728

    Brian D. Henri, State Bar No. 200205

    Katz Henri & Yoon LLP

    4 Park Plaza, Suite 1040

    Irvine, CA 92614

    Telephone: (949) 748-1910

I consent to the above substitution.

Dated: June 1_, 2012

_____
Michael E. Davis aka Tony Davis

Dated: June ___, 2012

_____
Vince Ferragamo

Dated: June ___, 2012

_____
Billy Joe Dupree

142386    1

The Court and all parties are notified that Plaintiffs and Appellees MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated, make the following substitution:

Former legal representative:  Thomas Whitelaw LLP

New legal representative:  Michael I. Katz, State Bar No. 181728

Brian D. Henri, State Bar No. 200205

Katz Henri & Yoon LLP

4 Park Plaza, Suite 1040

Irvine, CA 92614

Telephone: (949) 748-1910

I consent to the above substitution.

Dated: June ___, 2012

_____
Michael E. Davis aka Tony Davis

Dated: June 25, 2012

_____
Vince Ferragamo

Dated: June ___, 2012

_____
Billy Joe Dupree

142386                                        1

The Court and all parties are notified that Plaintiffs and Appellees MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated, make the following substitution:

Former legal representative: Thomas Whitelaw LLP

New legal representative: Michael I. Katz, State Bar No. 181728

Brian D. Henri, State Bar No. 200205

Katz Henri & Yoon LLP

4 Park Plaza, Suite 1040

Irvine, CA 92614

Telephone: (949) 748-1910

I consent to the above substitution.

Dated: June ___, 2012

_____
Michael E. Davis aka Tony Davis

Dated: June ___, 2012

_____
Vince Ferragamo

Dated: June 19, 2012

_____
Billy Joe Dupree

142386

1

I consent to the above substitution.

Dated: June ___, 2012

_____
Joseph E. Thomas
Thomas Whitelaw LLP
Former Attorney

I consent to the above substitution.

Dated: June ___, 2012

_____
Brian D. Henri
Katz Henri & Yoon LLP
New Attorney

Dated: June ___, 2012

_____
Austin Tighe
Feazell & Tighe LLP

142386

2

I consent to the above substitution.

Dated: June 12, 2012

_____
Joseph E. Thomas
Thomas Whitelaw LLP
Former Attorney

I consent to the above substitution.

Dated: June 18, 2012

_____
Brian D. Henri
Katz Henri & Yoon LLP
New Attorney

Dated: June 19, 2012

_____
Austin Tighe
Feazell & Tighe LLP

142386

2

9th Circuit Case Number(s) | 12-15737

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) July 2, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Brian D. Henri

*********************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)