CASE NO. 12-15737

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

───────────

MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO,
and BILLY JOE DUPREE, on behalf of themselves and all others
similarly situated,

*Plaintiffs and Appellees,*

v.

ELECTRONIC ARTS, INC.

*Defendant and Appellant.*

───────────

Appeal From The United States District Court,
Northern District of California, Case No. 10-CV-3328 RS (DMR),
The Honorable Richard Seeborg

───────────

**SUBSTITUTION OF ATTORNEY**

───────────

**HENRI LAW GROUP**
Brian D. Henri (Cal. Bar No. 200205)
624 University Avenue
Palo Alto, California 94301
Telephone: (650) 485-2767
Facsimile: (650) 485-2768
Attorneys for Plaintiffs/Appellees

140547

The Court and all parties are notified that the Plaintiffs and Appellees MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated, make the following substitution:

| | |
|---|---|
| Former Legal representative: | Katz Henri & Yoon LLP |
| New Legal Representative: | Brian Henri, State Bar No. 200205 |
| | Henri Law Group |
| | 624 University Ave |
| | Palo Alto, CA 94301 |
| | Telephone: (650) 485-2767 |

I consent to the above substitution.

Dated: Apr. 30, 2013

_____
Michael E. Davis aka Tony Davis

Dated: _____, 2013

_____
Vince Ferragamo

Dated: _____, 2013

_____
Billy Joe DuPree

1-10547

1

The Court and all parties are notified that the Plaintiffs and Appellees MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated, make the following substitution:

| | |
|---|---|
| Former Legal representative: | Katz Henri & Yoon LLP |
| New Legal Representative: | Brian Henri, State Bar No. 200205 |
| | Henri Law Group |
| | 624 University Ave |
| | Palo Alto, CA 94301 |
| | Telephone: (650) 485-2767 |

I consent to the above substitution.

Dated: _____, 2013

_____
Michael E. Davis aka Tony Davis

Dated: 4-30, 2013

_____
Vince Ferragamo

Dated: _____, 2013

_____
Billy Joe DuPree

140547

1

The Court and all parties are notified that the Plaintiffs and Appellees [MI]CHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BIL[LY JO]E DUPREE, on behalf of themselves and all others similarly situated, make [the fol]lowing substitution:

| | |
|---|---|
| Former Legal representative: | Katz Henri & Yoon LLP |
| New Legal Representative: | Brian Henri, State Bar No. 200205 |
| | Henri Law Group |
| | 624 University Ave |
| | Palo Alto, CA 94301 |
| | Telephone: (650) 485-2767 |

[I co]nsent to the above substitution.

[Dat]ed: _____, 2013

_____
Michael E. Davis aka Tony Davis

[Dat]ed: _____, 2013

_____
Vince Ferragamo

[Dat]ed: 4/30, 2013

*Bill DuPree* (signature)
Billy Joe DuPree

I consent to the above substitution.

Dated: 5/07, 2013

_____
Michael I. Katz
Katz & Yoon (formerly Katz, Henri & Yoon LLP)
Former Attorney

I consent to the above substitution.

Dated: 4/29, 2013

_____
Brian Henri
Henri Law Group

I consent to the above substitution.

Dated: 5/06, 2013

_____
Austin Tighe
Feazelle & Tighe LLP
Counsel for Plaintiffs

140547

2