CASE NO. 12-15737

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,

*Plaintiffs and Appellees,*

v.

ELECTRONIC ARTS, INC.

*Defendant and Appellant.*

———————————

Appeal From The United States District Court,
Northern District of California, Case No. 10-CV-3328 RS (DMR),
The Honorable Richard Seeborg

———————————

## SUPPLEMENTAL EXCERPTS OF RECORD

## VOLUME 1 OF 11

———————————

**HENRI LAW GROUP**
Brian D. Henri (Cal. Bar No. 200205)
624 University Ave
Palo Alto, California 94301
Telephone:  (650) 485-2767
Facsimile:   (650) 485-2768
Attorneys for Plaintiffs/Appellees

140547

| APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD | | | |
|---|---|---|---|
| ND. Cal. Docket No. | Document | Date | Page No. |
| Volume 1 of 11 | | | |
| 98 | Declaration of Brian D. Henri In Support of Plaintiffs' Opposition to Electronic Arts, Inc.'s Anti-SLAPP Motion to Strike (Exhibits 1-10, 12, 13, 15-18, 21, 23-30) | 1/5/12 | 1 |
| 99 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 1-3) | 1/5/12 | 185 |
| Volume 2 of 11 | | | |
| 99 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 4-33) | 1/5/12 | 223 |
| Volume 3 of 11 | | | |
| 99 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 34-62) | 1/5/12 | 483 |
| Volume 4 of 11 | | | |
| 99 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 63-79) | 1/5/12 | 783 |
| Volume 5 of 11 | | | |
| 100 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 80-81) | 1/5/12 | 1038 |

| APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD | | | |
|---|---|---|---|
| N.D. Cal. Docket No. | DOCUMENT | DATE | Page No. |
| Volume 6 of 11 | | | |
| 100 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 82-85) | 1/5/12 | 1228 |
| Volume 7 of 11 | | | |
| 100 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 86-87) | 1/5/12 | 1449 |
| Volume 8 of 11 | | | |
| 100 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 88-91) | 1/5/12 | 1643 |
| Volume 9 of 11 | | | |
| 100 | Declaration of Sony B. Barari In Support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss And Anti-SLAPP Motion to Strike (Exhibits 92-97) | 1/5/12 | 1845 |
| Volume 10 of 11 | | | |
| 71 | Motion for Relief From Non-Dispositive Pre-Trial Order of Magistrate Judge | 6/30/11 | 2140 |
| 62 | Notice of Motion and Motion to Strike Pursuant to C.C.P. § 425.16; Memorandum of Points and Authorities In Support Thereof | 6/9/11 | 2144 |
| 102 | Reply In Support of Electronic Arts Inc.'s Anti-SLAPP Motion to Strike and Motion to Dismiss | 1/19/12 | 2150 |
| | | | |

140547

| APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD | | | |
|---|---|---|---|
| N.D. Cal. Docket. No. | Document | Date | Page No |
| 6-1 (9th Cir. Dkt) | Motion By Appellant Electronic Arts Inc. To Stay All Proceedings In This Appeal | 5/11/12 | 2154 |
| Vol. 11 of 11 [**FILED UNDER SEAL**] | | | |
| 101 | Sealed Declaration of Brian D. Henri In Support Of Plaintiffs' Opposition to Electronic Arts Inc.'s Anti-SLAPP Motion to Strike (Exs. 11, 20, 22, & 24) | 1/5/12 | 2161 |

140547

1

BRIAN D. HENRI (State Bar No. 200205)
*bhenri@twtlaw.com*
2
MATTHEW W. MESKELL (State Bar No. 208263)
*mmeskell@twtlaw.com*
3
W. PAUL SCHUCK (State Bar No. 203717)
*pschuck@twtlaw.com*
4
**THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
5
San Francisco, California 94111-4037
Telephone: (415) 820-0400
6
Facsimile: (415) 820-0405

7

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
8
MICHAEL I. KATZ (State Bar No. 181728)
*mkatz@twtlaw.com*
9
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
10
Irvine, California 92612
Telephone: (949) 679-6400
11
Facsimile: (949) 679-6405

12

AUSTIN TIGHE *(admitted pro hac vice)*
*austin@feazell-tighe.com*
13
**FEAZELL & TIGHE LLP**
6618 Sitio Del Rio Boulevard
14
Building C-101
Austin, Texas 78730
15
Telephone: (512) 372-8100
Facsimile: (512) 372-8140
16

Attorneys for Plaintiffs

17
UNITED STATES DISTRICT COURT
18
NORTHERN DISTRICT OF CALIFORNIA
19
SAN FRANCISCO DIVISION
20

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC ARTS, INC.,<br><br>Defendant. | CASE NO. 10-cv-3328 RS (DMR)<br><br>**DECLARATION OF BRIAN D. HENRI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ELECTRONIC ARTS INC.'S ANTI-SLAPP MOTION TO STRIKE**<br><br>Date: January 26, 2012<br>Time: 1:30 p.m.<br>Judge: The Honorable Richard Seeborg<br>Ctrm: 3, 17th Floor |

21

22

23

24

25

26

27

28

121717

I Brian D. Henri, declare:

1.    I am an attorney licensed to practice law in the State of California, am admitted in the Northern District of California, and am a partner at the law firm Thomas Whitelaw LLP, counsel for plaintiffs Michael E. Davis, Vince Ferragamo, and Billy Joe DuPree in this action. The facts stated herein are true of my own knowledge, unless otherwise stated, and if called to testify I could and would testify to those facts.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Jeremy Strauser, dated August 7, 2009, and exhibits M and T thereto, filed by EA in *James ("Jim") Brown v. Electronic Arts, Inc.*, Case No 2:09-cv-01598-DMG-RZ (C.D. Cal).  At the time this Declaration was filed by EA, Mr. Strauser was employed by EA as an "Executive Producer."   I printed these documents from PACER for the Central District of California from the *Brown* case at Docket. Nos. 30 and 30-2.  For the Court's convenience, I underlined the text cited or referred to in Plaintiffs' Opposition.

3.    Attached hereto as Exhibit 2 is a true and correct copy of an interview with Jeremy Strauser, Executive Producer for Madden NFL franchise, posted on the website www.armchairempire.com.  I printed this interview from the web address http://wwww.armchairempire.com/Interviews/madden-2003-Jeremy -Strauser, on June 11, 2011. I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

4.    Attached hereto as Exhibit 3 is a true and correct copy of a blog entry entitled "Welcome to a new season of Madden NFL football," by Ian Cummings, Creative Director for the Madden NFL franchise, dated February 7, 2010 which was posted on EA's website.  I printed this blog entry from EA's website at the web address http://maddennfl.easports.com/blog.action?blogId=superbowlblog on October 10, 2010.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

5.    Attached hereto as Exhibit 4 is a true and correct copy of the Brief for Electronic Arts Inc. as Amicus Curiae Supporting the NFL Respondents in *American Needle, Inc. v. National Football League,* Case No. 08-661 in the Supreme Court of the United States.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

121717

1

6.      Attached hereto as Exhibit 5 is a true and correct copy of an interview with Donnie Moore, whose title at EA is "Rating Czar" for the Madden NFL franchise.  I printed this interview from the website www.sportsgrid.com at the web addresses http://www.sportsgrid.com/nfl/madden-ratings-czar-explains-how-he-became-madden-ratings-czar-what-the-hell-awareness-is/ and http://www.sportsgrid.com/nfl/madden-ratings-czar-on-best-virtual-athlete-ever-breakout-star-of-madden-11/ on December 31, 2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

7.      Attached hereto as Exhibit 6 is a true and correct copy of an interview with Jeremy Strauser, EA's Supervising Producer for Madden NFL 2004, from the website www.operationsports.com.  I printed this interview from the web address www.operationsports.com/features/151/madden-nfl-2004-interview/ on December 31, 2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

8.      Attached hereto as Exhibit 7 are true and correct copies of the relevant portions of "The Official Guide" for Madden NFL 06, Madden NFL 07, and Madden NFL 08.  The official Guides attached hereto bear EA copyright notices.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a printout from EA's website that was produced by EA as part of its document production and Production Numbered EA00002203.

10.     Attached hereto as Exhibit 9 is a true and correct printout from the forum on EA's website.  I printed this from EA's website www.ea.com at the web address http://www.forum.ea.com/eaforum/posts/list/91040, on December 31, 2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

11.     Attached hereto as Exhibit 10 is a true and correct of the relevant portions of a printout from EA's website.  I printed this from EA's website www.ea.com at the web address http://forum.ea.com/eaforim/posts/list /96443.page on June 10, 2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

12.     For Exhibit 11, please see the Sealed Declaration of Brian D. Henri in Support of

Plaintiff's Opposition to EA's Anti-SLAPP motion ("Sealed Henri Decl."), filed concurrently under seal.

13.     Attached hereto as Exhibit 12 are true and correct copies of relevant portions of the Transcript of Proceedings, dated November 16, 2011 from the hearing on Plaintiffs' Second Motion to Compel before Judge Ryu, in which EA's counsel, Adam Lauridsen, describes the spreadsheet submitted under seal as Exhibit 11.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

14.     Attached hereto as Exhibit 13 are true and correct copies of the relevant portions of Electronic Arts, Inc.'s Form 10-K (Annual Report), dated March 31, 2011.  I printed this document from EA's website, on January 1, 2012, at this address: http://investor.ea.com/sec.cfm?DocType=&DocTypeExclude=&SortOrder=FilingDate%20Descending&Year=&Pagenum=4&FormatFilter=&CIK= .  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

15.     For Exhibit 14, please see the Sealed Henri Decl. filed under seal concurrently.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Jeffrey Kessler and the License Agreement between Electronic Arts Inc. and the National Football Museum, Inc (dba The Pro Football Hall of Fame) and National Football League Players Incorporated, dated April 20, 2006 (which is attached to Mr. Kessler's declaration as Exhibit 4). Mr. Kessler's Declaration and the License Agreement are publicly available through Pacer in *Parrish v. National Football League Players Association*, Case No. 3:07-cv-00943-WHA (N.D. Cal.).  I printed Mr. Kessler's Declaration and the License Agreement from Pacer for the Northern District of California in the *Parish* case at Docket Nos. 385 and 385-4 respectively.  I bracketed and underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

17.     Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Jeffrey Kessler and Addendum to the License Agreement, dated March 1, 1998, between Electronic Arts Inc. and the National Football League Players Incorporated, in which EA licensed certain identified retired players' likenesses for its Madden video game.  Mr. Kessler's Declaration and the Addendum are publicly available through Pacer in *Parrish v. National Football League*

121717

3

1   *Players Association*, Case No. 3:07-cv-00943-WHA (N.D. Cal.).  I printed Mr. Kessler's
2   Declaration and the License Agreement from Pacer for the Northern District of California in the
3   Parish case at Docket Nos. 385, and 385-2 respectively.  I underlined the text cited or referred to
4   in Plaintiffs' Opposition for the Court's convenience.
5       18.     Attached hereto as Exhibit 17 is a true and correct copy of an article from the
6   website www.chicagobreakingsports.com.  I printed this article from the web addresses
7   http://archive.chicagobreakingsports.com/2011/03/soldier-field-to-be-featured-in-madden-12.html
8   on January 1, 2012. I underlined the text cited or referred to in Plaintiffs' Opposition for the
9   Court's convenience.
10      19.     Attached hereto as Exhibit 18 is a true and correct copy of a letter from Lashun
11  Lawson, Assistant Vice President of Multimedia at Players Inc. to Jeremy Strauser of EA, dated
12  May 31, 2001 that was produced by EA with Production Number EA00000128.  I underlined the
13  text cited or referred to in Plaintiffs' Opposition for the Court's convenience.
14      20.     For Exhibit 19, please see the Sealed Henri Decl. filed concurrently under seal.
15      21.     For Exhibit 20, please see the Sealed Henri Decl. filed concurrently under seal.
16      22.     Attached hereto as Exhibit 21 is a true and correct copy of Defendant Electronic
17  Arts Inc.'s Third Amended Responses [sic] to Plaintiffs' Interrogatory No. 8, dated December 8,
18  2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the Court's
19  convenience.
20      23.     For Exhibit 22, please see the Sealed Henri Decl. filed concurrently under seal.
21      24.     Attached hereto as Exhibit 23 are true and correct copies of the relevant portions of
22  the testimony of Joel Linzner, EA's Director of Business Affairs, from the Trial Transcript in
23  *Parrish et al. v. National Football League Players Associationl,* Case No. 3:07-cv-00943-WHA
24  (N.D. Cal.).  I printed the attached Trial Transcript excerpts from Pacer at Docket No. 522 for
25  *Parrish,* Case No. 3:07-cv-00943-WHA (N.D. Cal.).  I underlined the text cited or referred to in
26  Plaintiffs' Opposition for the Court's convenience.
27      25.     Attached hereto as Exhibit 24 is true and correct copy of the Legal Notices posted
28  on EA's website www.ea.com for its Tiger Woods video games.  I printed the "Legal Notices"

1    from the web address www.ea.com/1/legal-notices, on December 30, 2011.  I underlined the text

2    cited or referred to in Plaintiffs' Opposition for the Court's convenience.

3         26.    Attached hereto as Exhibit 25 is true and correct copy of the Legal Notices on EA's

4    website for the video game Tiger Woods PGA Tour Online.  I printed the "Legal Notices" from

5    the web address www.tigerwoodsonline.ea.com/credits, on December 30, 2011.  I underlined the

6    text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

7         27.    Attached hereto as Exhibit 26 is a true and correct copy of a printout from the

8    website www.Amazon.com for the EA Sports 08 Collection.  I printed this document from the

9    web address http://www.amazon.com/EA-Sports-08-Collection-

10   Pc/dp/B000B7PW6E/ref=sr_1_1?ie=UTF8&qid=1325315703&sr=8-1 on January 1, 2012.  I

11   underlined the text cited or referred to in Plaintiffs' Opposition for the Court's convenience.

12        28.    Attached hereto as Exhibit 27 is are true and correct copies of the Declaration of

13   Jill Hamburger In Support of Defendant Electronic Arts Inc.'s Opposition To Plaintiff's Motion

14   for Class Certification in the *Pecover v. Electronic Arts Inc.*, Case No C 08-02820 VRW (N.D.

15   Cal.), and the relevant portions of the Expert Report [of Jill Hamburger] In Support of EA's

16   Opposition to Class Certification, dated February 19, 2010 and attached as Exhibit 1 to Ms.

17   Hamburger's Declaration.  I printed these documents from PACER for the Northern District of

18   California from the *Pecover* matter at Docket Nos. 108 and 108-1.  I underlined the text cited or

19   referred to in Plaintiffs' Opposition for the Court's convenience.

20        29.    Attached hereto as Exhibit 28 are true and correct copies of relevant portions of the

21   Declaration of Stuart M. Paynter In Support of Plaintiffs' Motion to Exclude the "Expert" Opinion

22   of Jill Hamburger and Strike Section II.B. of Defendant's Response to Plaintiffs' Motion for Class

23   Certification, dated April 1, 2010, and the relevant portions of Exhibit 1 thereto (deposition

24   transcript of Jill Hamburger), from *Pecover  v. EA*, Case No. 08-02820 VRW (N.D. Cal.).  I

25   printed these documents from Pacer for the Northern District of California from the *Pecover* case

26   at Docket Nos. 131 and 131-1.  I underlined the text cited or referred to in Plaintiffs' Opposition

27   for the Court's convenience.

28        30.    Attached hereto as Exhibit 29 are true and correct copies of relevant portions of

1   Electronic Arts Inc.'s Reply in Support of its Motion to Dismiss the Complaint Pursuant to Fed. R.

2   Civ. P. 12(b)(6), dated September 18, 2009, in *Keller v. Electronic Arts Inc.,* Case No. CV-09-

3   1967-CW (N.D. Cal.).  I printed this document from Pacer for the Northern District of California

4   from the *Keller* case at Docket No. 87.  I underlined the text cited or referred to in Plaintiffs'

5   Opposition for the Court's convenience.

6        31.     On January 16, 2011 EA was still selling its Madden NFL 08 video game on its

7   website www.ea.com.  For example, EA was offering for sale its Madden NFL 08 PC edition for

8   download for $9.95.  Attached hereto as Exhibit 30 is a true and correct copy of a printout from

9   EA's website showing its Madden NFL 08 video game available for purchase for $9.95.  I printed

10  this screenshot from EA website from the web address http://www.ea.com/games/madden-nfl-08

11  on January 16, 2011.  I underlined the text cited or referred to in Plaintiffs' Opposition for the

12  Court's convenience.

13       32.     Attached hereto as Exhibit 31 is true and correct copy of the Legal Notices posted

14  on EA's website www.ea.com for its Madden NFL video games.  I printed the "Legal Notices"

15  from the web address www.ea.com/1/legal-notices, on January 2, 2012.  I underlined the text cited

16  or referred to in Plaintiffs' Opposition for the Court's convenience.

17       I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19       Executed on January 5, 2011, at San Francisco, California.

20

21

22                                    /s/ Brian D. Henri
                                    _____

23                                    Brian D. Henri

24

25

26

27

28

121717

6

# EXHIBIT 1

EXHIBIT 1

SER 8

# DECLARATION OF JEREMY STRAUSER

I, Jeremy Strauser, declare:

1.    I am not a party to this action, and am over the age of 18 years.  Unless expressly stated otherwise, I have personal knowledge of the information set forth in this declaration, and, if called as a witness, I could and would competently testify to the facts set forth below.

2.    I am employed by defendant Electronic Arts Inc. ("EA") as an Executive Producer.  I have held this position since 2007.  EA, which was founded in 1982, is one of the world's leading interactive entertainment software companies.  It develops, publishes, and distributes interactive software worldwide for video game systems, personal computers, cellular handsets, and the Internet.  In my capacity as Executive Producer, I am responsible for the overall development of *Madden NFL*, which EA publishes annually, and am familiar with the game's content.

3.    *Madden NFL* is a video game series that allows users to simulate an NFL football game.  The first edition of the game, titled *John Madden Football*, was published in or around 1987.  In 1993, the game's title was changed to *Madden NFL*, and it is now available for play on numerous platforms, including PlayStation 2, PlayStation 3, PSP, Wii, and Xbox 360.

4.    On April 22, 2009, EA lodged with this Court as **Exhibits A-H**, respectively, true and correct copies of *Madden NFL '02*, *Madden NFL '03*, *Madden NFL '04*, *Madden NFL '05*, *Madden NFL '06*, *Madden NFL '07*, *Madden NFL '08*, and *Madden NFL '09*, along with a PlayStation 2 console and two controllers.  I have played each of these annual editions of the game.

5.    As a review of the editions of *Madden NFL* lodged with the Court demonstrates, the video games are constructed from an array of graphics, sound, and information.  Once a user chooses two NFL teams to compete against one another, the video game assigns a stadium for the match-up and populates it with players,

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

SER 9

1  coaches, referees, fans, and cheerleaders – all designed and rendered by EA's graphic

2  artists. The game simulates NFL football using these high-definition graphics, which

3  also include lighting effects, and weather. The game offers users numerous audio

4  features, as well, such as a soundtrack, action-specific, network-television-style,

5  play-by-play commentary, and realistic original game sounds, such as the crunch of

6  players' pads, the quarterback's audible play-calling, and the roar of the crowd.

7      6.    *Madden NFL* allows users to customize their game-play experience by

8  creating and managing NFL franchises, drafting players to include on their rosters,

9  and assembling offensive and defensive playbooks, among other things. The game

10  contains special features, like the Madden IQ System, which enables users to adjust

11  the virtual players' levels of performance so that users of different skill levels may

12  compete against one another, and the Superstar Mode, which allows users to direct a

13  rookie athlete's career. The choices that a user makes concerning the virtual athlete's

14  career affect that athlete's game performance.

15      7.    Each edition of the *Madden NFL* series offers users the option to select

16  among all 32 current NFL teams, with approximately 1,500 virtual players. In

17  editions of the game for some platforms, users may choose to play not only that

18  season's NFL teams, but also historical teams, including the 1965 Cleveland Browns

19  and All Browns teams. These editions of the game include approximately 175

20  additional teams, each of which fields approximately 50 virtual players. Thus, the

21  total number of virtual NFL players in each edition of *Madden NFL* that is at issue in

22  this lawsuit is approximately 10,250. The virtual players on the current NFL teams

23  depicted in the *Madden NFL* series are referred to by the name of the real-life

24  players, and they wear the same uniform number as the real-life players. In contrast,

25  the virtual players on the historical teams are referred to by their position and

26  number, such as HB #37.

27      8.    The outcome of the game simulation depends in large part on the skill of

28  the users, who call plays on offense and defense, and manipulate controllers to

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  control the actions of the virtual players on the field.  Virtual players' personal
2  characteristics (such as height, weight, athletic ability, and experience) and other
3  game variables (such as crowd noise and play-calling) also influence a team's
4  performance.  Users may alter the abilities and appearances of the virtual players
5  already assigned to teams, or may create custom virtual players from scratch for use
6  in the game simulations.  Those user decisions also influence the outcome of the
7  game simulation.

8       9.     Jim Brown's name is not used in any way in any of these editions of
9  *Madden NFL*; it does not appear visually and is not in the commentary or soundtrack.

10      10.    EA also has attached to this Request "screen grab" images of the virtual
11  running backs from the 1965 Cleveland Browns and All Browns teams found on
12  *Madden NFL '06* through *Madden NFL '09*.

13          a.     True and correct copies of those "screen grab" images from
14  *Madden NFL '06* are attached as **Exhibit I**;

15          b.     True and correct copies of those "screen grab" images from
16  *Madden NFL '07* are attached as **Exhibit J**;

17          c.     True and correct copies of those "screen grab" images from
18  *Madden NFL '08* are attached as **Exhibit K**; and

19          d.     True and correct copies of those "screen grab" images from
20  *Madden NFL '09* are attached as **Exhibit L**.

21      11.    EA licenses from the NFL the right to use its teams' names, logos, and
22  stadiums in the *Madden NFL* series.  That license remains in effect.

23      12.    Every year since 1989, EA has published an annual edition of the game,
24  and has registered its copyright in these new editions.  EA has published its annual
25  editions of *Madden NFL* no later than August 31 of the year preceding its release.  In
26  other words, *Madden NFL '02* was published in or around August 2001, and *Madden*
27  *NFL '09* was published in or around July 2008.

28

STRAUSER DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

13. *Madden NFL '02* first was published in or around August 2001. Attached to this declaration as **Exhibit M** is a true and correct copy of the United States Copyright Office's Certificate of Registration for *Madden NFL '02* as released for the PlayStation platform, which states that *Madden NFL '02* was released in or around August 2001.

14. *Madden NFL '03* first was published in or around August 2002. Attached to this declaration collectively as **Exhibit N** are true and correct copies of the United States Copyright Office's Certificates of Registration for *Madden NFL '03* as released for the Nintendo GameCube, Xbox, PlayStation, and PlayStation 2 platforms, which state that *Madden NFL '03* was released in or around August 2002.

15. *Madden NFL '04* first was published in or around August 2003. Attached to this declaration collectively as **Exhibit O** are true and correct copies of the United States Copyright Office's Certificates of Registration for *Madden NFL '04* as released for the PlayStation, PlayStation 2, Game Boy Advance, Nintendo GameCube, Windows CD-ROM, and Xbox platforms, which state that *Madden NFL '04* was released in or around August 2003.

16. *Madden NFL '05* first was published in or around August 2004. Attached to this declaration collectively as **Exhibit P** are true and correct copies of the United States Copyright Office's Certificates of Registration for *Madden NFL '05* as released for the PlayStation 2 and Nintendo GameCube platforms, which state that *Madden NFL '05* was released in or around August 2004.

17. *Madden NFL '09* first was published in or around July 2008. Attached to this declaration collectively as **Exhibit T** are true and correct copies of the United States Copyright Office's Certificates of Registration for *Madden NFL '09* as released for the NDS, Wii, PlayStation Portable, PlayStation 2, PlayStation 3, Xbox and Xbox 360 platforms, which state that *Madden NFL '09* was release in or around July 2008.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  This Declaration was executed on August 7, 2009, in Orlando, Florida. I

2  declare under penalty of perjury under the laws of the United States of America and

3  the State of Florida that the foregoing is true and correct.

4

5

6                                                    Jeremy Strauser

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8B

STRAUSER DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT N

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
For a Work of the Performing Arts

**PA 1-116-679**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|
| 8 | 16 | 02 |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**

Madden NFL 2003 (for Nintendo GameCube )

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Multimedia CD-ROM

**2** **a** **NAME OF AUTHOR ▼**

Electronic Arts Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ► USA
{ Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Budcat Creations LLC

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ► USA
{ Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program.

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ►
{ Domiciled in ►

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◄ Year In all cases.
2002

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ► August Day ► 12 Year ► 2002
ONLY if this work has been published.      USA      ◄ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement between Electronic Arts and Budcat Creations LLC.

APPLICATION RECEIVED
Aug 16. 2002
ONE DEPOSIT RECEIVED
Aug 16. 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ►**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

40

**Exhibit N**

SER 15

| EXAMINED BY | GJ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  PA 1-060-379     Year of Registration ▼  2001

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Pre-existing code & audiovisual material.

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New code & audiovisual material.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

ELECTRONIC ARTS INC.                    DA 075612

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Lisa Tensfeldt
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

Area code and daytime telephone number ► ( 650 ) 628-7545     Fax number ► ( 650 ) 628-1422

Email ► ltensfeldt@ea.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ►

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  copyright claimant.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lisa Tensfeldt                                    Date ► 8/14/02  8/15/02

Handwritten signature (X) ▼

X _Lisa Tensfeldt_

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Electronic Arts Inc. / Attn: Lisa Tensfeldt |
|---|---|
| | Number/Street/Apt ▼ 209 Redwood Shores Parkway |
| | City/State/ZIP ▼ Redwood City CA 94065 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 606(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000
WEB REV: June 1999

☆ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/58

SER 16

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-112-607**

EFFECTIVE DATE OF REGISTRATION

Month 9  Day 9  Year 02

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

Madden NFL 2003 (for the Xbox video game system )

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Multimedia CD-ROM

---

**NAME OF AUTHOR ▼**

Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ► USA
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ►
Domiciled in ►

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2002  ◄ Year In all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information  Month ► August  Day ► 12  Year ► 2002
USA  ◄ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 09 2002
ONE DEPOSIT RECEIVED
SEP 09 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _2_ pages

42

EXAMINED BY _NLC_  FORM PA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼ If your answer is "no," go to space 7
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼ PA 1-060-378   Year of Registration ▼ 2001

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a  Pre-existing code & audiovisual material owned by claimant (Madden NFL 2002, Xbox)

b  Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New code & audiovisual material.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a  Name ▼ ELECTRONIC ARTS INC.   Account Number ▼ DA 075612

b  CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Lisa Tensfeldt
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065
Area code and daytime telephone number ▶ ( 650 ) 628-7545   Fax number ▶ ( 650 ) 628-1422
Email ▶ ltensfeldt@ea.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _copyright claimant._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lisa Tensfeldt   Date ▶ 9/5/02
Handwritten signature (X) ▼
x _Lin Tensfeldt_

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Electronic Arts Inc. / Attn: Lisa Tensfeldt
Number/Street/Apt ▼ 209 Redwood Shores Parkway
City/State/ZIP ▼ Redwood City CA 94065

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000
As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500
June 1999—200,000
WEB REV. June 1999   ⊕ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

43

SER 18

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
**United States of America**



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
R

**PA 1-117-213**

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 10 | 2 | 02 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Madden NFL 2003 (for the PlayStation console)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions
Multimedia CD-ROM

---

**2**

**NAME OF AUTHOR ▼**
Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Budcat Creations, LLC.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Audiovisual material and computer program.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2002

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 12   Year ▶ 2002
USA
◀ Nation

---

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written agreement between Electronic Arts Inc. and Budcat Creations, LLC.

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
OCT 0 2 2002
**ONE DEPOSIT RECEIVED**
OCT 0 2 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

44

SER 19

EXAMINED BY  ____  **FORM PA**

CHECKED BY

CORRESPONDENCE  ☐  **FOR COPYRIGHT OFFICE USE ONLY**
Yes

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼
PA.1-038-201                               2001

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Pre-existing code & audiovisual material owned by claimant (Madden NFL 2002, PlayStation)

**6**
**a**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New code & audiovisual material.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

ELECTRONIC ARTS INC.                            DA 075612

**7**
**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lisa Tensfeldt
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number ▶ ( 650 ) 628-7545       Fax number ▶ ( 650 ) 628-1422
Email ▶ ltensfeldt@ea.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶
☐ owner of exclusive right(s)
☑ authorized agent of  copyright claimant.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lisa Tensfeldt                                          Date ▶ 8/30/02

Handwritten signature (X) ▼
X _____

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Electronic Arts Inc. / Attn: Lisa Tensfeldt
Number/Street/Apt ▼
209 Redwood Shores Parkway
City/State/ZIP ▼
Redwood City CA 94065

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999
PRINTED ON RECYCLED PAPER
U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/68

45

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNI—
REC

PA 1-117-223

EFFECTIVE DATE OF REGISTRATION

10 — 4 — '02
Month — Day — Year



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Madden NFL 2003 (for the PlayStation 2 computer entertainment system )

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Multimedia CD-ROM

**2**

**NAME OF AUTHOR ▼**

Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed.
Audiovisual material and computer program.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August  Day ▶ 12  Year ▶ 2002
USA  ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT 04 2002
ONE DEPOSIT RECEIVED
OCT 04 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

46

Case: 12-56310 Case 2:10-cv-03328-RS Document 30-2 Filed 08/07/09 Page 15 of 56 of 226
Case 2:09-cv-01598-DMG-RZ   Document 30-2   Filed 08/07/09   Page 12 of 65   Page ID
#:509

EXAMINED BY _____ 68 ____

CHECKED BY _____

CORRESPONDENCE
☐ Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**  PA 1-038-252        **Year of Registration ▼**  2001

**5**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

Pre-existing code & audiovisual material owned by claimant (Madden NFL 2002, PlayStation 2)

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New code & audiovisual material.

**6**

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                              **Account Number ▼**

ELECTRONIC ARTS INC.                                   DA 075612

**7**

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Lisa Tensfeldt ,
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

Area code and daytime telephone number ▶ ( 650 ) 628-7545          Fax number ▶ ( 650 ) 628-1422
Email ▶ ltensfeldt@ea.com

CERTIFICATION*  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  copyright claimant.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lisa Tensfeldt                                                        Date ▶  9/30/02

Handwritten signature (X) ▼

X _____ Lisa Tensfeldt _____

Certificate will be mailed in window envelope to this address:

**Name ▼**
Electronic Arts Inc. / Attn:  Lisa Tensfeldt
**Number/Street/Apt ▼**
209 Redwood Shores Parkway
**City/State/ZIP ▼**
Redwood City CA 94065

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ♺ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/58
WEB REV: June 1999

47

SER 22

Case: 12-56371-cv-02332898-RS   Document 98639 Filed 01/05/12   Page 16 of 56 of 226
Case 2:09-cv-01598-DMG-RZ   Document 30-2   Filed 08/07/09   Page 51 of 65   Page ID
#:548

# EXHIBIT T

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy
right Office, or call (202) 707-3000.

**FORM PA** ©

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA _____ . PAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

. DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Madden NFL 09 (for the NDS)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Computer game software including audiovisual material

**2**

**a** NAME OF AUTHOR ▼

Electronic Arts Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **USA**
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

Exient Limited

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of **United Kingdom**
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
{ Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information
2008
Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
ONLY if this work
has been published.
Month **July** Day **29** Year **2008**
**United States** Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transferred from Exient Limited to Electronic Arts Inc.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

**Exhibit T**

SER 24

| EXAMINED BY | | FORM FA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   PA 1-595-676   Year of Registration ▼   2007

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Portions of code & audiovisual material are pre-existing.

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional code & audiovisual material.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼   ELECTRONIC ARTS INC.   Account Number ▼   DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number  ( 650  ) 628-9131      Fax number   ( 650  ) 628-1422

Email  rhembrador@ea.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Electronic Arts Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Randy S. Hembrador                                                      Date   9/11/08

Handwritten signature (X) ▼

✍    x

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Electronic Arts Inc. c/o Randy S.Hembrador |
| --- | --- |
| | Number/Street/Apt ▼<br>209 Redwood Shores Parkway |
| | City/State/ZIP ▼<br>Redwood City CA 94065 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          82          U.S. Government Printing Office: 2000-461-113/20,021

SER 25

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

# FORM PA

**For a Work of the Performing Arts**
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

PA      PAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Madden NFL 09 All-Play (for the Wii)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Computer game software including audiovisual material

---

**2**

**a**   **NAME OF AUTHOR ▼**

Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of __USA__
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2008
Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month __July__ Day __29__ Year __2008__
United States   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

83

SER 26

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM PA

* FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

ELECTRONIC ARTS INC.                    DA 075612

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065
Area code and daytime telephone number ( 650 ) 628-9131          Fax number ( 650 ) 628-1422
Email rhembrador@ea.com

b

H

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Electronic Arts Inc.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Randy S. Hembrador                    Date 9/11/2008

Handwritten signature (X) ▼
x

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Electronic Arts Inc. c/o Randy S. Hembrador
Number/Street/Apt ▼
209 Redwood Shores Parkway
City/State/ZIP ▼
Redwood City CA 94065

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  © Printed on recycled paper          84          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy
right Office or call (202) 707-3000.

# FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA      PAU

EFFECTIVE DATE OF REGISTRATION

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**   **TITLE OF THIS WORK ▼**

Madden NFL 09 (for the PlayStation Portable)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Computer game software including audiovisual material

---

**2**   **a**   **NAME OF AUTHOR ▼**

Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of
{ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**   **a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
2008

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month July Day 29 Year 2008
ONLY if this work has been published. United States   Nation

---

**4**   **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

85

SER 28

Case: 12-56371-cv-01598-DMG-RZ    Document 30-2    Filed 01/05/12    Page 22 of 56    of 226
Case 2:09-cv-01598-DMG-RZ    Document 30-2    Filed 08/07/09    Page 57 of 65    Page ID
#:554

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

ELECTRONIC ARTS INC.          DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number   ( 650  ) 628-9131          Fax number   ( 650  ) 628-1422
Email  rhembrador@ea.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Electronic Arts Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Randy S. Hembrador                                        Date   9/11/08

Handwritten signature (X) ▼
X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Electronic Arts Inc. c/o Randy S. Hembrador | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>209 Redwood Shores Parkway | **SEND ALL 3 ELEMENTS**<br>**IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>Redwood City CA 94065 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000    Web Rev. June 2002    ⊕ Printed on recycled paper          86          U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

# FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Madden NFL 09 (for the PlayStation 2)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Computer game software including audiovisual material

---

**2** **a** NAME OF AUTHOR ▼

Electronic Arts Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___ USA ___
     Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
     Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ___
     Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3** **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2008

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month July  Day 29  Year 2008
United States Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

SER 30

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>   Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**      **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**      **Account Number ▼**

ELECTRONIC ARTS INC.      DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number ( 650 ) 628-9131     Fax number ( 650 ) 628-1422-

Email rhembrador@ea.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Electronic Arts Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Randy S. Hembrador      Date 9/11/2008

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼ |
|---|---|
| | Electronic Arts Inc. c/o Randy S. Hembrador |
| | Number/Street/Apt ▼ |
| | 209 Redwood Shores Parkway |
| | City/State/ZIP ▼ |
| | Redwood City CA 94065 |

**YOU MUST:**
• Complete all necessary spaces.
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev: June 2002  ♻ Printed on recycled paper      88      U.S. Government Printing Office: 2000-461-113/20,021

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy
right Office, or call (202) 707-3000.

# FORM PA

**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Madden NFL 09 (for the PLAYSTATION 3)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See Instructions**

Computer game software including audiovisual material

## 2

**a** NAME OF AUTHOR ▼

Electronic Arts Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given Year in all cases.
2008

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month July Day 29 Year 2008
ONLY if this work has been published.
United States                                    Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

SER 32

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | : | |
| □ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  □ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
PA 1-591-970                                              2007

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Portions of code & audiovisual material are pre-existing.

**a**

**6**

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional code & audiovisual material.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

ELECTRONIC ARTS INC.                                      DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number  ( 650 ) 628-9131        Fax number  ( 650 ) 628-1422

Email rhembrador@ea.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  Electronic Arts Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Randy S. Hembrador                                       Date  01/11/08

Handwritten signature (X) ▼

x

Certificate will be mailed in window envelope to this address:

| Name ▼ |
|---|
| Electronic Arts Inc. c/o Lisa Tensfeldt  RANDY S. HEMBRADOR |
| Number/Street/Apt ▼ |
| 209 Redwood Shores Parkway |
| City/State/ZIP ▼ |
| Redwood City CA 94065 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊛ Printed on recycled paper        90        U.S. Government Printing Office: 2000-461-113/20,021

SER 33

Copyright Office fees are subject to change
For current fees, check the Copyright Office
website at www.copyright.gov write the Copy
right Office or call (202) 707-3000.

# FORM PA

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  | PA | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Madden NFL 09 (for the Xbox)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Computer game software including audiovisual material

**2**

**a**  NAME OF AUTHOR ▼

Electronic Arts Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of __USA__
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
     { Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given
Year in all cases.
2008

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month __July__ Day __29__ Year __2008__
ONLY if this work
has been published.          United States          Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Electronic Arts Inc.
209 Redwood Shores Pkwy
Redwood City CA 94065

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

91

SER 34

| EXAMINED BY : | | FORM PA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

ELECTRONIC ARTS INC.                            DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065
Area code and daytime telephone number   ( 650 )  628-9131          Fax number   ( 650 )  628-1422
Email rhembrador@ea.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
Check only one ▶ ☐ owner of exclusive right(s)
☒ authorized agent of Electronic Arts Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Randy S. Hembrador                                         Date 9/11/2008

Handwritten signature (X) ▼
☞        x

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Electronic Arts Inc. c/o Randy S. Hembrador | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
| | Number/Street/Apt ▼<br>209 Redwood Shores Parkway | **SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>Redwood City CA 94065 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000   Web Rev: June 2002   ⊕ Printed on recycled paper          92          U.S. Government Printing Office: 2000-461-113/20,021

SER 35

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

# FORM PA
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| PA | PAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Madden NFL 09 (for the Xbox 360)

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Computer game software including audiovisual material

---

**2**

**a**
NAME OF AUTHOR ▼
Electronic Arts Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of  USA
{ Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program, audiovisual material.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
{ Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2008
Year   This information must be given in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month  July   Day  29   Year  2008
United States   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Electronic Arts Inc.
209 Redwood-Shores Pkwy
Redwood City CA 94065

See Instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

SER 36

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ PA 1-590-956    **Year of Registration** ▼ 2007

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Portions of code & audiovisual material are pre-existing.

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional code & audiovisual material.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

ELECTRONIC ARTS INC.                DA 075612

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Randy S. Hembrador
Electronic Arts Inc.
209 Redwood Shores Parkway
Redwood City CA 94065

**b**

Area code and daytime telephone number  ( 650 ) 628-9131     Fax number  ( 650 ) 628-1422
Email rhembrador@ea.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Electronic Arts Inc.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Randy S. Hembrador                              Date  9/11/08

Handwritten signature (X) ▼
x _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Electronic Arts Inc. c/o ~~Lisa Tenstedt~~ RANDY S. HEMBRADOR | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material MAIL TO: Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |
| | **Number/Street/Apt** ▼ 209 Redwood Shores Parkway | |
| | **City/State/ZIP** ▼ Redwood City CA 94065 | |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT 2

EXHIBIT 2
SER 38

The Armchair Empire – Interview: Madden NFL 2003 Q&A                    Page 1 of 3



PC | 3DS, DS, PSP | Wii | PlayStation 3 | Xbox 360 | Retired: GBA | GameCube | PlayStation 2| Xbox |
News | Reviews | Previews | Features | Classics | Goodies | Anime | Forums

MONEY SAVING DEALS
YOU CAN'T AFFORD TO MISS

Google Search
☑only search AE

· Ads by Google        Classic        Pré Vestibular 2009        Gaming PC 2009        Kaspersky 2009

## Details

Jeremy Strauser got involved with the Madden NFL franchise almost at its genesis. And in 2003 he's still deep in the trenches -- probably even deeper in his role as producer. We recently caught up with Jeremy and peppered him with questions about the upcoming Madden 2003. We cover what would happen if Mr. Madden went for his final field goal, changes to the play-by-play, and the Mini-Camp feature among many other topics. Thanks for your time, Jeremy!

### Newsletter

Be notified of site updates. Sign-up for the Newsletter sent out twice weekly. Enter E-Mail Address Below:

_____

◉ Subscribe | Unsubscribe ○
[Update.]

# Madden NFL 2003 Q&A with Jeremy Strauser
### Conducted by Tim Martin

**Who are you, how'd you wind up at EA, and what is your general background?**
Jeremy Strauser, Producer on the Madden NFL series of games. I came to EA because I was and still am a huge sports fan. I always liked video games (going back to Atari 2600 days) and when EA started doing sports games on the Sega Genesis in the early 90's I played them all the time. In the infancy of the Internet I found the associate producer of Madden posting on a newsgroup and started trading emails with him about the game. After doing that for a while, he asked me if I wanted to come out to California to test their new version -- I took a gamble and did that after finishing college and the rest as they say is history; I've been at EA for over 7 years now.

**What changes should we see with Al Michaels in and Pat Summerall out? Will the play-by-play be any different?**
Clearly there is a different type of performance from Al, he is more analytical and probably uses more words than Pat did. That is a huge difference, because having that blend with John Madden was a major effort this year -- we ended up re-doing close to 75% of John's stuff and re-working our commentary logic engine on top of that. So not only do you have all new performances, but you have a new engine that is much more intelligent about the game they are talking about -- they are involved with the developing situations as opposed to just reporting what happened. The pairing of Michaels and Madden is great, they fit very well together and their combined experience really shows in the quality of the commentary.

**How do you think the Online Play feature will impact Madden gaming? How do you see the feature playing out in an ideal situation?**
Taking PS2 online is a great evolutionary step in my opinion. We've always been about the competition of playing the exciting. I'm looking forward to logging on when the game ships. To be able to expand that to a much broader scale is and having thousands of people waiting to play a head to head game. It is tough to predict how big or prevalent online gaming will become, we're just happy to deliver a fun and easily accessible online game this early in the cycle and we have the foundation built for the evolution of this new platform.

In a screenshot from E3, Tom Brady can be seen throwing with a "side-arm"

Advertisement



payLo

Get More When
You payLo™

Advertisement



throwing motion.
**How many
different throwing
angles were put in
the game?**
Brady was actually just a test case; he is more o
thrower, so he's been changed back to that style
completely different set of throw animations for
Rich Gannon and Jake Plummer -- each QB has o
animations.

**Will the computer offer the human gamer more trades this
year? Will the CPU make smarter drafts?**
Draft logic has been reworked as part of the change to the new
"scouting report" drafting method, so that aspect is greatly
improved, and the scouting report stuff really makes this aspect of
Franchise mode more realistic and fun to use at the same time.
Instead of just picking the top ranked guy on the list you actually
have to scout individual players and you can sometimes find
diamonds in the rough or if you don't scout you can end up with a
draft bust. We had computer initiated trades on the drawing board
this year, but decided to spend the time on other efforts due to the
lack of trading in the NFL. The player can still initiate trades, even of
draft picks during the draft.

**How will the three versions of the game differ from each
other? (Will they?)**
There are some subtle differences, but our goal is to deliver the
same complete experience on all major platforms (PC included),
while taking advantage of each platform where we can. For example,
we have higher resolution textures in XBOX than on PS2, but PS2
has online this year, while PC has extensive online offerings.

**The Mini-Camp feature sounds intriguing. Can you go into
some detail on how that will work?**
Mini-camp has turned out to be something even bigger and better
than we expected. For new players, it helps learn the key game play
skills you need in a full game and for experienced gamers it has
become highly addictive way to play Madden. The key here is that
there are 8 mini-games: 3 offensive, 3 defensive and 2 special-
teams. Using game play controls and movements we put you in a
unique mini-game at one of the 32 NFL mini-camp sites. There is
skill level progression, high score keeping, trophies to be earned and
exclusive Madden Cards to win when you get the Gold Trophy in
each drill. We find ourselves passing the controller back and forth on
these and playing them constantly to get the best score -- we think
people are going to love these!

**How has the NFL 2k series affected the way EA Sports
creates a football game?**
It hasn't really, they make some nice games over at Sega, but we
have always worked the same way -- deliver the most complete and
in depth way to play NFL Football, period. That means that
everything is top priority to us: gameplay, deepest franchise mode,
new features such as mini-camp and create-a-playbook. While others
always attempt to make a run at us, they fall short when you
compare things head to head and judging from what I've seen thus
far this year that will be the case with Madden NFL 2003 again. Our
gameplay, graphics and audio presentation are top notch and with
the stuff we've added -- we've made the single biggest leap from one
year to the next on a Madden game.

**God forbid, but if Mr. Madden went in for the final field goal,
what would the Madden franchise be called?**
I see John several times a year, and he is in great health, so no
danger there. Plus he just made the move to the Zenith of
broadcasting by moving to Monday nights -- so no chance he'll retire
anytime soon. He is simply the best at what he does, and his
expertise really pays dividends above any of our competitors. You
can have all the folks on staff you want, but they don't know more
that Coach Madden.

**How are sports games fundamentally different from other
genres?**
I'll admit the fact that I'm a sports game junkie. I've dabbled in other
games, but sports really are my passion. (So I guess I have the right
job, huh?) I think the key is that you get to live out the game as a
fan anytime you want, not just on Sundays and you get the same
intense competitive rush from playing a sports game as watching

SER 40

your favorite team play or even maybe playing in a real game yourself. I think that competitive edge is what sets sports games apart – I mean you can have a goal to conquer the dragon on go onto the next level, or you can beat down the guy sitting next to you and score the game winning TD with :00 on the clock...you tell me which is more exciting?

**Is it tough to add new features to an already bursting list in order to appear more than just a "statistical update"?**
You know, each year I think "what are we going to do next year" and then we start design meetings and the ideas just seem to fly. We actually ended up with more left on the cutting room floor than we'd like, so we start there and by the end we have to cut stuff to get it done on time. That's a tribute to the folks working here, creatively they are the tops in the industry and they innovate each and every year to make Madden better.

**Do you have to start from scratch each time you develop a Madden title? Or is a major overhaul done every three years, or so?**
The last major overhaul was when moved to the PS2, before that it was when we moved to the PS1, so I guess it is fair to say it is tied to major new hardware. The key though isn't the first year on the new hardware, or even the 2nd, it is the 3rd and 4th when developers really get to understand the hardware and push it to its limit – I think that is what you are starting to see in Madden NFL 2003 with the new crowds, field and the player faces. Fun to think about what the next round of hardware can bring...

(July 3, 2002)

Our Preview of Madden NFL 2003

**Digg this Article!  |  del.icio.us**

WORLD WARCRAFT    TWELVE MILLION PEOPLE    (FREE TRIAL)

Advertise | Site Map | Staff | RSS Feed

**Web Hosting Provided By: Hosting 4 Less**
Affiliates:
- CivFanaticscs-    - Creative Uncut -    - DarkZero -    - Dreamstation.cc -
- gamrReview-    - Gaming Target-    - I Heart Dragon Quest -    - Mario-Kart.net -
- Casino Advisor -    - PS3 : Playstation Universe -    -SplitReason-    -TalkXbox -    - Zelda Dungeon -    MMORPG
All articles ©2000 - 2011 The Armchair Empire.
All game and anime imagery is the property of their respective owners.
Privacy Statement · Disclaimer ·

# EXHIBIT 3

EXHIBIT **3**

SER 42

EA SPORTS Newsletter    Sign Up Now    Available on XBOX 360®, Wii™, PLAYSTATION®3 PlayStation®2 and PSP® (PlayStation®Portable)    Buy Now

News    Blog

**Madden Ultimate Team Week 5 Update**
By Donny Moore 10/07/10 11:35 AM

**Improve Your D Before the Snap**
By Jake Stein 10/05/10 10:19 AM

**EA SPORTS Game Changers Fantasy Focus**
By Jeremy Bennett 10/01/10 11:01 AM

**Madden Ultimate Team Week 4 Update**
By Josh Looman 10/01/10 10:20 AM

**How to Properly Utilize Play Action**
By Jake Stein 09/28/10 5:13 PM

# Welcome to a new season of Madden NFL football!

**by Ian Cummings** 02/05/10 11:00 AM

As a team we all spent countless hours working with the community over the course of Madden NFL 10 through blogs, forums, Twitter, podcasts, interviews, radio shows, and many other avenues, so we look to continue that momentum this year and keep up the interaction with our fans for the coming year.

From the hiring of Mark Turmell (designer/creator of such massive hits as Smash TV, NBA Jam, NFL Blitz, etc) to the announcement of the fan-chosen cover athlete (via Doritos), there has been a decent amount of Madden-related news swirling around. Knowing this, we wanted to use this first blog as a way to communicate some information out to our fans to keep them in the loop with how things are shaping up for Madden NFL 11, and do so in video format so you don't have to read through 10 pages of information.

The video blog below features a few members of the team as well as some thoughts on Madden NFL 10, Madden NFL 11, and our pick for Super Bowl winners. There are plenty of other people out there that make this game great but these are some of the folks that you may be hearing from throughout the year.

Before you watch the video, I want to be very clear that our vision for the Madden NFL franchise hasn't changed. I know some folks expressed concern that the hiring of Mark Turmell equated to turning Madden NFL 11 into Madden NFL Blitz, but things couldn't be farther from the truth. We are all 100% focused on creating the most true -to-life NFL simulation experience as possible - and that's always been the goal (a goal set forth by John Madden himself 20+ years ago). We set a clear vision statement last year and it still holds true for us - "Everything you see on Sundays, see it in Madden NFL". We want to accurately deliver an amazing NFL experience in our game, whether it's through simulating the feel of a broadcast, re-creating the immersion you feel sitting at the 50 yard line at your favorite team's stadium, or making you feel like you're suiting up and putting on your pads again. Madden NFL 10 took great strides in this area but we all know there is more to accomplish. Our best bet towards reaching those goals is staying the course and continuing on our progress that we made last cycle.

We really look forward to kicking up the interaction and information in the coming months. Thanks for reading (and watching), and feel free to hop on over to the official Madden forums to discuss anything related to this blog. Hope you enjoy the game!

- Ian Cummings
Creative Director, Madden NFL 11 (Xbox 360/PS3)



Filed Under: Madden NFL

Ian Cummings

Josh Looman

Jake Stein

Jason Danahy

Jeremy Bennett

Josh Looman

Justin Dewiel

Mike Scantlebury

Patrick Cowan

Phil Frazier

Ryan Burnsides

Yuri

Donny Moore

John Taylor


Game Changers

Game Planning

GameFlow

Roster Update

Defense

Madden NFL

Madden NFL 11

Madden Ultimate Team

Scouting

Title Update

October 2010 (4)

September 2010 (10)

Home

August 2010 (4)

July 2010 (1)

June 2010 (3)

May 2010 (1)

April 2010 (3)

March 2010 (1)

February 2010 (3)

October 2009 (1)

June 2009 (2)

| More Stuff To Do | Games | Popular Platforms | Popular Genres | Support | Highlighted Game |
|---|---|---|---|---|---|
| Read the Blogs | Madden NFL Football | PC Games | Racing | Customer Support | |
| Join the Community | MMA | Wii | Shooting | Email Us | |
| Media Lounge | NCAA Football | Web | Puzzle | Online Service Updates | |
| Game News | FIFA Soccer | Xbox 360 | RPG | Patches & Updates | |
| Shop | EA SPORTS Active | PS3 | Kids | Video Game Forums | |
| | NCAA Basketball | iPhone | Strategy | Billing FAQ | |
| | NBA LIVE | iPad | Simulation | | Madden NFL 11 |
| | NHL | Mobile | Sports | | Simpler. Quicker. Deeper. |
| | FIGHT NIGHT | | | | |
| | Tiger Woods PGA TOUR | | | | Buy Now |
| | Grand Slam Tennis | | | | |



Sponsors

   

Rating

Jobs  |  Corporate Info  |  Legal Notices  |  Product EULAs and Other Disclosures  |  Terms of Service  |  Privacy Policy

©2010 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.



EXHIBIT 4

SER 46



® LexisNexis®

Go To U.S. Supreme Court Opinion

Go to Oral Argument Transcript

View Original Source Image of This Document

AMERICAN NEEDLE, INC., Petitioner, v. NATIONAL FOOTBALL LEAGUE, ET AL., Respondents.

No. 08-661

SUPREME COURT OF THE UNITED STATES

*2008 U.S. Briefs 661; 2009 U.S. S. Ct. Briefs LEXIS 1226*

November 24, 2009

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT.

Amicus Brief

**COUNSEL:** [**1] WILLIAM BLUMENTHAL, STEPHEN M. NICKELSBURG, Counsel of Record, TIMOTHY H. MCCARTEN, CLIFFORD CHANCE US LLP, 2001 K STREET, N.W., WASHINGTON, D.C. 20006, (202) 912-5000.

Counsel for Amicus Curiae Electronic Arts Inc.

[*i] QUESTION PRESENTED

Section 1 of the Sherman Act applies only to a "'contract, combination ... or conspiracy' between separate entities" to restrain trade. Copperweld Corp. v. Independence Tube Corp., 467 U.S. 752, 768 (1984) (quoting 15 U.S.C. § 1). In Copperweld, the Court held that because their coordinated activities do not "deprive[] the marketplace of ... independent centers of decisionmaking" or "represent a sudden joining of two independent sources of economic power previously pursuing separate interests," a parent company and its separately incorporated subsidiary constitute a single entity for Section 1 purposes. Id. at 769, 771. The question presented is:

Whether, consistent with the principles articulated in Copperweld, a professional sports league and its separately owned member clubs, which exist to produce collectively an entertainment product that no member club could produce on its own, function as a single entity for Section 1 purposes [**2] in promoting that product. [*ii]

**INTERESTS:** [*1] **INTEREST OF *AMICUS CURIAE*** n1

n1 Pursuant to the Court's Rule 37.6, Electronic Arts Inc. states that no counsel for any party authored this Brief in whole or in part, and no person or entity other than Electronic Arts Inc. made a monetary contribution to fund or intended to fund the preparation or submission of this Brief. Counsel of Record for all parties have consented to the filing of this Brief, and letters of consent have been filed with the Clerk.

Electronic Arts Inc. ("EA") is a leading global entertainment software company. It develops, publishes, and distributes interactive software worldwide for video game systems, personal computers, wireless devices, and the Internet.

One of EA's most important product lines is sports video games, which it markets under the brand label "EA Sports." These games provide authentic, interactive sports experiences to consumers. They are enormously successful despite an intensely competitive video game market. EA's offerings include *Madden NFL Football,* one of the highest-revenue producing video game titles of all time.

EA produces high-quality sports video games such as *Madden NFL Football* under intellectual property licenses from sports leagues such as Respondent National Football League ("NFL"). In 2004 EA competed for and won licenses from the NFL's licensing arm, Respondent National Football League Properties, Inc. ("NFL Properties"), and the licensing arm of the National Football League Players' Association, PLAYERS INC, in certain categories. These licenses allow EA to use the marks, colors, and logos of all 32 NFL member clubs, as well as the names and likenesses of nearly all NFL players.

[*2] EA relies on these licenses to create lifelike, interactive simulations of the NFL experience. The *Madden* titles are successful in part because they allow consumers to simulate play involving any of the 32 NFL teams, using real NFL players and real NFL coaches. The simulations capture the nuances of NFL contests to the fullest extent technology allows, including not only on-field play but also the teams' logos and colors, the players' uniforms, the teams' tendencies and capabilities, and even the players' celebrations and the crowds' chants.

The success of *Madden NFL Football* vividly demonstrates how associating game play with attractive intellectual property can create and satisfy consumer demand and allow one to succeed in an intensely competitive industry. The degree of authentic sports experience helps differentiate sports simulations in much the same way that a license to *Harry Potter* or *Spiderman* intellectual property helps differentiate video games built around fantasy themes. Authentic simulation is an important part of competition in the video game market.

EA licenses many trademarks and other intellectual property rights for its video games, typically from a single licensor. In most cases the licensor is formally a single entity--for example, Warner Bros. Entertainment Inc. has licensed EA certain rights to *Harry Potter.* To be able to license the intellectual property necessary to bring sports league simulations to market, EA similarly needs to deal with the leagues as single sources. Accordingly, EA is submitting this Brief to provide the Court with a licensee's perspective on the procompetitive justifications for treating sports leagues in [*3] appropriate circumstances as a single entity for antitrust purposes, consistent with economic reality.

A sports league's use of a single licensing vehicle to bundle its members' intellectual property creates obvious efficiencies. Through the league, a licensee such as EA can negotiate and contract with one entity rather than many, lowering transaction costs and allowing the licensee to pass those savings along to consumers. By lowering transaction costs, moreover, the league creates opportunities to produce a unique and desirable product. Just as the NFL could not produce a season without cooperation among each of its clubs on matters such as scheduling, locations, and rules, EA could not produce a realistic, full-league NFL simulation without the cooperation of all the NFL clubs. Housing the league's intellectual property in a single entity allows the league to grant licensees such as EA a true license insusceptible to holdouts or defections by individual teams, which in turn allows EA to produce a complete, league-based product.

A single-entity rule that is overly restrictive or that reduces certainty would have highly undesirable effects on producers of products built on licenses. An overly-restrictive single-entity test that does not comport with economic reality could bar cooperative conduct that is actually procompetitive. And a single-entity test that is unclear or that remains unsettled over time would leave licensees unsure when entering into transactions whether they are dealing with single entities--which may unilaterally choose to license exclusively, non-exclusively, or not at all--or whether they are buying an antitrust lawsuit. As neither of these outcomes is desirable, EA has an  [*4]  interest in the adoption of a rule that is clear, reliable, and economically sound.

## TITLE: BRIEF FOR ELECTRONIC ARTS INC. AS *AMICUS CURIAE* SUPPORTING THE NFL RESPONDENTS

### SUMMARY OF ARGUMENT

Section 1 of the Sherman Act draws a fundamental distinction between concerted conduct and unilateral conduct: Concerted action among separate entities is subject to scrutiny under the Act, while unilateral action by a single entity is not. The decisions of the Court, most recently *Texaco, Inc. v. Dagher, 547 U.S. 1 (2005),* [**4]  confirm that joint ventures may act as a single entity with respect to at least some of their activities. The same is true of a sports league such as the NFL, which is essentially a joint venture composed of 32 member clubs and the league itself. Few would dispute that the NFL acts as a single entity at least for some purposes, such as when it makes decisions regarding league play by setting schedules and on-field rules.

The principles that render the NFL a single entity for purposes of regulating league play also apply to NFL Properties and the licensees that develop league products. Without collaboration, transaction costs and opportunistic behavior by hold-out clubs could preclude licensors such as the NFL from creating and developing the league brand, and licensees such as EA from creating league products. In the intellectual property context in particular, concerted action to develop and manage a trademark or brand is critical to the creation of a product and demand for that product. A joint venture that facilitates the creation of a new product is inherently procompetitive, and not anticompetitive. The venture does not "reduc[e] the diverse directions in which economic power [**5]  is aimed," *Copperweld Corp. v. Independence Tube* [*5] *Corp., 467 U.S. 752, 769 (1984),* but rather adds economic power in a new direction by making markets for new products.

The test proposed by the Solicitor General is too restrictive in this regard, as it requires an effective merger within the operation in question rather than mere integration, even where collective action is the only practical means of creating a product. Single-entity treatment should be available to collaborations that create new products and that do not raise the dangers that antitrust law is designed to police.

For licensees, single-entity treatment for a league that licenses intellectual property provides essential efficiency and certainty. As to efficiency, a licensee can negotiate and contract with one entity rather than many, thereby lowering transaction costs and allowing the licensee to pass those savings along to consumers. See, *e.g., Broad. Music, Inc. v. Columbia Broad. Sys., Inc., 441 U.S. 1, 22-23 (1978).* And as to certainty, single-entity treatment allows licensees to negotiate with a joint venture just as with any other counterparty, without fear that the [**6]  resulting license will lead to an antitrust suit. See *Dagher, 547 U.S. at 5.* After formation, a venture should be able to sell its products under the same conditions characteristically enjoyed by a unitary firm--including in setting pricing, in issuing exclusive or non-exclusive licenses, and in other ordinary market conduct. And the venture's licensees should be able to deal with the venture free of Sherman Act concerns.

### [*6] ARGUMENT

### I. A Joint Venture Acts As A Single Entity When Its Members Go To Market Through The Venture, Pooling Capital And Sharing The Risk Of Profit And Loss.

2008 U.S. Briefs 661, *6; 2009 U.S. S. Ct. Briefs LEXIS 1226, **6

"The Sherman Act contains a basic distinction between concerted and independent action," which "is necessary for a proper understanding of the terms 'contract, combination ... or conspiracy' in [Section] 1" of the Act. *Copperweld, 467 U.S. at 767, 769* (quoting *15 U.S.C. § 1*). Specifically, Section 1 prohibits only *concerted* action to restrain trade. As a result, Section 1 is violated only when "separate entities" enter into a "contract, combination ... or conspiracy" in restraint of trade. *Id. at 769.* [**7] In contrast, the independent "conduct of a single firm is governed by [Section] 2 alone and is unlawful only when it threatens actual monopolization." *Id. at 767.*

Single-entity treatment is not limited to unitary firms. For example, although technically separate entities, corporate parents and subsidiaries are "single entities" in the eyes of the antitrust laws because parent-subsidiary agreements do not exhibit the anticompetitive dangers ordinarily attributed to concerted conduct. In particular, such agreements do not "represent a sudden joining of two independent sources of economic power previously pursuing separate interests." See *id. at 770-71.* An agreement between a parent and its subsidiary, like "an internal 'agreement' to implement a single, unitary firm's policies[, thus] does not raise the antitrust dangers that [Section] 1 was designed to police." *Id. at 769.* For this reason, the Court has held that "the [*7] coordinated activity of a parent and its wholly owned subsidiary must be viewed as that of a single enterprise for purposes of [Section] 1 of the Sherman Act." *Id. at 771.* Other agreements [**8] under the corporate umbrella, including agreements among "officers of a single firm" and between "a corporation and one of its unincorporated divisions," likewise do not implicate "antitrust dangers" and are immune from antitrust scrutiny. *Id. at 769-70.*

Joint ventures may constitute "single entities" in certain circumstances. Among other situations, "joint ventures [are] regarded as a single firm competing with other sellers in the market" when "persons who would otherwise be competitors pool their capital and share the risks of loss as well as the opportunities for profit." *Dagher, 547 U.S. at 6* (internal quotation omitted). Where joint venturers go to market through the venture rather than individually, pooling capital and sharing the risk of loss, the resulting enterprise acts as its own center of decisionmaking power distinct from its constituent parts, and is properly treated as its own entity for antitrust purposes. As the Solicitor General has recognized, this "reasoning and result generally reflect a natural extension of *Copperweld.*" Br. United States as Am. Cur. Supp. Pet. 10 n.4.

## II. A Joint Venture's Production Of A Good [**9] That Can Be Produced Only Through Collective Action Is Inherently Procompetitive.

The procompetitive benefits of joint ventures are especially evident in the case of collective goods. A joint venture that pools the resources of its constituent members to create a collective good is [*8] inherently procompetitive and does not raise the antitrust dangers of concern under Section 1. The Court has long recognized that horizontal agreements among even competitors and potential competitors to create new products are highly likely to be procompetitive. See, *e.g., Broad. Music, Inc., 441 U.S. at 19-24* (identifying the procompetitive features of blanket copyright licenses in the music industry). Where the product produced is a collective good, such horizontal agreements "are essential if the product is to be available at all." *NCAA v. Bd. Regents of Univ. of Okla., 468 U.S. 85, 101 (1984).*

This is certainly true in the context of sports leagues consisting of multiple teams, which may not be off-the-field competitors at all. "[T]he clubs that make up a professional sports league are not completely independent economic competitors, as they depend [**10] upon a degree of cooperation for economic survival." *Brown v. Pro Football, Inc., 518 U.S. 231, 248 (1996).* For example, "[i]f the teams were entirely independent, there could be no consistency of staffing, rules, equipment, or training. All of these are at least arguably necessary to permit the league to create an appealing product in the entertainment market." *NFL v. N. Am. Soccer League, 459 U.S. 1074, 1077 (1982)* (Rehnquist, J., dissenting from denial of certiorari). See also *Chicago Prof'l Sports Ltd. P'ship v. NBA, 95 F.3d 593 (7th Cir. 1996)* (*"Bulls II"*). In certain contexts, therefore, a league such as the NFL is "not really a joint sales agency offering the individual goods of many sellers, but is a separate seller offering its [product] of which the individual [teams] are raw material." *N. Am. Soccer League,* at 1077. In these contexts, the league acts as a single entity.

[*9] NFL league play is not the only product that a joint venture comprising the NFL and the 32 member clubs

permits. The creation of NFL Properties by the league and its clubs permits the production of new products using the brands and [**11] marks of all of the 32 member teams. As a practical matter, such products can only be created by the participation in a joint venture of the league and all of its clubs. League branding differentiates products such as *Madden NFL Football* and allows them to compete with other football games, sports games, and sources of video game entertainment. In the absence of a joint venture, transaction costs and opportunistic behavior by hold-outs would substantially hinder or even prohibit the production of this unique collective good.

For example, to create a league simulation like *Madden NFL Football* in the absence of a joint venture such as NFL Properties, EA would have to negotiate with each individual club for the use of its intellectual property, including logos, names, uniforms, and trademarks. The transaction costs--and associated opportunity for holdout by a club seeking to extract exorbitant fees--could prevent EA from ever producing its product. See, *e.g., Broad. Music, Inc., 441 U.S. at 20* ("A middleman with a blanket license was an obvious necessity if the thousands of individual negotiations, a virtual impossibility, were to be avoided."). See also *id. at 21* [**12] (observing that "integration [was] necessary to achieve [the] efficiencies" of bulk licensing, which resulted in a "substantial lowering of costs" that "is of course potentially beneficial to both sellers and buyer").

NFL Properties' authority to act on behalf of the league and its clubs eliminates these inefficiencies. [*10] As the holder of all of the clubs' intellectual property and the authority to issue a blanket license, NFL Properties provides a single negotiating partner and acts as an independent source of economic power. This eliminates the transaction costs of multiple negotiations, as well as the blocking power of those who--if left to their own devices--might hold out. Scholars have noted that the elimination of such transaction costs is a fundamental reason why entities integrate into a single firm. See, *e.g.,* Oliver E. Williamson, *The Economics of Antitrust: Transaction Cost Considerations, 122 U. PA. L. REV. 1439, 1442 (1974)* ("[W]hether a set of transactions ought to be executed between firms (across markets) or within a firm depends on the relative efficiency of each mode."); Oliver E. Williamson, *The Vertical Integration of Production:* [**13] *Market Failure Considerations, 61 AM. ECON. REV. 112, 113, 117 (1971)* ("the most distinctive advantage of the firm ... is the wider variety and greater sensitivity of control instruments that are available for enforcing intrafirm in comparison with interfirm activities," including reduction of the risk that "the divergent interests between the parties will predictably lead to individually opportunistic behavior and joint losses"). Cf. U.S. DEP'T OF JUSTICE & FED. TRADE COMM'N, *Antitrust Enforcement and Intellectual Property Rights: Promoting Innovation and Competition* 54 (2007) (noting the procompetitive benefits of "joint activities that mitigate hold up"). n2

n2 Available at http://www.ftc.gov/reports/innovation/P040101PromotingInnovationandCompetitionrpt0704.pdf.

The Court has recognized that joint-licensing agreements may be procompetitive where the [*11] licensed good could not be produced in the absence of collective action. Specifically, in *Broadcast Music* the Court observed [**14] that the blanket licensing of copyrighted music--that is, the bundling of individual intellectual property rights--as a practical matter was the only way that copyright holders could license their products. See *Broad. Music, Inc., 441 U.S. at 21.* Licensing through a single vehicle thus was procompetitive because the blanket license was "truly greater than the sum of its parts; *it [was], to some extent, a different product." Id. at 21-22* (emphasis added). The joint venture had "made a market in which individual composers are inherently unable to compete fully effectively," enhancing competition. *Id. at 23.* And as an independent source of economic decisionmaking and power, the joint venture acted as "a separate seller" in that market. *Ibid.* n3

n3 The Court in *Broadcast Music* applied a rule-of-reason analysis because it involved an agreement among competitors in the same product market, and thus raised the possibility that the "practice threaten[ed] ...

2008 U.S. Briefs 661, *11; 2009 U.S. S. Ct. Briefs LEXIS 1226, **14

competitive pricing as the free market's means of allocating resources." *441 U.S. at 23.* In the context of an agreement within a league that permits the creation of a new product, by contrast, single entity treatment is appropriate.

[**15]

The same principles hold true in the context of NFL Properties' licensing of products using the intellectual property of all of the NFL member clubs. These are entirely different products from those that individual clubs could create on their own. The NFL league clubs compete nationally and internationally against "other ... leagues ..., other sports ..., and other entertainment such as plays, movies, opera, TV shows, Disneyland, and Las Vegas." *Bulls II, 95 F.3d at 597.* NFL Properties [*12] thus produces *new, more competitive* product lines that would not exist outside of the joint venture, and thus acts as a "separate seller" in those product markets. See *Broad. Music, Inc., 441 U.S. at 23.*

NFL Properties' licensing of league products cannot reasonably be viewed as anticompetitive. Generally speaking, the creation of a joint venture to produce a good that would not otherwise exist "does not raise the antitrust dangers that [Section] 1 was designed to police." *Copperweld, 467 U.S. at 769.* In the context of the marketing of intellectual property such as the NFL brand, concerted action is necessary to invest in brand [**16] quality and to control and enhance the image of the brand--which are procompetitive activities. Concerted action is problematic under Section 1 only where it "reduces the diverse directions in which economic power is aimed" or "suddenly increases the economic power moving in one particular direction." *Ibid.* Neither of these dangers is present when a joint venture is formed to bring a new product to market. The creation of new markets *increases* "the diverse directions in which economic power is aimed"--here, by focusing efforts on the enhancement of a single league brand--and thus does not "increas[e] the economic power moving" in a *pre-existing* direction. *Ibid.* For these reasons, NFL Properties should be viewed as a "single enterprise" when it licenses league goods. *Id. at 771.* n4

n4 Although a collectively-produced good might incidentally affect the output of an existing product, this result is no different from other intrafirm conflicts that do not give rise to concerns regarding antitrust conspiracy. See, *e.g., Bulls II, 95 F.3d at 598* ("*Copperweld* does not hold that only conflict-free enterprises may be treated as single entities"; "[e]ven a single firm contains many competing interests."). It is well-established that a single firm may control brand output in order to manage the quality of and create demand for that brand. See *ibid.* ("To say that participants in an organization may cooperate is to say that they may control what they make and how they sell it: the producers of *Star Trek* may decide to release two episodes a week and grant exclusive licenses to show them, even though this reduces the number of times episodes appear on TV in a given market.").

[**17]

[*13] The Solicitor General rightly acknowledges that joint venture participants need not consolidate ownership and control for all purposes to qualify as a single entity for particular purposes. However, the single-entity test proffered by the United States is too restrictive. Specifically, the Solicitor General asks the Court to adopt a single-entity test under which "the teams and the league must have effectively merged the relevant aspect of their operations, thereby eliminating actual and potential competition among the teams and between the teams and the league in that operational sphere." Br. United States as Am. Cur. Supp. Pet. 17.

Requiring joint venturers wholly to "eliminat[e] actual and potential competition among the [collaborators] ... in [their] operational sphere" would exclude collaboration that does not "raise the antitrust dangers that [Section] 1 was designed to police," *Copperweld, 467 U.S. at 769,* providing no antitrust benefit and disadvantaging joint ventures that compete with single corporate entities. A joint venture established to create and market a product that otherwise would not exist--for example, a full service law firm--would [**18] be denied single-entity status if its constituent members did not abandon activities that compete with the joint product--for example, the provision of *pro bono* legal services

[*14] outside of the firm. A less restrictive test, providing single-entity status where joint venturers integrate for the purpose of creating and marketing a new product, would have a stronger economic basis and would avoid imposing inefficient restrictions where antitrust dangers do not exist.

### III. Licensees Of League Products Need The Efficiency And Certainty That Single-Entity Treatment Provides.

For licensees like EA, single-entity treatment of NFL Properties provides essential efficiency and certainty. As to efficiency, by negotiating with NFL Properties a licensee such as EA may negotiate and contract with one entity rather than many, thereby lowering transaction costs and allowing the licensee to pass those savings along to consumers. See, *e.g., Broad. Music, Inc., 441 U.S. at 21* (observing that "integration [was] necessary to achieve [the] efficiencies" of bulk licensing, which resulted in a "substantial lowering of costs" that "is of course potentially beneficial [**19] to both sellers and buyer"). And as to certainty, treating licensors as single entities allows licensees to negotiate just as they would with any corporate entity, without fear that a unilateral license would lead to an antitrust challenge.

Licensees such as EA have always viewed NFL Properties as an efficient, "one-stop-shop" for NFL League intellectual property licenses. As a licensor of league-branded products, "[f]rom the perspective of fans and advertisers," as well as licensees such as EA, the NFL (through NFL Properties) offers "one product from a single source." *Bulls II, 95 F.3d at 599.* This is true "even though [the individual NFL teams] are highly distinguishable, just as General [*15] Motors is a single firm even though a Corvette differs from a Chevrolet." *Ibid.* Among other reasons, this is because NFL Properties has acted as the exclusive licensing vehicle of NFL league products for nearly a half century. The league and its teams created NFL Properties for this very purpose; that is, to centralize the licensing of their intellectual property, and "to conduct and engage in advertising campaigns and promotional ventures on behalf of the NFL [**20] and the member teams." Pet. App. 18a (brackets omitted).

Equally important is certainty. When EA is considering whether to contract with a joint venture like NFL Properties, EA needs to know whether it is buying a license or an antitrust lawsuit. This is not a hypothetical concern, as the presence of the licensee Reebok as a defendant in this matter demonstrates. Accordingly, licensees would benefit from a rule that determines a joint venture's status with respect to a particular operation once and for all at the point of formation, and thereafter permits the venturer to function as a unified corporation.

The Court in *Dagher* recognized a distinction for Section 1 purposes between the initial agreement to form the venture, which is concerted action, and subsequent agreements among the venturers regarding the venture's business, which are unilateral action. See *547 U.S. 1 at 6.* Under *Dagher,* the venturers' initial agreement to form the venture is concerted action subject to scrutiny. See *id. at 6 n.1* ("Had respondents challenged [the joint venture] itself, they would have been required to show that its creation was anticompetitive under the rule [**21] of reason."). Once the prerequisites for joint-venture treatment are established, however, subsequent agreements regarding the venture's [*16] business are the unilateral action of the venture. See *id. at 4.* See also 7 Phillip E. Areeda & Herbert Hovenkamp, ANTITRUST LAW: AN ANALYSIS OF ANTITRUST PRINCIPLES AND THEIR APPLICATION P 1478c (2d ed. 2003) ("Once a venture is judged to have been lawful at its inception and currently, decisions that do not affect the behavior of the participants in their nonventure business should generally be regarded as those of a single entity rather than the parents' daily conspiracy.").

With single-entity status determined at the time of formation, a joint venture can operate with respect to its product as any other unitary seller. For example, the joint venture can unilaterally set pricing. *Dagher, 547 U.S. at 6* ("[T]he pricing policy challenged here amounts to little more than price setting by a single entity--albeit within the context of a joint venture--and not a pricing agreement between competing entities with respect to their competing products."). And the venture can choose to issue licenses--including [**22] exclusive licenses such as that between NFL Properties and EA. See *Bulls II, 95 F.3d at 598* ("To say that participants in an organization may cooperate is to say that they may control what they make and how they sell it."); Gregory J. Werden, *Antitrust Analysis of Joint Ventures: An Overview, 66 ANTITRUST L.J. 701, 730-31 (1998)* ("An antitrust claim based solely on a single firm's denial of a license to a trademark would readily be dismissed."). Housing the league's intellectual property in a single entity for the purpose of

2008 U.S. Briefs 661, *16; 2009 U.S. S. Ct. Briefs LEXIS 1226, **22

trademark licensing is particularly appropriate, as it enables the league to grant licensees such as EA a true license insusceptible to defections or holdouts, and incentivizes licensees such as EA to develop and [*17] invest in league-based products. In short, the league as a single entity should be free to engage in all of the ordinary market conduct in which any other competitor can engage, and its counterparties should be confident that a cloud of antitrust uncertainty will not hang over the transactions that result.

## CONCLUSION

The judgment of the Court of Appeals should be affirmed.

Respectfully submitted.  [**23]

William Blumenthal, Stephen M. Nickelsburg, *Counsel of Record,* Timothy H. McCarten, CLIFFORD CHANCE US LLP, 2001 K Street, N.W., Washington, D.C. 20006, (202) 912-5000

Counsel for *Amicus Curiae* Electronic Arts Inc.

118ZBR

********** Print Completed **********

Time of Request: Tuesday, January 03, 2012  21:24:18 EST

Print Number:    1829:325820742
Number of Lines: 359
Number of Pages: 8

Send To:  Barari, Sony
          THOMAS WHITELAW
          18101 VON KARMAN AVE STE 230
          IRVINE, CA 92612-7132

118ZBR

**Time of Request:** Tuesday, January 03, 2012   21:24:18 EST
**Client ID/Project Name:** EA
**Number of Lines:** 359
**Job Number:**       1829:325820742

Research Information

**Service:**   LEXSEE(R) Feature
**Print Request:** Current Document: 1
**Source:** Get by LEXSEE(R)
**Search Terms:** 2009 U.S. S. Ct. Briefs LEXIS 1226

**Send to:**  Barari, Sony
           THOMAS WHITELAW
           18101 VON KARMAN AVE STE 230
           IRVINE, CA 92612-7132

# EXHIBIT 5

EXHIBIT 5
SER 57



**Sports News & Videos for Media Junkies**

| ESPN | MLB | NFL | NBA | MEDIA MONSTER | SPORTS & POLITICS | VIDEO | MORE ▼ |


Chris Bosh Makes Creepy/Hilarious Face, Ruins LeBron's Interview


ESPN's SkyCam Nearly Knocks Iowa Player Out Of Insight Bowl


Shaq Narrates Kobe Highlights, Makes Ridiculous Sounds


Giant-Handed Baylor Fan's Extreme Sadness Was Short-Lived, But No Less Heartbreaking


Oh, Just Oregon Running Back LaMichael James Freaking Out On Space Mountain

NFL

# Madden Ratings Czar Explains How He Became Madden Ratings Czar, What The Hell "Awareness" Is

by Dan Fogarty | 10:37 am, July 27th, 2010

Like | Sign Up to see what your friends like.

*Donny Moore has one of the coolest jobs on the planet. As one of Madden 11's developers, he is essentially in charge of compiling ratings for the game's 2000+ players. Lately, the annual release of the ratings has become an event unto itself, and the increased attention has led to more pressure on Moore to get things right.*

*We interviewed Moore via email to get a better sense of the more daunting aspects of his job, how exactly he compiles the ratings, and just how he came to be Madden's "ratings czar." This is part one. Part two can be found here.*

**SportsGrid:** How did you become the "ratings guru" for Madden NFL? What's your background?

**Donny Moore:** First of all, it is the "Ratings Czar" my fine friends at SportsGrid.com! ;) I've worked at EA Tiburon since 1999. I was part of the first ever testing group here at Tiburon when we tested NCAA Football 2000 and Madden 2000. I actually got the testing job offer after winning a NCAA Football 99 tournament at the University of Central Florida (I was talking to the now current Madden Senior Producer Phil Frazier and NCAA Football Creative Director Jeff Luhr about bugs in the game, new things they needed to add, told them which players were rated incorrectly, etc).

After testing NCAA 2000, I was offered a full time position as lead tester of NCAA Football 2001. I then went into the design field working on Madden 2002 and Madden 2003. Around that time, we created a centralized group to handle the rosters and player attributes for all of our football games at Tiburon (NCAA, Madden, AFL, NFL Head Coach, etc). I was chosen to lead that group up and along with a great group of guys, and we were in charge of the rosters for Madden/NCAA 2004-2007. At that point, I had an opportunity to join up with Senior Madden designer Josh Looman on Head Coach 09 and create one of the most hardcore football sims ever made for a console. After that, I was asked by Ian Cummings and Phil Frazier to join with them on Madden 10 and 11...and the rest is history.

**SG:** Can you shed a little light on how you develop the ratings? Is it just you, or do you have a team?

**DM:** I am in charge of the final numbers but we have a team of designers who contribute to the monster data update process known as the Madden Rosters. We have guys who are in charge of updating all 2000+ players' equipment. They go online and find photo references of each player in the game and make sure he is outfitted properly in Madden. For player attributes, we use

BIGGEST HITS

> Dwyane Wade Hits Game-Winner Against Bobcats, Then Does "Superman" (With LeBron) To Cam Newton 

> Giant-Handed Baylor Fan's Extreme Sadness Was Short-Lived, But No Less Heartbreaking 

> Sean Williams Says He Threw Up Because He Ate Too Many Chocolate-Covered Almonds 

> NASCAR Driver Sees Bare Boobs In Public, Freaks Out 

> Shaq Has His First Great Moment On TNT 

TIPS


**Email Us The Crazy Things You See On TV**

See something absurd happen on TV? Email us at tips@sportsgrid.com.

WAG SPOTTING

FOLLOW SPORTSGRID

SER 58          12/31/2011 4:15 PM

multiple sources and analysis to generate the Madden ratings. We are looking at pure stats from NFL.com, we look at Football Outsiders and use their metrics and data, for example.

**SG:** How much access are you given by NFL teams?

**DM:** We get game film from the NFL each week where we are able to watch a play from 4 different angles (minus the commentary and commercials), and it's the same film that the actual NFL teams are using. In fact, one of our NFL contacts jokes around and calls EA the "33rd franchise" because of all the access we are fortunate to have with the NFL. On top of all that, my team and I have our own opinions and watch every game of the season, so we certainly consider ourselves mini-experts as much time and effort we put into the Madden roster process.

**SG:** I assume you come up with ratings for speed and strength through Combine stats, like 40 yard dash times and number of bench reps.

**DM:** It's a combination of combine times, scouting reports, and game film. For attributes like speed and strength, of course, the 40 time a player runs at the Combine or at his pro day play a big role. But it is not the entire story. We take into account game speed. How fast does this player play with the pads on? They might run a 4.35 forty in shorts and a t-shirt, but with pads on and the simple fact that in football you have to think and run at the same time...well that slows some of the track stars down. It is a big reason that their speed does not translate to the NFL. And we try our best to capture that with the Madden attributes. For stats like QB Accuracy, for example, where we have it split into short/medium/deep accuracy, we use football metrics from websites like FootballGuys, Football Outsiders, Sporting News, and ESPN Insider just to name a few.

**SG:** How do you determine some of the more abstract ratings, like the always controversial "awareness"?

**DM:** We treat awareness as a type of experience rating in general. For the most part, you will not have young players or rookies with 90+ AWR right when they enter the league. On flip side, 10 and 12 year vets almost across the board have higher awareness than younger guys to simulate more experience or deeper playbook knowledge than you would see in a rookie.

*Also check out part 2 of our interview: Moore explains how some players can take the ratings quite seriously, who the most dangerous virtual athlete of all time is, and why he thinks one player in Madden 11 may be the series' most dominant ever.*

Filed Under:    madden NFL 11    Video Games

---

Follow us on Twitter.

Sign up for Sportsgrid's daily newsletter.

**You might also like:**


**Robert Griffin III's Touchdown Run At The Alamo Bowl Was Nothing Short Of Amazing**
(SportsGrid)


**Meet Minnesota's New Folk Hero And His Bowtie (And Dwyane Wade Does It Again)**
(SportsGrid)


**The Lions' Nate Burleson Provides Another Creative Twist On Sunday Night Football Player Intros**
(SportsGrid)

Paid Distribution
**The Most Underpaid Player on Every NFL Team**
(BleacherReport)

---

Like

**Showing 0 comments**                                        Sort by oldest first

M Subscribe by email   S RSS

**Add New Comment**                                              Login






The Great One's **Sexy Throw**
Facebook social plugin

 twitter

OFF THE GRID

> Esquire
  **Chris Bosh: What I've Learned**

> The Manitoban
  **Against all odds**

> Awful Announcing
  **Ravech Answers Phone Live On SportsCenter To Confirm Wilson Signing**

> Hot Clicks
  **Hot Clicks Podcast: CM Punk**

> YouTube
  **Why Men and Women Can't be Friends**

> The Atlantic
  **The History of How We Follow Baseball**

> SB Nation
  **NBA Lockout Allows Owners to Cheat Fans, Embrace Greed**

> Bomani Jones
  **Why Aren't More Blacks in the Sports Blogosphere?**

NOW TWEETING
**The Best of Twitter**

 Gregg Doyel Truth is, I was impressed with Scalabrine when I saw him in the 2001 NCAA tourney vs. Duke. True story.

 Bomani Jones "have another shot of cake vodka. i'll be over here putting on my pretty ricky playlist." -a kappa somewhere, before grinding on an ottoman

 Buster Olney Tip of the cap to U Cincinnati, and Isaiah Pead and Zach Collaros; Pead dominated, Collaros battled through injury to play this bowl.

 Evan Woodbery My very early guess is about 60/40 Auburn fans here, but UVA fans are pretty loud because they're more concentrated in one end zone.

edsbs YUP. RT @adamturer: Ess Eee See PEAD.

sign up for our newsle 

Please wait...

ABRAMS MEDIA NETWORK                                        click here for advertising opportunities



Watch New Year's Eve in Times Square – Live Streaming

Rep. Paul Ryan Becomes Latest Target Of Anti-SOPA Activists, Democratic Opponent Ge



EOD Dossier 12/31

"Offensive" Term "Man Cave" Among List Of 2012's Banned Phrases



Why Alcohol Makes Your Head Spin [Video]

Geekolinks: 12/31



REPORT: Kanye West Set to Make DJ Debut as YeezyWorldPeace

New Year's Eve 2011 – LIVE STREAM from Times Square



Deepest Wishes for a Joyful Belly Rub [Video]

Things We Saw Today: Wheatley Catch



How Long Does It Take A Fox News Anchor To Get Ready For New Year's?

PHOTOS: The 11 Most Controversial Fashion Stories Of 2011

© 2012 SportsGrid, LLC | About Us | Advertise | Self-Serve Advertising | Newsletter | Jobs | Privacy | User Agreement | Disclaimer | Power Grid FAQ | Contact | Archives | RSS
Dan Abrams, Founder | Power Grid by Sound Strategies | Hosting by Datagram | Sports Statistics Provided By Rotowire

Donny Moore Interview: Part 2 of SportsGrid's Interview With Madden Ratings Czar On... best-virtual-ath...



### Sports News & Videos for Media Junkies

| ESPN | MLB | NFL | NBA | MEDIA MONSTER | SPORTS & POLITICS | VIDEO | MORE ▼ |


**Chris Bosh Makes Creepy/Hilarious Face, Ruins LeBron's Interview**


**ESPN's SkyCam Nearly Knocks Iowa Player Out Of Insight Bowl**


**Shaq Narrates Kobe Highlights, Makes Ridiculous Sounds**


**Giant-Handed Baylor Fan's Extreme Sadness Was Short-Lived, But No Less Heartbreaking**


**Oh, Just Oregon Running Back LaMichael James Freaking Out On Space Mountain**

NFL

# Madden Ratings Czar On Best Virtual Athlete Ever, Breakout Star Of Madden 11

by Dan Fogarty | 11:03 am, July 28th, 2010

Like   3 likes. Sign Up to see what your friends like.   [Tweet] 8

*Here's Part 2 of our interview with Madden "Ratings Czar" Donny Moore, one of the lead developers of this year's edition of the uber-popular EA Sports franchise. In part one, we discussed how Moore got the one of the coolest jobs ever, and how exactly he and his team compiles their ratings.*

*In part 2, we discuss some of the pressure he faces from current NFL players to get things right, the best virtual athlete of all time, and who he thinks will be the breakout star in Madden 11.*

**SportsGrid:** Tell us about the Old Spice "Swagger" Rating. Many fans have been confused about its use within the game.

**Donny Moore:** The "Old Spice Swagger" rating determines the likelihood of a player to celebrate on the way to the endzone, or after a touchdown. For example, a running back like Adrian Peterson (99 rating) has a greater tendency to celebrate than Frank Gore (50 rating). We have seen some fans speculating on its potential widespread usage in gameplay, but that simply isn't the case. We use it in a very specific and isolated way in Madden 11.

**SG:** People now treat the release of these ratings as an event unto itself (and players especially take them very, very seriously). Does that place added pressure on you to get it right?

**DM:** Absolutely, there is a ton of pressure to get everything from speed ratings to throw power attributes to hair styles exactly right for 2000+ players in the game. There are approximately 110,000 total player attributes that I am in charge of. If you factor in EVERY piece of data about a player in Madden including things like contract information, player builds, player birthday, skin color, facemask, etc...you are talking about approximately 390,000 total data parts for all of the players in the game. Don't forget to mention the 30 years of draft classes that we are also in charge of updating each year, and you can easily see it is a big task. But the team and I welcome this challenge each year. Getting the rosters and attributes right is a big part of what makes Madden, Madden. It's what makes EA Sports, EA Sports. If it is in the game, it should be in the game. That is my personal motto. I strive every day to deliver as realistic of a representation of video game football as humanly possible.

**SG:** Can you tell us how some of the players react when they feel like you've gotten their ratings wrong?

**DM:** The NFL players themselves are a trip when it comes to their player ratings. They will hunt me down via email, text message and/or Twitter to get their ratings moved up if possible. Maurice Jones-Drew half-tried to get me fired last year, T.J. Houshmandzadeh went head-to-head with me on ESPN Cold Pizza last year politicking for a higher speed rating, and

### BIGGEST HITS

› **Dwyane Wade Hits Game-Winner Against Bobcats, Then Does "Superman" (With LeBron) To Cam Newton** 

› **Giant-Handed Baylor Fan's Extreme Sadness Was Short-Lived, But No Less Heartbreaking** 

› **Sean Williams Says He Threw Up Because He Ate Too Many Chocolate-Covered Almonds** 

› **NASCAR Driver Sees Bare Boobs In Public, Freaks Out** 

› **Shaq Has His First Great Moment On TNT**

### TIPS


**Email Us The Crazy Things You See On TV**

See something absurd happen on TV? Email us at tips@sportsgrid.com.



Stephen Tulloch from the Titans looks like he is already mad at me for Madden 11! I have several players who follow me on Twitter. That is actually a really great place to hear your voice heard when it comes to rosters and ratings in Madden 11.

**SG:** Looking back on your career, any ratings that you felt you got really, really wrong? Did you overrate or underrate a guy who went on to have a season that ran completely counter to his Madden rating?

**DM:** That is the beauty of online roster updates. We have the luxury of constantly updating the rosters and ratings to be as up-to-date as possible on a weekly basis. That means we are never too far off base, we are always trying to play catch-up from the week before to make sure that all of the breakout stars and fading players are being represented in the game accurately. During the season, the rosters and ratings are a very fluid situation as I like to tell people. They move up and down based on the current play of the NFL player during the season, in relation to his career.

**SG:** In your opinion, who is the greatest videogame athlete in history?

**DM:** Michael Vick [in Madden '04] for sure has to be a candidate here. I am predicting Chris Johnson will be a new guy to add this conversation once Madden 11 is out. I still have a special place in my heart for Tom Chambers on the Suns in Lakers vs. Celtics. That dunk from the 3 point line is a thing of beauty.

*Image via IGN.*

Filed Under:   madden NFL 11   Video Games

---

Follow us on Twitter.

Sign up for Sportsgrid's daily newsletter.

**You might also like:**



**The Most Underpaid Player on Every NFL Team**
(BleacherReport)



**PHOTOS: First Peek At Nakey Female Athletes In ESPN Mag's Body Issue**
(SportsGrid)



**Thanks For The Memories: A Look Back At Paulina Gretzky's Racy Twitter Account, Which Was Shut Down This Weekend**
(SportsGrid)



**Jesus Asks Tim Tebow To Lay Off The Jesus Talk A Bit On SNL**
(SportsGrid)

---

Like

**Showing 1 comment**                                            Sort by oldest first

trgeorge

And obviously tecmo bowl bo jackson.

M Subscribe by email   S RSS

**Add New Comment**                                                      Login

Type your comment here.

---



**The Great One's Daughter**   |   **Sexy Thrower Still Sexy**

FOLLOW SPORTSGRID



**SportsGrid** on Facebook

Like

2,101 people like **SportsGrid**.

Sharon   Javier   Paul   Hrvoje   Seth
Rob   Chris   Bill   Deana   Trent

Facebook social plugin



OFF THE GRID

> Esquire
**Chris Bosh: What I've Learned**

> The Manitoban
**Against all odds**

> Awful Announcing
**Ravech Answers Phone Live On SportsCenter To Confirm Wilson Signing**

> Hot Clicks
**Hot Clicks Podcast: CM Punk**

> YouTube
**Why Men and Women Can't be Friends**

> The Atlantic
**The History of How We Follow Baseball**

> SB Nation
**NBA Lockout Allows Owners to Cheat Fans, Embrace Greed**

> Bomani Jones
**Why Aren't More Blacks in the Sports Blogosphere?**

NOW TWEETING

**The Best of Twitter**



SC_DougFarrar Looking for inspiration to be more determined in your professional prospects for the New Year? This young lady has it. http://t.co/R4gJ2TTW



Matt Jones Due to an injury, the starting Center matchup tonight in the Knicks vs Kings game is DEMARCUS COUSINS vs JOSH HARRELLSON. #KSRGold


darren rovell Just got out of "War Horse." Is it 2013 yet?


Gregg Doyel Truth is, I was impressed with Scalabrine when I saw him in the 2001 NCAA tourney vs. Duke. True story.


Bomani Jones "have another shot of cake vodka. i'll be over here putting on my pretty ricky playlist." -a kappa somewhere, before grinding on an ottoman

sign up for our newsle 

## ABRAMS MEDIA NETWORK

click here for advertising opportunities


Watch New Year's Eve in Times Square – Live Streaming

Rep. Paul Ryan Becomes Latest Target Of Anti-SOPA Activists, Democratic Opponent Ge


EOD Dossier 12/31

"Offensive" Term "Man Cave" Among List Of 2012's Banned Phrases


Why Alcohol Makes Your Head Spin [Video]

Geekolinks: 12/31


REPORT: Kanye West Set to Make DJ Debut as YeezyWorldPeace

New Year's Eve 2011 – LIVE STREAM from Times Square


Deepest Wishes for a Joyful Belly Rub [Video]

Things We Saw Today: Wheatley Catch


How Long Does It Take A Fox News Anchor To Get Ready For New Year's?

PHOTOS: The 11 Most Controversial Fashion Stories Of 2011

© 2012 SportsGrid, LLC | About Us | Advertise | Self-Serve Advertising | Newsletter | Jobs | Privacy | User Agreement | Disclaimer | Power Grid FAQ | Contact | Archives | RSS
Dan Abrams, Founder | Power Grid by Sound Strategies | Hosting by Datagram | Sports Statistics Provided By Rotowire



EXHIBIT 6
SER 64

Operation Sports | FOF Central | EASHL Forum | OS Twitter | OS Facebook | OS Youtube | OS Mobile Forums
Users Online Now: 1530 | December 31, 2011

Home |
Forums |
Dynasties |
Blogs |
Screenshots |
Videos |
Reviews |
Previews |
Strategy Guides |
Features |
Press Releases |
About

Enter your search query



**Feature Article**
Madden NFL 2004 Interview
Submitted on: 06/02/2003 by Steve Noah

Operation Sports is proud to present our interview with Jeremy Strauser, Supervising Producer of Madden 2004.



**Operation Sports:** Can you explain how the DB AI has been addressed?

**Jeremy Strauser:** There have been a number of significant improvements to DB AI. We've added a ton of new catch and swat animations that DB's can use; we've made ratings more important to playing animations so that good DB's outperform bad ones; we've worked with several NFL assistant coaches (as part of our new NFLCA license) on real-life secondary play and put that to work in the game; and we 've made DB's more aggressive towards playing the body if they can't make a play on the ball.

**Operation Sports:** Will O Line stats be kept correctly this year?

**Jeremy Strauser:** If this is in reference to pancake blocks, yes.

**Operation Sports:** Will player weight have a more realistic effect in the game?

SER 65    12/31/2011 5:04 PM

**Jeremy Strauser:** Weight plays a big part of all collisions and momentum in Madden and is more realistic that any other football games out there currently. Additions this year like "impact" blocks and tackles really demonstrate this well.

**Operation Sports:** Will weather have a bigger affect on the game? Will we see slipping and sliding if its raining/snowing or see balls sail off-target if it's windy and you try to throw?

**Jeremy Strauser:** The weather already plays an affect to a degree, there are more fumbles in the rain and snow, and wind affects the flight of the ball.

**Operation Sports:** Will there be some kind of home field advantage? As it is, home and away games feel the same minus the look.

**Jeremy Strauser:** There is to a degree, with the crowd noise and excitement level, but we don't want player ratings to be affected. From talking to NFL players and coaches (and John Madden) that kind of stuff doesn't affect them. Last year's playoffs are a pretty good example of how little home-field means, and how much talent and game planning means.

**Operation Sports:** Will there be late hit penalties?

**Jeremy Strauser:** No, that really isn't a part of the NFL that we're looking to recreate.

**Operation Sports:** Will there be more pass interference calls?

**Jeremy Strauser:** This is subtle tuning thing, which we are working on, but yes if you interfere, you should expect to be flagged.

**Operation Sports:** Will there be accelerated clock for the console versions?

**Jeremy Strauser:** Yes, this is in.

**Operation Sports:** Is there going to be a separate button for QB slides and dives?

**Jeremy Strauser:** No, sorry, we just run out of buttons for everything we want to do. It is a tap vs. hold use on that button.

**Operation Sports:** Is the squib kick in the special teams playbook?

**Jeremy Strauser:** We're looking into it, so hopefully yes.

**Operation Sports:** Will the CPU trade picks during the draft with other CPU controlled teams?

**Jeremy Strauser:** No, we haven't added this.

**Operation Sports:** What work has been done to make the draft even more realistic?

**Jeremy Strauser:** Our franchise guys are actually working on that this week, they are tuning CPU draft logic extensively and have reworked how our rookies are rated, whether generated or imported from NCAA Football. Also they have tweaked it so that you might have some draft busts in the first round, or might find a diamond in the rough in later rounds, so you scouting will pay off.

**Operation Sports:** Can updated rosters be used online this year?

**Jeremy Strauser:** Yes, in fact you have to use the latest rosters in online games and you can save substitutions outside of the game.

**Operation Sports:** Can custom rosters, sliders and playbooks be used online?

**Jeremy Strauser:** No, the rosters need to be the same on both sides and besides this creates potentially massive imbalances in gameplay.

**Operation Sports:** Has there been any depth added to free agency, such as UFA and RFA, players not wanting to sign with your team all together, and players not wanting to sign because you already have a starter who is better at that position.

**Jeremy Strauser:** We've worked on the logic a bit, but know we don't have restricted free agents.

**Operation Sports:** Will we be able to edit a player's position?

**Jeremy Strauser:** No, other than looking for a way to cheat, there is really no reason to do this.

**Operation Sports:** How many new plays are in the game?

**Jeremy Strauser:** We have over 3000 total plays in the game now, the vast majority of which are new. This has been an amazing year for play books. The playbooks are based on real game films from NFL games from last season, as well as on info we received from all the assistant coaches that we met with.

New formations to look for on offense include the Trips Bunch, Full House, Jumbo T, Empty 4WR (4WR's and a TE – tons of teams run that), Singleback 4WR variations, Singleback Big Variations, Strong I Twins, Shotgun Trips TE, and quite a few more. We even have Favre line up closer to center in their 2-back Shotgun.

On defense we added a 5-man front to 4-3 (4-3 Over), 3-3-5 Nickel, Nickel-Strong (close to 5 man front Nickel), and a Dime-Flat which has the outside DB's and safeties lined up flat across from each other at about 12 yards deep. There is also a 3-Deep Quarter, a new 3-4 called "Pressure", and a real 46 this year.

**Operation Sports:** Will there be Transition and Franchise Tags and will the NFL rules apply to them?

**Jeremy Strauser:** No, this is probably the lone aspect of the NFL salary system we don't have, we've added real signing bonuses and cap penalties this year.

**Operation Sports:** Will there be a RFA Market and UFA Market?

**Jeremy Strauser:** Not exactly sure what you mean by this one. We don't have restricted free agents, but there is indeed a market value on unrestricted free agents that is dynamically set and adjusts based on in-game signings.

**Operation Sports:** In the depth charts, will we be able to covert a DE into a LB or a WR to a TE?

**Jeremy Strauser:** No, but there aren't extensive penalties to playing these guys in those positions.

**Operation Sports:** Will CPU Teams offer you trades even if you do not put someone on the trading block?

**Jeremy Strauser:** Trading block is all new feature this year, it is a great way to get intelligent offers for players you are willing to trade. The trading block allows for a lot of offers with many variables, but no CPU teams will not offer random trades out of the blue.

**Operation Sports:** Will we be able to sign players to contracts beyond 7years?

**Jeremy Strauser:** No, this is partially a limitation of the memory systems games, but in reality deals in the NFL beyond 7 years rarely ever make it to their full term either via renegotiation, being cut or nullified years.

**Operation Sports:** How will the signing Bonus work with the contracts?

**Jeremy Strauser:** Exactly like the NFL, the signing bonus comes out of your team balance sheet immediately, but the bonus itself is split out over the length of the contract for the cap value, and associated cap penalty.

**Operation Sports:** Are there Real life Assistant Coaches and will they be allowed to become a Head Coach?

**Jeremy Strauser:** Yes, we now have the NFL Coaches Association license, which gets us all the assistants in addition to head coaches. You can hire and fire coaching staffs including assistants or promoting assistants to head coaches. We also have certain retired players enter the coaching pool, so it is possible to have Jerry Rice as a head coach in future franchise years.

**Operation Sports:** Has the atmosphere / presentation been upgraded. Will there be a big difference between week 6 in the regular season and say the NFC championship? Will we see a change in the play by play talk from regular season to playoffs?

**Jeremy Strauser:** Yes, there has been extensive tuning with the crowd audio and play by play for big games and playoffs.

**Operation Sports:** Will there be a playoff statistics section?

**Jeremy Strauser:** No, sorry, good idea though.

**Operation Sports:** Is Field turf now in the game? Does it look different then regular turf or grass?

**Jeremy Strauser:** We have a new artificial grass like Field Turf, and yes it is different than grass or artificial turf.

**Operation Sports:** Can we edit a teams current uniforms or logo's? For example if the team wears black cleats but we want them to wear

white can we edit it under equipment?

**Jeremy Strauser:** No, sorry this is a restriction of the NFL to maintain the look and integrity of their marks, we are unable to edit real NFL uniforms or logos.

**Operation Sports:** If your playing in the Texans stadium does the roof open or close?

**Jeremy Strauser:** Well it can't open and close, but you can play in Reliant Stadium with the roof open or closed.

**Operation Sports:** Have the stadiums been redone this year to really capture the scope and size of a real NFL arena / stadium?

**Jeremy Strauser:** Our stadiums were reworked dramatically over the past two years to be the most accurate in any game out there. We sent people to each stadium to take photos, measurements, etc. So our walls are the right distance from the field and endzones, the tunnels are the right width, and the artwork on the walls is accurate. They look awesome.



**Operation Sports:** Will the Bears new stadium the "New Soldier Field" be in the game?

**Jeremy Strauser:** No, sorry, the owners of that stadium haven't been willing to include the stadium like the other stadium owners. We have a generic stadium for Chicago.

**Operation Sports:** Will Madden support 720p and 1080i this year?

**Jeremy Strauser:** Assume you are asking on Xbox, no, but we do support 480p on Xbox and Gamecube.

**Operation Sports:** When will PC users be able to draft from our own NCAA game?

**Jeremy Strauser:** Sorry, we don't have plans for an NCAA PC game right now.

**Operation Sports:** How will owner mode work, will you have a bank account, and will it cost money to move your team to a new city and stadium?

**Jeremy Strauser:** Not a bank account, more of a balance sheet, and yes everything costs money. Owner mode takes a few factors and weaves them together nicely: team success or wins/losses, fan support/attendance and profit/loss. Each factor influences the other and the goal is to not only win games, but make money and keep the fans happy and seats filled. An example is that you can sell more tickets at cheaper prices or attract more fans with cheap concessions,you're your financial bottom line will suffer and you might not be able to pay that big signing bonus or hire the hot new offensive coordinator as your head coach. Owner mode really changes the whole dynamic of franchise mode and gives you complete control over all new aspects of the team.

**Operation Sports:** If you make yourself the coach in franchise mode as well as using the owner mode how does hiring your own coaching staff work?

**Jeremy Strauser:** Sorry, no created coaches in Owner Mode, with the huge numbers of coaches we have, we had to set some limitations.

**Operation Sports:** Will we will be able to edit classic teams?

**Jeremy Strauser:** Yes, we know people have wanted to do this, so we finally figured out a way to make it happen.

**Operation Sports:** Is there controller support on the menus for PC Madden or is it strictly mouse again?

**Jeremy Strauser:** No controller, but we do have full mouse control (including right click and wheel scroll) in PC menus.

**Operation Sports:** Did Al and John record their commentary Together this year?

**Jeremy Strauser:** No, we only recorded a small portion of there stuff together. Due to things like schedules, the fact that neither like to travel much and some other factors, we usually end up playing a tape of Al for John to respond to. Honestly it is hard to tell apart the commentary from when they were together to the taped stuff, it works really well.

**Operation Sports:** Will there be an actual Super Bowl celebration?

**Jeremy Strauser:** The Super Bowl celebration is more special than normal games and includes more, and things like the Lombardi trophy. We try to make it special, and I'm not sure what you have in mind, but if it is hundreds of people on the field, that isn't going to happen anytime soon.

**Operation Sports:** Will there be some kind of trophy room with all the division championships, conference and Super Bowl championship

SER 68  12/31/2011 5:02 PM

trophies you've won? What about personal accolades?

Jeremy Strauser: No, we've talked about this, but we didn't do that this year.

Operation Sports: Will there be a hall of fame?

Jeremy Strauser: No, again we've certainly considered it, but it didn't make the final list.

Operation Sports: What do you feel Madden has that no other game has?

Jeremy Strauser: A lot honestly; the game play and depth of Madden really sets it apart from all the others. This was a long interview and we didn't even scratch the surface of new things like Playmaker Control, all of the cool new PS2 online features, EA SPORTS Bio, the new Package Personnel System and we just barely touched on Owner Mode. It is this depth and our commitment to gameplay and quality that really sets Madden apart from the other games. I think this year's Madden is the biggest one year upgrade ever in terms of new features, animations and game play tweaks, so while other games are still playing catch-up, we continue to innovate and deliver a solid game each year.

Operation Sports: Will online game play be available to us in the UK and the rest of Europe?

Jeremy Strauser: Not in the PAL version, no. We don't have any European based servers or staff and there really aren't enough sales in Europe to have a substantial online community. You could in theory get an NTSC import, with an NTSC PS2 and NTSC television and connect though – not sure how well that would work, but I guess it could be done.

Operation Sports: We would like to thank you for your time with this interview, is there anything else you would like to add?

Jeremy Strauser: Sure, no problem, we appreciate your site and others like it, that are dedicated to the same thing we are, great sports games.

## Madden NFL 2004 Details
▨ **Home** ▨ **Review** ▨ **Media**



PUBLISHER:
Electronic Arts
DEVELOPER:
Tiburon
SPORT:
Football
PLATFORM:
NGC - PC - PS2 - PSOne - Xbox MEDIA: Shots (4) Videos (0)
RELEASE DATE:
OUT NOW



SER 69  12/31/2011 5:02 PM



Starting Five
- Blogs
- Reviews
- Press
- Features
- Media



## NBA 2K12 My Player PG: ROAD...
by KeepinKwiet on Dec 31, 2011





## MW3 Near Miss
by Skittles6547 on Dec 31, 2011





## The Intangibles: Tampa Bay...
by Perfect Zero on Dec 31, 2011





## MLB 12 The Show, Finally...
by BLAKExx1129xx on Dec 31, 2011



## UPDATE ON MY SKILL POINTS AND...
by KeepinKwiet on Dec 30, 2011

Poll

SER 70    12/31/2011 5:02 PM

○
○
○

Vote!    View Results

**(30) Comments**

Links you may also like



PS4 Costs Less To
Develop Than PS3

Top 6 Amusing Skyrim
Game Fails

Final Red Dead
Redemption DLC is
Free

Time Magazine Defends
Modern Warfare 3â€™s
Fake Cover

Copyright © 1998-2011 Operation Sports LLC

▨ Operation Sports  |  ▨ Forums  |  ▨ Blogs  |  ▨ Dynasties  |  ▨ About Us  |  ▨ Privacy Policy

brightai

SER 72    12/31/2011 5:02 PM



EXHIBIT 7

EXHIBIT 7
SER 73



EA00001551

SER 74



# PRIMA Official Game Guide

## Prima Games
A Division of Random House, Inc.

3000 Lava Ridge Court
Roseville, CA 95661
1-800-733-3000
www.primagames.com

**Product Manager:** Mario De Govia



The Prima Games logo is a registered trademark of Random House, Inc., registered in the United States and other countries. Primagames.com is a registered trademark of Random House, Inc., registered in the United States. Prima Games is a division of Random House, Inc.

© 2007 Electronic Arts Inc. Electronic Arts, EA, EA SPORTS and the EA SPORTS logo are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All Rights Reserved. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. © 2007 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially Licensed Product of PLAYERS INC. Visit WWW.NFLPLAYERS.COM. All other trademarks are the property of their respective owners.

Please be advised that the ESRB Ratings icons, "EC", "E", "E10+", "T", "M", "AO", and "RP" are trademarks owned by the Entertainment Software Association, and may only be used with their permission and authority. For information regarding whether a product has been rated by the ESRB, please visit www.esrb.org. For permission to use the Ratings icons, please contact the ESA at esrblicenseinfo.com.

**Important:**
Prima Games has made every effort to determine that the information contained in this book is accurate. However, the publisher makes no warranty, either expressed or implied, as to the accuracy, effectiveness, or completeness of the material in this book; nor does the publisher assume liability for damages, either incidental or consequential, that may result from using the information in this book. The publisher cannot provide information regarding game play, hints and strategies, or problems with hardware or software. Questions should be directed to the support numbers provided by the game and device manufacturers in their documentation. Some game tricks require precise timing and may require repeated attempts before the desired result is achieved.

## Strategy Guide Createdy By:
## Kaizen Media Group™



**President:** Howard Grossman
**Writers:** The Sports Video Gamers
**Design/Production:** Tim Davis
**Production Assistance:** Hg, Craig Keller, Troy Silver, and Holly Davis

EA SPORTS Fantasy Football section written by the Prima Crew: Jeff Barton, Don Tica, James Knight, Fernando Bueno, Brandon Smith, Andy Rolleri, Chris Rojas, Paul Giacomotto, Dan Ransom

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.

EA00001552

SER 75

## HISTORIC TEAMS

Back again are Historic Teams. You can play All-Star Teams for each franchise, or dip into some of the greatest teams of all time. You get some right of the box, but others you have to unlock wth *Madden* Cards. They allow you to play "what if" type games. Go back in time and play some of the greatest games ever. The players do not have their actual names, but you can edit them if you want optimum realism.



## NFL SUPERSTAR MODE

This is your chance to become a living legend and be enshrined in the Hall of Fame forever. You can create your player, customize his look, and then take him from the NFL Draft to superstardom. See the NFL Superstar section for a complete breakdown of this game mode.



## FRANCHISE MODE

Take control of every aspect of your franchise. You are the Owner, General Manager, Coach and Player all rolled into one. You manage everything from the price of hot dogs to which player your team will take as the number one draft pick. Play through 30 seasons as you lead your franchise to the championship. See the Franchise section for a complete breakdown of this game mode.



## FANTASY CHALLENGE

Leverage your Fantasy Football knowledge by drafting the ultimate NFL dream team. Play through four competition levels with your fantasy squad in hope of winning challenges, increasing your salary cap, and adding new superstars to your team.



**GAME MODES**

7

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.



EA00001279

SER 77



## **PRIMA** Official Game Guide

### **Prima Games**

A Division of Random House, Inc.

3000 Lava Ridge Court
Roseville, CA 95661
1-800-733-3000
www.primagames.com

## Strategy Guide Created By:
## **Kaizen Media Group**



**President:** Howard Grossman
**Writers:** The Sports Video Gamers
**Designer:** Tim Davis
**Layout & Production:** Craig Keller & Hg

EA SPORTS Fantasy Football section written by the Prima Crew: Jeff Barton, Don Tica, James Knight, Fernando Bueno, Brandon Smith, Andy Rolleri, Chris Rojas, Paul Giacomotto, Dan Ransom

**Product Manager:** Mario De Govia

The Prima Games logo is a registered trademark of Random House, Inc., registered in the United States and other countries. Primagames.com is a registered trademark of Random House, Inc., registered in the United States. Prima Games is a division of Random House, Inc.

© 2006 Electronic Arts Inc. Electronic Arts, EA, EA SPORTS and the EA SPORTS logo are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All Rights Reserved. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. © 2006 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially licensed product of PLAYERS INC. The PLAYERS INC logo is a registered trademark of the NFL players. www.nflplayers.com © 2006 PLAYERS INC. Riddell is a registered trademark of Ridmark Corporation. The names and logos of Reebok are the trademarks of Reebok International Ltd. and used by permission. All other trademarks are the property of their respective owners. EA SPORTS™ is an Electronic Arts™ brand.

No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system without written permission from Electronic Arts Inc.

Please be advised that the ESRB Ratings icons, "EC", "E", "E10+", "T", "M", "AO", and "RP" are trademarks owned by the Entertainment Software Association, and may only be used with their permission and authority. For information regarding whether a product has been rated by the ESRB, please visit www.esrb.org. For permission to use the Ratings icons, please contact the ESA at esrblicenseinfo.com."

**Important:**
Prima Games has made every effort to determine that the information contained in this book is accurate. However, the publisher makes no warranty, either expressed or implied, as to the accuracy, effectiveness, or completeness of the material in this book; nor does the publisher assume liability for damages, either incidental or consequential, that may result from using the information in this book. The publisher cannot provide information regarding game play, hints and strategies, or problems with hardware or software. Questions should be directed to the support numbers provided by the game and device manufacturers in their documentation. Some game tricks require precise timing and may require repeated attempts before the desired result is achieved.
**ISBN: 0-7615-5386-X**

Library of Congress Catalog Card Number: 2006903651

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.

EA00001280

SER 78

## Historic Teams



Back again are Historic Teams. You can play All-Star Teams for each franchise, or dip into some of the greatest teams of all time. You get some right out of the box, but others you have to unlock with Madden Cards. They allow you to play "what if" type games. Go back in time and play some of the greatest games ever. The players do not have their actual names, but you can edit them if you want optimum realism.



# NEW FEATURES

## Gameplay

- **Run to Daylight New Blocking Control** — Take control of the blockers and pave the way for your running back.
- **Highlight Stick** — Bust the tackle or duck and jump the defender all together.
- **User-Controlled Broken Tackles** — The user is given more control to try to get that extra yard.
- **Preplay Menu** — Now EA SPORTS gives you visual hints on the screen to help you with your preplay selections.
- **User Feedback** — New banners overlay the gameplay to keep you up to speed with key moments in the game.
- **Spectacular Catches** — Players with high ratings can unlock special catches.
- **Throw Ball Away** — All new mechanic allows you to dump the ball while still in the pocket.

## NFL Superstar Hall of Fame Mode

- **Superstar Cameras** — You now play the game from the perspective of your Superstar player.
- **Hall of Fame Mode** — Can you become a Hall of Famer? Now you have the chance with new features such as Roles, Ego, and Influence.

## Franchise

- **Roles** — Special roles allow your player to influence his team and make the players around him better.
- **New NFL Draft Additions** — Including a College All-Star Game, New Scouting System, and Intelligent Off-season Cut logic.

## Other New Features

- **Unlockable Hall of Fame Teams** — You can unlock AFC and NFC Hall of Fame teams to play with in Play Now mode.
- **Online Clubs** — TBA
- **Team Specific Defensive Playbooks** — All new playbooks for Madden NFL 07. Teams now have playbooks based on the plays they run on defense in real life.



7

PRIMAGAMES.COM

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.



# PRIMA® OFFICIAL GAME

NINTENDO GAMECUBE™   PC   PLAYSTATION 2   XBOX     www.primagames.com

EA SPORTS™

PLAYERS INC

# MADDEN NFL 06

EXCLUSIVE NFL LICENSE





Prima is an authorized Electronic Arts licensee.



BASED ON A GAME
RATED BY THE
ESRB — E

Game Experience May
Change During Online Play.

EA00001038

SER 80



# EA SPORTS

# MADDEN NFL 06

EXCLUSIVE NFL LICENSE

## PRIMA Official Game Guide

**Prima Games**
A Division of Random House, Inc.

3000 Lava Ridge Court
Roseville, CA 95661
1-800-733-3000
www.primagames.com



# CONTENTS

**Product Manager:** Jill Hinckley

**Prima Editors:** Fernando Bueno, Alaina Yee

The Prima Games logo is a registered trademark of Random House, Inc., registered in the United States and other countries. Primagames.com is a registered trademark of Random House, Inc., registered in the United States. Prima Games is a division of Random House, Inc.

© 2005 Electronic Arts Inc. Electronic Arts, John Madden Football, EA, EA SPORTS and the EA SPORTS logo are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and / or other countries. All Rights Reserved. © 2005 NFL Properties LLC. Team names / logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially licensed product of PLAYERS INC. The PLAYERS INC logo is a registered trademark of the NFL players. www.nflplayers.com © 2005 PLAYERS INC. Riddell is a registered trademark of Ridmark Corporation. All other trademarks are the property of their respective owners. EA SPORTS™ is an Electronic Arts™ brand.

No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage or retrieval system without written permission from Electronic Arts Inc.

Please be advised that the ESRB Ratings icons, "EC", "E", "E10+", "T", "M", "AO", and "RP" are trademarks owned by the Entertainment Software Association, and may only be used with their permission and authority. For information regarding whether a product has been rated by the ESRB, please visit www.esrb.org. For permission to use the Ratings icons, please contact the ESA at esrblicenseinfo.com."

**Important:**
Prima Games has made every effort to determine that the information contained in this book is accurate. However, the publisher makes no warranty, either expressed or implied, as to the accuracy, effectiveness, or completeness of the material in this book; nor does the publisher assume liability for damages, either incidental or consequential, that may result from using the information in this book. The publisher cannot provide information regarding game play, hints and strategies, or problems with hardware or software. Questions should be directed to the support numbers provided by the game and device manufacturers in their documentation. Some game tricks require precise timing and may require repeated attempts before the desired result is achieved.

ISBN: 0-7615-5099-2

Library of Congress Catalog Card Number: 2005925099

| | | | |
|---|---|---|---|
| **Modes & Features** | | | 02 |
| **Offensive Strategy** | | | 06 |
| **Defensive Strategy** | | | 22 |
| **Team Strategies** | | | 34 |
| Bears 34 | Chiefs 74 | Jaguars 114 | Ravens 154 |
| Bengals 39 | Colts 79 | Jets 119 | Redskins 159 |
| Bills 44 | Cowboys 84 | Lions 124 | Saints 164 |
| Broncos 49 | Dolphins 89 | Packers 129 | Seahawks 169 |
| Browns 54 | Eagles 94 | Panthers 134 | Steelers 174 |
| Buccaneers 59 | Falcons 99 | Patriots 139 | Texans 179 |
| Cardinals 64 | 49ers 104 | Raiders 144 | Titans 184 |
| Chargers 69 | Giants 109 | Rams 149 | Vikings 189 |
| **Franchise Mode** | | | 194 |
| **NFL Super Star Mode** | | | 203 |
| **Madden NFL Online** | | | 206 |
| **Mini-Games** | | | 212 |
| **Roster Attributes** | | | 216 |
| **Madden Cards** | | | 228 |
| **Depth Charts** | | | 233 |



**Created By:** Kaizen Media Group™
**President:** Howard Grossman
**Writers:** Super Fans
**Designer:** Tim Davis
**Production Assistance:** Mike Vallas, Holly Hamilton

**Special Thanks to:** Jeff Barton, Paul Giacomotto, and Donato Tica

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.

EA00001039

SER 81

stand a chance in the NFL. If you want to make your player an elite player, set all his attributes to 99. Keep in mind that if he's that good, he has nowhere to go but down and it won't be much fun trying to make him a top notch player—he's already there. We like to create our player with an overall rating of around 75 to 80 and watch him grow over several seasons.



## Create a Fan

For the hardcore fan, nothing beats being able to go to a game and get dressed up to root for the home team. Create a Fan allows you to do just that, but *Madden* style. Once your fan has been created, you will see him cheering in the stands whenever you make a big play.



### Create a Team



### Create a Playbook



### Historic Rosters

Just like *Madden NFL 2005*, you can create your own team in *Madden NFL 06*. If you want, create a team from the area you live in by choosing a new name, team logo, style of ball club you want, and climate.

Once that's all done, create a stadium for your team to play in. Build your new stadium from the ground level up. At the Stadium screen, add tunnels, extra seats, and either an open or closed roof.

When your new stadium has been built, it's time to create your team's uniform. You can come up with wild color schemes, so get crazy with your teams uniform and open the eyes of other NFL owners.

Have you ever wanted to be a NFL offensive or defensive coordinator? Well you can be one by going into Create a Playbook mode and drawing up your very own formations and plays.

Set your formations and plays on a grid by moving players around. Once you get them assigned to where you want them, give them their play assignments.

After you are done creating your masterpiece, go test it out on the field against an offense or defense that is randomly picked by the CPU. If you spot something that doesn't fit or doesn't work to your liking, you can go back and change it. Once you feel comfortable with your adjustments, save it again and exit the Create a Playbook menu.

Historic Rosters are back again. They allow you to play "what if"-type games. For instance, you can replay the '78 Dallas Cowboys vs the '78 Steelers in Super Bowl XIII. Just select the teams and away you go back in time to play the game. The players do not have their actual names, but you can edit them if you want optimum realism.

### EA SPORTS Bio

Here is where you track all of your EA SPORTS game play. Your achievements and hours spent playing are all on display for you to look at any time. The more EA SPORTS games you have played, the faster you move up in levels for special EA rewards.

**MODES & FEATURES**

## Madden Cards

*Madden* Cards are once again back in the game and it's up to you unlock all of them… unless, of course, you find some cheat codes. But what fun is that? Earn tokens by completing various *Madden* Challenge tasks during game play, working through mini camp, and successfully completing all the plays in *Madden* 101.

**5**

PRIMAGAMES.COM

Protected by copyright. Unauthorized or unlawful copying or downloading expressly prohibited.

EA00001043

SER 82

# EXHIBIT 8

EXHIBIT **8**

SER 83



EA00002203

SER 84



Joined: 10/17/2008
16:27:13
Messages: 5
Offline

**Profile**   **pm**

**Madden NFL Series** > **Madden Wii**

Go to:   Select a category   Go



## Popular Platforms
PC Games
Wii
Xbox 360
PS3
iPhone
iPad
Mobile

## Popular Genres
Racing
Shooting
Puzzle
RPG
Kids
Strategy
Simulation
Sports

## EA.com
Video Game News
Search Games
Register My Game
Investor Relations

## Help
Customer Support
Online Service Updates
Patches & Updates
Forums
Billing FAQ

## Highlighted Game

**Dragon Age Legends**
*Facebook*
Be Legendary! Dragon Age Legends is the first real game on Facebook. Enjoy this epic, free online RPG adventure game from BioWare and EA2D. Battle demons and darkspawn with your friends, earn loot a...

Sitemap   Jobs   Corporate Info   Legal Notices   Product EULAs and Other Disclosures   Terms of Service   Privacy Policy

© 2011 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.

TRUSTe

EA00002204

SER 85

# EXHIBIT 9

EXHIBIT 9
SER 86



- EA Games
- EA SPORTS
- EA Mobile
- POGO.com

Login
Register

**EA SPORTS — MADDEN NFL 12**

HOME    MEDIA    BLOGS    FORUMS    FEATURES    PRE-ORDER

🔍 Search   📄 Back to EA Forum Index

### M-09 Historic Team Rosters - Can they be updated?

Madden NFL Series > Madden General Discussion

| Author | Message |
|---|---|
| 12/28/2008 05:40:49 | **Subject:** M-09 Historic Team Rosters - Can they be... |
| vintagebordeaux...<br><br>Joined: 12/28/2008 14:27:11<br>Messages: 4<br>Offline<br>[Profile] [pm] | The historic team rosters on my Madden 09 for Wii are terrible. They have starting players with numbers that weren't on the real teams. Can this be fixed with an update? |
| 12/28/2008 16:31:42 | **Subject:** Re: M-09 Historic Team Rosters - Can the... |
| DawkinsEffect<br><br>Joined: 08/27/2005 00:20:58<br>Messages: 6899<br>Offline<br>[Profile] [pm] | no not at all |
| 12/28/2008 19:42:28 | **Subject:** Re: M-09 Historic Team Rosters - Can the... |
| CharlieH81<br><br>Joined: 08/25/2006 22:26:23<br>Messages: 3299<br>Location: Dallas, TX<br>Offline<br>[Profile] [pm] | No. You have to edit the Rosters yourself. All the real players are there, but legally they can't use the correct jersey numbers of the players because then they would have to pay those players. They had a problem with that one year where there was a HB on one of the historic Browns teams with #32. Jim Brown found out about this, said "hey that guy looks like me and has my number" and wanted to get paid for his likeness being used.<br><br>There are websites out there you can subscribe to that will give you all the real names and Jersey numbers for all the historic player teams. Just do an online search.<br><br>It's just like when Michael Jordan didn't allow his likeness to be used in video games, so all the NBA games would just have "Roster #23" and have a generic awesome player in his place.<br><br>check this out:<br>http://www.youtube.com/historicgamerosters<br><br>it may interest you.<br><br>*This message was edited 1 time. Last update was at 12/28/2008 19:45:06*<br><br>[Profile] [pm] |

SER 87    12/31/2011 5:10 PM



12/28/2008 20:24:51    Subject: Re: M-09 Historic Team Rosters - How do...

**robj44**

How do you access historical teams??? I always could plainly access them on PS3 Madden 08 but the 09 for my PS3 has really poor menu options and controls and the least little task seems convoluted. I'd love to access the historical teams to see what's available.

Joined: 12/28/2008 22:23:17    Help
Messages: 1
Offline        [Profile] [pm]

12/28/2008 20:32:04    Subject: Re: M-09 Historic Team Rosters - How do...

**CharlieH81**

they aren't on the next gen for some reason.

Joined: 08/25/2008 22:26:23
Messages: 3299
Location: Dallas, TX
Offline        [Profile] [pm]

Madden NFL Series > Madden General Discussion

Go to:  [Select a category]   [Go]



**Popular Platforms**
PC Games
Wii
Xbox 360
PS3
iPhone
iPad
Mobile

**Popular Genres**
Racing
Shooting
Puzzle
RPG
Kids
Strategy
Simulation
Sports

**EA.com**
Video Game News
Search Games
Register My Game
Investor Relations

**Help**
Customer Support
Online Service Updates
Patches & Updates
Forums
Billing FAQ

**Highlighted Game**

**Dragon Age Legends**
Facebook
Be Legendary! Dragon Age Legends is the first real game on Facebook. Enjoy this epic, free online RPG adventure game from BioWare and EA2D. Battle demons and darkspawn with your friends, earn loot a...

Sitemap | Jobs | Corporate Info | Legal Notices | Product EULAs and Other Disclosures | Terms of Service | Privacy Policy

© 2011 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.

TRUSTe
CERTIFIED PRIVACY

    SER 88    12/31/2011 5:10 PM



EXHIBIT 10

EXHIBIT 10

- EA Games
- EA SPORTS
- EA Mobile
- POGO.com

Login
Register

⊕ Search  ⊕ Back to EA Forum Index

**Madden Historic Rosters** 🔖

Madden NFL Series > Madden General Discussion

| Author | Message |
|---|---|

☑ 10/11/2008 11:31:53     **Subject: Madden Historic Rosters**

**gilbertcb**

Opening Note: Every time I post on this forum the programmers never respond. So I will try yet again to get an answer from them:

Joined: 01/29/2008
18:36:54
Messages: 5
Offline

For the Programmers of the Madden Series: If you have not put in the historic teams in Madden 2009 PS3 version I have to ask why the HELL not. This was a great feature of the older versions of the game. I LOVED playing the great super bowl teams from the past. I would input the player names and it would be just be plain fantastic playing with those great teams. One version I think Madden 2002 actually let you play any of the historic teams in season mode. That was sweat. For some strange reason you have dropped this. I would really like to know why?

Dear Programmers: If you actually ever read these can you just answer the simple question of WHY!!!!! Is it too much to put the all-great teams and super bowl teams of the past in the freakin PS3 version of the game. I doubt it would take up much room on the game.

☑ 10/11/2008 11:56:20     **Subject: Re: Madden Historic Rosters**

**GatorChomp2013** I agree.

Joined: 08/07/2008
19:18:06
Messages: 160
Offline

☑ 03/04/2009 09:42:50     **Subject: Re: Madden Historic Rosters**

YES,YES,YES,YES!!!!!PLEASE BRING BACK THE HISTORIC TEAMS!!!!I HAVE THE 360 AND WITH TODAYS GRAPHICS AND GAMEPLAY, THE OPTION TO REPLAY SUPERBOWLS AND CONFERENCE CHAMPIONSHIPS

SER 90

# EXHIBIT 12

EXHIBIT 12

SER 91

Volume 1

Pages 1 – 64

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE DONNA M. RYU, MAGISTRATE JUDGE

MICHAEL E. DAVIS, et al.,          )
                                   )
            Plaintiffs,            )
                                   )
   VS.                             ) NO. C 10-03328 RS (DMR)
                                   )
ELECTRONIC ARTS, INC.,             )
                                   ) San Francisco, California
            Defendant.            ) Wednesday
                                   ) November 16, 2011
_____) 2:03 p.m.

TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiffs:          THOMAS WHITELAW
                         Three Embarcadero Center
                         Suite 1350
                         San Francisco, California  94111-4037
                  BY:    BRIAN D. HENRI, ESQ.


For Defendant:           KEKER & VAN NEST
                         633 Battery Street
                         San Francisco, California  94111-1809
                  BY:    ADAM LAURIDSEN, ESQ.
                         JAMES SLAUGHTER, ESQ.


Reported by:             BELLE BALL, CSR #8785, RMR, CRR
                         Official Reporter, U.S. District Court

1 There may or may not be a sufficient production; I don't know

2 yet.  Electronic Arts' process was not transparent enough for

3 me to really glean from the joint letter, so I'm going to have

4 some questions.

5 　　　　And let me say, preliminarily, that there doesn't

6 appear that there was a lot of meeting and conferring about the

7 process on topics like search terms, or quality assurance,

8 custodians, sources, and those kinds of things.  I'm not

9 putting the blame on either side.  I can see through the letter

10 that there was some dispute about why that didn't happen.

11 　　　　I just want to say, going forward, assuming this case

12 sticks around, there has to be meeting and conferring at that

13 kind of level because, otherwise, we get into these kinds of

14 problems that really probably could have been headed off, and

15 your clients end up spending more money, and you all spend more

16 time that you could be spending on other things.

17 　　　　So, let me ask you, Mr. Lauridsen, about the

18 production of the three requests for production, 33, 34 and 82.

19 　　　　**MR. LAURIDSEN:**  Yes.

20 　　　　**THE COURT:**  So, could you please describe your

21 process for responding to those particular requests.

22 　　　　**MR. LAURIDSEN:**  Absolutely.  To understand the full

23 process, it's important to understand what part of the game

24 we're talking about here.  Madden NFL is a game that's issued

25 annually, so there's 2008, 2009, 2010 versions.  The versions

1  at issue in this case are 2008, 2009.

2         ·    Within Madden NFL there are a variety of different

3  types of games you can play.  The main selling point of the

4  game is the current teams.  So whatever teams are on the field

5  for that football season have teams represented in the game.

6         An additional feature of the game is what's known as

7  the classic teams.  The classic teams are a limited number of

8  teams that are sort of added as a bonus feature to the game

9  that allow you to play, say, the 1988 Forty-Niners as a team

10  within the game.  The Plaintiffs in this case involve the

11  classic teams, so it's only that one segment of the game.

12         So what we did to collect documents in this case is,

13  we identified the custodians that were involved in the design

14  of the 2008 and 2009 versions of the game, and we identified

15  the databases, which are huge databases that contain all of the

16  design documents for those versions of the game.

17         We then created keywords, and we searched both the

18  custodians' and the design databases with the keywords to try

19  to identify responsive documents.

20         Is there further clarification I could provide?

21         **THE COURT:**  Yes.  Once you got your universe of

22  responsive documents through that process, did you then cull

23  any further by deciding what was essential to the response?

24         **MR. LAURIDSEN:**  We didn't cull, based on what was

25  essential.  We culled, based on what was responsive.  And, let

Case: 12-15738  02/28/2013  ID: 8527986  DktEntry: 39  Page: 5 of 49  Case: 3:10-cv-02083-RS  Document 98-39  Filed 01/05/12  Page 5 of 226

7

```
 1          THE COURT:  For the custodians, how -- how far back
 2    did you go?
 3          MR. LAURIDSEN:  It varied from custodian to
 4    custodian, based upon when they were employed, when their
 5    documents stretched back to.
 6          But Jeremy Strauser, for example, one of the
 7    custodians that I think both sides will agree has documents
 8    produced in this case, we were able to go back to 2001 in the
 9    e-mails and custodian documents collected.
10          THE COURT:  Okay.  So with respect to the design
11    custodians, Electronic Arts did not limit its search for
12    responsive documents except to the extent that somebody wasn't
13    there for some period of time.
14          MR. LAURIDSEN:  Exactly, or they didn't have the
15    documents.  Whatever we were able to collect from that
16    individual, we did.  We put no further constraint on that.
17          THE COURT:  Now, on the design databases, EA only
18    searched for the '08 and '09 games.
19          MR. LAURIDSEN:  Correct, Your Honor.
20          THE COURT:  Okay.  So let's talk about that.
21          Mr. Henri, I know that Plaintiffs have an argument
22    that Electronic Arts should go back further than that, so let
23    me hear your argument.
24          MR. HENRI:  Sure.  There are several arguments for
25    that.
```

1  This Court is now in session, the Honorable Donna M. Ryu

2  presiding.

3          Recalling Civil Case C-10-3328 RS, Michael Davis

4  versus Electronic Arts, Incorporated.

5          Counsel, please restate your appearances.

6          **MR. LAURIDSEN:**  Adam Lauridsen for Defendant

7  Electronic Arts.

8          **MR. HENRI:**  Brian Henri for the Plaintiffs, Michael

9  Davis, Vince Ferragamo, and Billy Joe DuPree.

10          **MR. LAURIDSEN:**  Thank you for having us back, Your

11  Honor.

12          We have reached an agreement we would like to put on

13  the Record.

14          **THE COURT:**  That is great.

15          **MR. LAURIDSEN:**  Initially, just to orient you, we

16  have divided the documents into two categories like we

17  discussed before, the design documents and the custodian

18  documents.

19          For the design documents, to reduce the burden to EA,

20  we are going to find the most current version for each year of

21  the player information spreadsheet.  This is a document that we

22  produced for the '08 and '09 versions, which contains

23  information regarding all the player characteristics.  It's the

24  one with the 15,000 players per game.

25          We are going to search for the most current version

1  of that for each game edition, and produce that to Plaintiff,

2  for the range of games in your order. That's what we're going

3  to do for the design documents.

4       For the custodian documents and for the other new

5  categories of documents that Your Honor has ordered for us to

6  search, we are going to search the existing search terms, with

7  some slight modifications.

8       For the terms starting with "scrambling," "alter" or

9  "transform," we are going to search within 30, instead of

10  within 20. For the name search terms, we are going to search

11  within two, instead of within five, to eliminate some of the

12  false hits.

13       We are also adding some additional search terms that

14  will be used on the custodian documents and the new categories

15  of documents that Your Honor has ordered. I'll try to explain

16  these as simply as possible.

17       We are going to search variations on the word

18  "scramble" within 30; of the word "historic" within 30; of the

19  word "number" or "name"; then again, "scramble" within 30 of

20  "all-time," within 30 of "number" or "name"; and "scramble"

21  within 30 of "classic," within 30 of "number" or "name."

22       We are then going to run those same searches for the

23  "alter" and "transform" words that were used in the previous

24  searches.

25       That's it, Your Honor.



EXHIBIT 13

SER 98

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# Form 10-K

☑    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended March 31, 2011**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                    to

Commission File No. 000-17948

# ELECTRONIC ARTS INC.

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **94-2838567** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **209 Redwood Shores Parkway** | **94065** |
| **Redwood City, California** | *(Zip Code)* |
| *(Address of principal executive offices)* | |

**Registrant's telephone number, including area code:**
**(650) 628-1500**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value | NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer   ☑    Accelerated filer   ☐    Non-accelerated filer   ☐    Smaller reporting company   ☐
*(Do not check if a smaller reporting company)*

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐

Table of Contents

Blizzard, Atari, NC Soft, and Sony. Competing providers of other kinds of online games include AOL, Big Fish, MSN, Nexon, Popcap, Real, Yahoo!, and Zynga and other providers of games on social networking platforms such as Facebook.

## Intellectual Property

Like other entertainment companies, our business is based on the creation, acquisition, exploitation and protection of intellectual property. Some of this intellectual property is in the form of software code, patented technology, and other technology and trade secrets that we use to develop our games and to make them run properly. Other intellectual property is in the form of audio-visual elements that consumers can see, hear and interact with when they are playing our games – we call this form of intellectual property "content."

We develop games from wholly-owned intellectual properties we create within our own studios and obtain through acquisitions. In addition, we obtain content and intellectual property through licenses and service agreements such as those with sports leagues and players' associations, movie studios and performing talent, authors and literary publishers, music labels, music publishers and musicians. These agreements typically limit our use of the licensed rights in products for specific time periods. In addition, our products that play on game consoles, handhelds and mobile devices include technology that is owned by the console or mobile device manufacturer and licensed non-exclusively to us for use. We also license technology from providers other than console and mobile device manufacturers. While we may have renewal rights for some licenses, our business and the justification for the development of many of our products is dependent on our ability to continue to obtain the intellectual property rights from the owners of these rights on reasonable terms.

We actively engage in enforcement and other activities to protect our intellectual property. We typically own the copyright to the software code, as well as the brand or title name trademark under which our products are marketed. We register copyrights and trademarks in the United States and other countries as appropriate.

As with other forms of entertainment, our products are susceptible to unauthorized copying and piracy. We typically distribute our PC products using copy protection technology, digital rights management technology or other technological protection measures to prevent piracy and the use of unauthorized copies of our products. In addition, console manufacturers typically incorporate technological protections and other security measures in their consoles in an effort to prevent the use of unlicensed product. We are actively engaged in enforcement and other activities to protect against unauthorized copying and piracy, including monitoring online channels for distribution of pirated copies, and participating in various industry-wide enforcement initiatives, education programs and legislative activity around the world.

## Significant Relationships

### Console Manufacturers

*Sony* .    Under the terms of agreements we have entered into with Sony Computer Entertainment Inc. and its affiliates, we are authorized to develop and distribute disk-based software products and online content compatible with the PlayStation 2, PLAYSTATION 3 and PSP. Pursuant to these agreements, we engage Sony to supply PlayStation 2, PLAYSTATION 3 and PSP disks for our products.

*Microsoft* .    Under the terms of agreements we have entered into with Microsoft Corporation and its affiliates, we are authorized to develop and distribute DVD-based software products and online content compatible with the Xbox 360.

*Nintendo* .    Under the terms of agreements we have entered into with Nintendo Co., Ltd. and its affiliates, we are authorized to develop and distribute proprietary optical format disk products and cartridges and online content compatible with the Wii and the Nintendo DS and 3DS. Pursuant to these agreements, we engage Nintendo to supply Wii proprietary optical format disk products and Nintendo DS and 3DS cartridges for our products.

8



# EXHIBIT 15

EXHIBIT 15

SER 101

Todd Padnos (Bar No. 208202)
*tpadnos@dl.com*
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: (415) 951-1100; Fax: (415) 951-1180

Jeffrey L. Kessler (*pro hac vice*)
*jkessler@dl.com*
David G. Feher (*pro hac vice*)
*dfeher@dl.com*
David Greenspan (*pro hac vice*)
*dgreenspan@dl.com*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000; Fax: (212) 259-6333

Kenneth L. Steinthal (*pro hac vice*)
*kenneth.steinthal@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000; Fax: (650) 802-3100

Bruce S. Meyer (*pro hac vice*)
*bruce.meyer@weil.com*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000; Fax: (212) 310-8007

Attorneys for Defendants National Football League Players Association
and National Football League Players Incorporated d/b/a Players Inc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BERNARD PAUL PARRISH, HERBERT ANTHONY ADDERLEY, WALTER ROBERTS III, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED d/b/a/ PLAYERS INC, <br><br> Defendants. | Case No. C 07 0943 WHA <br><br> **DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' LETTER BRIEF TO THE COURT DATED AUGUST 1, 2008** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

1

## DECLARATION OF JEFFREY KESSLER

2    I, Jeffrey Kessler, hereby declare as follows:

3    1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants

4 National Football League Players Association ("NFLPA") and National Football League Players

5 Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the

6 State of New York and my *pro hac vice* application in this matter was granted by the Court on

7 February 28, 2007. I make this Declaration in support of Defendants' Letter Brief to the Court,

8 dated August 1, 2008. I have personal knowledge of each of the facts stated herein, and if called

9 to testify, could and would testify completely hereto.

10    2. Attached hereto as Exhibit 1 is a true and correct copy of a license agreement

11 between Electronic Arts Inc. and Players Inc, dated January 20, 2000, bearing bates numbers

12 PI132982-PI132992 ("2000 EA Agreement").

13    3. Attached hereto as Exhibit 2 is a true and correct copy of an addendum, dated

14 July 5, 2000, to the 2000 EA Agreement bearing bates numbers PI000128-000132.

15    4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the

16 transcript of the deposition of Joel Linzner, taken on February 8, 2008.

17    5. Attached hereto as Exhibit 4 is a true and correct copy of a license agreement

18 between Electronic Arts Inc., Electronics Arts C.V., the National Football Museum Inc. (d/b/a

19 the Pro Football Hall of Fame) and Players Inc, dated April 25, 2006, bearing bates numbers

20 PI000100-PI000110.

21    6. Attached hereto as Exhibit 5 is a true and correct copy of a letter, dated

22 October 27, 2005, from John Bankert, President, Pro Football Hall of Fame, bearing bates

23 number PI126889.

24    7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the

25 transcript of the deposition of Adam Zucker, taken on April 4, 2008.

26    8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the

27 transcript of the deposition of Warren Friss, taken on April 4, 2008.

28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Declaration of Jeffrey Kessler in Support of Defendants'
Letter Brief to the Court dated August 1, 2008

Civ. Action No. C07 0943 WHA

1         9.  Attached hereto as Exhibit 8 are true and correct copies of screenshots from

2   the Madden NFL 2007 video game of the 1984 49ers team.

3         10. Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 3 to the

4   reply report of Plaintiffs' expert Philip Y. Rowley, dated June 27, 2008.

5         11. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail chain

6   between Ryan Hilbert, Esq. of Manatt, Phelps & Phillips, LLP and Jeffrey Kessler and David

7   Greenspan of Dewey & LeBoeuf LLP, copying others, dated May 20, 2008.

8         12. Attached hereto as Exhibit 11 is a true and correct copy of a letter, dated

9   March 28, 2008, from Roy Taub of Dewey & LeBoeuf LLP.

10        13. Attached hereto as Exhibit 12 is a true and correct copy of the proposed Order

11  Regarding Plaintiffs' Discovery Motion, dated August 29, 2007.

12        14. Attached hereto as Exhibit 13 is a true and correct copy of the Order Adopting

13  In Part Proposed Order Regarding Plaintiffs' Discovery Motion, dated August 29, 2007.

14        15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the

15  transcript of a hearing that took place before this Court on August 17, 2007.

16        16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the

17  transcript of a hearing that took place before this Court on June 11, 2008.

18        17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the

19  transcript of the deposition of Bernard Paul Parrish, taken on March 13, 2008.

20        18. Attached hereto as Exhibit 17 is a true and correct copy of an e-mail from

21  Bernard Parrish, dated November 7, 2006, bearing bates number CLASS003725.

22        19. Attached hereto as Exhibit 18 is a true and correct copy of an article by Alan

23  Schwarz titled "Upshaw Maintains Royalties Were Distributed Properly" from the New York

24  Times, dated February 16, 2007, bearing bates numbers CLASS003005-CLASS003006.

25        20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the

26  transcript of the deposition of Glenn Eyrich, taken on February 12, 2008.

27

28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

-2-

Declaration of Jeffrey Kessler in Support of Defendants'          Civ. Action No. C07 0943 WHA
Letter Brief to the Court dated August 1, 2008

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    Dated:  August 1, 2008

                                        /s/  Jeffrey Kessler
5                                       Jeffrey L. Kessler

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

-3-

Declaration of Jeffrey Kessler in Support of Defendants'          Civ. Action No. C07 0943 WHA
Letter Brief to the Court dated August 1, 2008

# EXHIBIT 4

Case No. C 07 0943 WHA

Parrish v. National Football League Players Association, et al.

## LICENSE AGREEMENT

This Agreement is made and entered into this 25th day of April, 2006, by and among Electronic Arts Inc. ("EA"), a Delaware corporation, with offices at 209 Redwood Shores Parkway, Redwood City, CA 94065 and Electronic Arts C.V. ("EACV"), a Netherlands limited partnership, whose address is Suite 203, 2nd Floor, Lauriston House, Lower Collymore Rock, Bridgetown, Barbados (collectively, hereinafter "Licensee"), National Football Museum, Inc. dba THE PRO FOOTBALL HALL OF FAME, a corporation with offices at 2121 George Halas Drive, Canton, Ohio 44708 (hereinafter "HOF") and NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED, a corporation with offices at 2021 L Street, N.W., Washington, D.C. 20036 ("Players Inc"). This Agreement shall be effective as of the date of the full-execution of this Agreement (the "Effective Date").

1.    REPRESENTATIONS.

(A)    HOF represents: that it is a non-profit corporation which annually conducts a process for the selection and enshrinement of retired pro football players, coaches and contributors; that it shall use reasonable commercial efforts during the term of this Agreement to secure the right for Licensee to utilize the names and likenesses of the players and coaches who have become enshrined into the Hall of Fame as contemplated herein; that the HOF has been duly appointed to act on behalf of the Hall of Fame-member football players listed on Exhibit A attached hereto (as amended from time to time) (the "Players"), and the Hall of Fame-member coaches listed on Exhibit B attached hereto (as amended from time to time) (the "Coaches"), who authorize HOF from time to time to represent such Players and such Coaches for specific HOF licensed programs; and that in such capacity HOF has the right to negotiate this contract and the right to grant rights and licenses described herein. HOF represents that, unless otherwise expressly set forth on Exhibit A or Exhibit B hereto, as applicable, subject to the terms and conditions of this Agreement, the rights secured for each Player or Coach licensed hereunder shall be secured through March 31, 2010.

(B)    Players Inc represents that it is a licensing affiliate of the National Football League Players Association ("NFLPA"); that the NFLPA has been duly appointed and is acting on behalf of the football players of the National Football League who have entered into a Group Licensing Assignment, which have been assigned to Players Inc. Licensee acknowledges that Players Inc also on occasion secures authorization for inclusion in Players Inc licensing programs from players, including but not limited to the HOF Players referenced above and other retired players, who have not entered into such Group Licensing Authorization, but who, nevertheless, authorize Players Inc to represent such players for designated Players Inc licensed programs. In such capacity, Players Inc has granted Licensee certain rights as set forth in a license agreement effective March 1, 2006 (the "Players Inc License Agreement").

2.    GRANT OF LICENSE.

(A)    Upon the terms and conditions set forth in this Agreement, HOF hereby grants to Licensee and Licensee hereby accepts (i) the non-exclusive right, license and privilege of utilizing the trademarks and names of HOF which may be amended from time to time by HOF in and in connection with the marketing of the licensed products, (ii) the names, likenesses (including, without limitation, numbers), pictures owned by HOF, photographs owned by HOF, facsimile signatures and/or biographical information (hereinafter "identity") of the Players, in Licensee's line of football entertainment software product(s) currently known as "Madden NFL Football" and (iii) the non-exclusive right, license and privilege of utilizing the names, likenesses, pictures, photographs, voices, facsimile signatures and/or

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PI000100

biographical information (hereinafter "identity") of the Coaches, in Licensee's line of football entertainment software product(s) currently known as "NFL Head Coach"; in the form of video and computer football simulation (Madden NFL Football) and manager games (NFL Head Coach), respectively, for: current and successor game console platforms developed by Sony, Nintendo, and Microsoft; personal computers and Apple computers; Nokia N-Gage and its cartridge-based successors; arcade units; Pocket PC and Palm products and other handhelds using a Palm or similar operating system; Linux computers and handheld systems; Internet and online; wireless/mobile gaming devices; personal gaming devices GameBoy, GameBoy Advanced, PlayStation Portable, and Nintendo DS and their successors; and any new platforms that may emerge to compete with any of the foregoing during the term of this Agreement (collectively, hereinafter referred to as "the licensed product(s)" and which shall include all features and functionality that enable or enhance gameplay through player/network connectivity but shall not include interactive television). For the avoidance of doubt, "Madden NFL Football" and "NFL Head Coach" licensed products may include fantasy football games only to the extent that such fantasy football games are an element of such licensed products. For the avoidance of doubt, Licensee shall also have the right to create and exploit other wallpaper, and animated images based upon the "Madden NFL Football" and "NFL Head Coach" licensed products. The specific manner in which the rights licensed hereunder are to be used on the licensed product(s) in question shall require the prior written approval of HOF as provided in Section 9 below.

(B)     The rights, licenses and privileges granted by HOF hereunder shall not constitute or be used by Licensee as a testimonial or an endorsement of any product, service, or event by all or any of the Players, Coaches, or by HOF. In the event Licensee is interested in securing an individual Player's or Coach's personal endorsement, Licensee further agrees and acknowledges that such endorsement will require the personal approval of the individual Player or Coach and the execution of a separate license agreement or amendment hereto as the parties shall mutually agree. Licensee may contact any individual Player, Coach or such individual's agent solely for the purposes of promoting Licensee's products or services and/or to indicate Licensee's interest in securing a Player's or Coach's endorsement and/or services related to the respective licensed products authorized hereunder; provided, however, that all negotiations for such endorsement and/or services shall be conducted solely through Players Inc and HOF and any contract for player's or coach's endorsement and/or services will be entered by Licensee with Players Inc and HOF.

(C)     HOF agrees that nothing herein shall be deemed to prevent Licensee from working to secure separately through Players Inc the right to incorporate any individual Player or Coach enshrined into the Hall of Fame whose rights have not been secured by HOF, following HOF's good-faith efforts to do so; provided that Licensee agrees that it shall not pay any such Player or Coach a higher cash payment for collective-use rights of the same scope as provided under this Agreement than Players Inc and/or HOF has paid the other Players and Coaches secured hereunder. In such event, Licensee shall so notify HOF of its intention to work to secure such rights separately and HOF agrees to provide any reasonable cooperation in such efforts as reasonably requested by Licensee.

3.     TERRITORY AND DISTRIBUTION. Licensee shall have the right to utilize the rights granted hereunder for distribution of the licensed product(s) worldwide.

4.     TERM.

(A)     The term of this Agreement shall extend from the Effective Date to March 31, 2010, unless terminated in accordance with the provisions hereof. The period of time from the Effective Date through March 31, 2007 shall be referred to as the "First License Period". The period of time from April 1, 2007 through March 31, 2008 shall be referred to as the "Second License Period". The period of time from

2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

April 1, 2008 through March 31, 2009 shall be referred to as the "Third License Period". The period of time from April 1, 2009 through March 31, 2010 shall be referred to as the "Fourth License Period". Each year of the term may be referred to as a "License Period".

5.   PAYMENT.

(A)      EA shall pay Players Inc on behalf of HOF a one-time, flat-fee payment of (i) $400,000 for its use of the rights licensed hereunder for the First License Period, plus the amount of $2,000 per newly elected Player or Coach enshrinee added by HOF during the 2006 calendar year (provided that, should HOF succeed in obtaining the rights to any additional enshrines that were elected during the 2005 calendar year or before, the parties agree that payments with respect to such additional enshrines would be deemed to be included in the initial $400,000 payment); (ii) a one-time, flat-fee payment of $400,000 for the Second License Period, plus the amount of $2,000 per newly elected Player or Coach enshrinee added by HOF during the Second License Period; a one-time, flat-fee payment of $400,000 for the Third License Period, plus the amount of $2,000 per newly elected Player or Coach enshrinee added by HOF during the Third License Period; and a one-time, flat-fee payment of $400,000 for the Fourth License Period, plus the amount of $2,000 per newly elected Player or Coach enshrinee added by HOF during the Fourth License Period. Such payments shall be due and payable as of April 1 of each License Period (or within 30 days of EA's receipt of the appropriate HOF invoice, with respect to the any additional enshrines added during the respective License Period).

(B)      Such flat fee payments shall be made by Licensee as specified herein whether or not Licensee uses the rights licensed hereunder, and no part of such payments shall be repayable to Licensee.

6.   PAYMENT, INTEREST AND NOTICES:      All payments, and all notices, approvals and other communications, shall be sent to or made payable in the name of National Football League Players Incorporated, or its assignee where applicable. In addition to all other rights contained in this Agreement, HOF shall be entitled to collect and Licensee shall pay daily interest at the rate of one and one-half percent (1 1/2%) monthly, or the maximum interest permitted by law if less, on all payments not timely made by Licensee. All correspondence, notices, approvals and other communications to Licensee shall be with Joel Linzner, EVP Business and Legal Affairs with a copy to General Counsel at the same address.

7.   INDEMNIFICATION.

(A)      Licensee agrees that it will not during the term of this Agreement, or thereafter, attack the rights of HOF in and to the trademarks or names owned by or licensed to HOF or any of the rights licensed hereunder as specified in Paragraph 2 of this Agreement, or in any way attack the validity of this Agreement.

(B)      Licensee further agrees to assist HOF to the extent necessary in the procurement of any protection or to protect any of the rights conveyed hereunder, and HOF, if it so desires, may commence or prosecute at its own expense any claims or suits in its own name or in the name of Licensee or join Licensee as a party thereto. Licensee shall notify HOF in writing of any infringement by others of the rights covered by this Agreement which may come to Licensee's attention, and HOF shall have the sole right to determine whether or not any action shall be taken on account of any such infringement. Licensee shall not institute any suit or take any action on account of any such infringement without first obtaining the written consent of HOF to do so and HOF shall reasonably consider any such request;

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

provided, however, that Licensee shall have the right to take action without HOF's prior consent with respect to any infringement of Licensee's intellectual property rights in the licensed product(s).

(C)     Licensee for its own acts hereby indemnifies HOF and undertakes to defend HOF from and against any and all claims, suits, losses, damages, and expenses (including reasonable attorney's fees and expenses) arising out of the manufacture, marketing, sale, distribution, or use of the licensed product(s) which are the subject of this Agreement. Licensee agrees to obtain, at its own expense, general liability insurance, providing adequate protection for Licensee and HOF against any such claims or suits in amounts not less than Three Million Dollars ($3,000,000.00). Within thirty (30) days from the date hereof, Licensee shall submit to HOF a fully paid policy or certificate of insurance naming HOF as an additional insured party, requiring that insurer will not terminate or materially modify such without written notice to HOF at least twenty (20) days in advance thereof.

(D)     HOF hereby indemnifies Licensee and undertakes to defend Licensee against, and hold Licensee harmless from any liabilities, losses, damages, and expenses (including reasonable attorney's fees and expenses) resulting from claims made or suits brought against Licensee challenging the ownership by, or authority of HOF to license, the rights licensed in Paragraph 2 strictly as authorized in this Agreement.

8.     TRADEMARK NOTICES.

(A)     Any use of HOF's trademarks appearing on the licensed product(s) and on all materials in connection with the licensed product(s) distributed or relating to such licensed product(s), shall appear precisely according to the specifications set forth in Exhibit C attached hereto, which may be amended from time to time by HOF, without variation, with the letter "R" enclosed within a circle.

9.     APPROVALS.

(A)     The list of Players and Coaches for whom HOF has secured authorization is attached hereto as Exhibit A and Exhibit B, respectively. Notwithstanding the foregoing:

(i)     HOF agrees that it shall use reasonable efforts during each License Period to secure rights for the newly elected class of HOF enshrinee players and coaches and those players and coaches who have either not yet responded to HOF's request(s) to become Players or Coaches licensed hereunder or who have previously declined to participate in the licensing program contemplated hereunder.

(ii)     HOF shall notify Licensee in writing of any additional Players or Coaches for whom HOF has secured rights hereunder.

(iii)     If HOF removes any Player's or Coach's name from the listing of approved Players or Coaches after the later of March 1 of the then-current License Period or a specific licensed product Beta date in any Licensed Period, HOF acknowledges that Licensee will not have the ability to remove such Player's or Coach's name and likeness from its licensed products for the applicable football season. Therefore, the use of such Player's or Coach's name in such case shall not constitute a breach of this Agreement, and HOF agrees that the indemnity in Paragraph 7(D) above shall apply to resulting claims or suits brought against Licensee.

(B)     Licensee agrees to furnish HOF free of cost, for its written approval as to quality and use, samples of the HOF trademarks, Player and/or Coach rights licensed hereunder, together with any

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

PI000103

packaging, hangtags, and wrapping material incorporating such rights, before their manufacture, sale or distribution, whichever occurs first, and no licensed product(s) shall be manufactured, sold or distributed by Licensee without such prior written approval of such materials. HOF shall respond to requests for such approval from Licensee within ten (10) business days. Any request by Licensee for such approval that is received by HOF and not responded to within ten (10) business days shall be deemed approved. Any material submitted by Licensee for approval that is disapproved by HOF within the ten (10) business day period shall be resubmitted to HOF with changes and HOF shall respond in writing as to approval or disapproval as soon as practicable.

(C)     Licensee may choose to use Player and Coach names and/or likenesses in a collective manner (i.e., six (6) or more players or coaches – whether current or former – shown) to promote the respective licensed product(s) on or in radio or television commercials, any material pertaining to packaging, hangtags, wrapping material, print ads, flyers, point-of-purchase displays, press releases, catalogues, trade show booths and exhibits, sales catalogues and other sales/marketing materials, or any other written material or medium, including but not limited to electronic or interactive use; provided, however, that such use shall require the prior written approval of HOF and may require an amendment to this Agreement or a separate agreement, as mutually agreed-upon by the parties hereto. Licensee may, with notification to, and the approval of, HOF, contact any individual Player, Coach or such individual's agent for the purposes of promoting Licensee's products or services and/or to indicate Licensee's interest in securing a Player's or Coach's endorsement and/or services related to any licensed product.

(D)     In the event Licensee wishes to secure an individual Player or Coach to make appearances to promote licensed product(s) or to autograph licensed product(s), the selection of such Player or Coach shall be subject to mutual agreement between Licensee and HOF; provided, however, that such use shall require an amendment to this Agreement or a separate agreement, as mutually agreed-upon by the parties hereto. Licensee may, with notification to, and the approval of, HOF, contact any Player or Coach (or their agent) solely for the purposes of promoting Licensee's products or services and/or to indicate Licensee's interest in securing a Player's or Coach's endorsement and/or services related to any licensed product.

## 10.   SPECIFIC UNDERTAKINGS OF LICENSEE.

(A)     All rights relating to the rights licensed hereunder are specifically reserved by HOF except for the License herein granted to Licensee to use the rights as specifically and expressly provided in this Agreement.

(B)     Upon expiration or termination of this Agreement, all rights granted hereunder shall immediately revert to HOF, and Licensee will refrain from further use of such rights or any further reference thereto, direct or indirect, except as provided in Paragraph 11(D) below. Licensee acknowledges that its failure to cease the use of such rights at the termination or expiration of this Agreement will result in immediate and irreparable damage to HOF, and/or individual retired players and coaches, and to the rights of any subsequent licensee(s).

## 11.   TERMINATION BY HOF

(A)     In the event Licensee files a petition in bankruptcy or is adjudicated as bankrupt, or if a petition in bankruptcy is filed against Licensee or if Licensee becomes insolvent, or makes an assignment for the benefit of its creditors or an arrangement pursuant to any bankruptcy laws, or if Licensee discontinues its business, or if a receiver is appointed for it or its business, all rights granted

5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

hereunder, without notice, shall terminate automatically upon the occurrence of any such event. In the event of such termination, neither Licensee nor its receivers, representatives, trustees, agents, administrators, successors, and/or assigns shall have any right to sell, exploit or in any way deal with the rights granted hereunder or with any licensed product(s), or any carton, container, packaging or wrapping material, advertising, promotional or display material pertaining to any licensed product(s).

(B) If Licensee shall violate any of its other material obligations under the terms of this Agreement, HOF shall have the right to terminate this Agreement upon fifteen (15) days' notice in writing, and such notice of termination shall become effective unless Licensee shall completely remedy the violation within the fifteen (15) day period and shall provide reasonable proof to HOF that such violation has been remedied. If this Agreement is terminated under this paragraph, all amounts theretofore accrued shall become due and payable immediately to HOF, and HOF shall not be obligated to reimburse Licensee for any payments made by Licensee to HOF.

(C) Failure to resort to any remedies referred to herein shall not be construed as a waiver of any other rights and remedies to which HOF is entitled under this Agreement or otherwise.

(D) Upon termination of this Agreement, Licensee shall have one hundred twenty (120) days to dispose of and liquidate all inventory. Any remaining licensed product(s) in Licensee's inventory shall not be available to consumers after this one hundred twenty (120) day period expires. Such disposition shall conform to this Agreement in all respects.

12. PARTNERSHIP. Nothing herein contained shall be construed to place HOF and Licensee in the relationship of partners or joint venturers, and Licensee shall have no power to obligate or bind HOF in any manner whatsoever.

13. WAIVER AND/OR MODIFICATION. None of the terms of this Agreement shall be waived or modified except by an express agreement in writing signed by both parties. There are no representations, promises, warranties, covenants or undertakings other than those contained in this Agreement, which represents the entire understanding of the parties. No written waiver shall excuse the performance of an act other than those specified therein. The failure of either party hereto to enforce, or delay by either party in enforcing any of its rights under this Agreement shall not be deemed a continuing waiver or modification thereof and either party may, within the time provided by applicable law, commence appropriate legal proceedings(s) to enforce any or all of such rights.

14. NON-ASSIGNABILITY. This Agreement and all rights and duties hereunder are personal to Licensee and shall not, without written consent of HOF, be assigned (unless approved in writing by HOF, which approval shall not be unreasonably withheld), mortgaged or otherwise encumbered by Licensee or by operation of law to any other person, or entity. Upon any such attempted unapproved assignment, mortgage, license or other encumbrance this Agreement shall terminate and all rights granted to Licensee hereunder shall immediately revert to HOF. If, in its sole discretion, HOF shall exercise such termination, all rights granted to Licensee hereunder shall immediately revert to HOF, subject to Paragraph 11(D) above. Each of EA and EACV represent and warrant that (i) EACV is a Limited Partnership, formed and existing under the laws of the Netherlands, for which Electronic Arts US Co., a Delaware corporation and a wholly-owned subsidiary of Electronic Arts Inc., is the General Partner ("EAUS") and EA is the Limited Partner; and (ii) EA has all right, power and authority to cause EAUS to cause EACV to perform its obligations hereunder, or to cause such obligations to be performed on behalf of EACV. EA covenants that it will cause EAUS to cause EACV to perform, or that it shall cause to be performed on behalf of EACV, and hereby guarantees the performance of, all of EACV's obligations hereunder. EA hereby guarantees the payment in full by EACV of any amounts payable by EACV

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PI000105

hereunder and agrees to pay such amounts on behalf of EACV as provided herein. Notwithstanding the foregoing, EACV shall have the right to assign all of its rights and obligations to any affiliate of EA which succeeds EACV during the Term of this Agreement (an "EACV Successor"); provided that EA's obligations and guarantees as set forth in this paragraph 1(h) shall equally apply to any such EACV Successor.

15. TERMINATION BY LICENSEE. Licensee shall have the right to terminate this Agreement, effective as of the end of the then-current License Period, in the event Licensee's agreement is terminated with either or both of Players Inc or NFL Properties.

16. PLAYERS INC LICENSE AGREEMENT. Licensee acknowledges and agrees that pursuant to the Players Inc License Agreement, Licensee is required to obtain Players Inc's consent to use any Player identity in and in connection with the licensed product(s) and to pay Players Inc for such use as applicable. Players Inc hereby consents to Licensee's use in the licensed product(s) of the rights granted by HOF in accordance with Paragraph 2 above. Notwithstanding the foregoing, as between Licensee and Players Inc only: (a) no provision hereunder is intended to nor shall it supersede any provision in the Players Inc License Agreement; and (b) in the event of any conflict between the provisions of this Agreement and the provisions of the Players Inc License Agreement, the provisions of the Players Inc License Agreement shall prevail. This provision shall not, nor is it intended to, affect the rights and/or obligations of HOF hereunder, and shall not, nor is it intended to, affect the rights provided in Paragraph 2 above.

17. CONSTRUCTION. This Agreement shall be governed by, and shall be construed in accordance with the laws of the State of Ohio of the United States of America. The parties consent to jurisdiction under the State of Ohio and designate the courts of the State of Ohio as the venue for any dispute arising out of, under or relating to this Agreement.

IN WITNESS WHEREOF, the parties hereto have signed this Agreement as of the day and date written first above.

The Foregoing is Acknowledged:

NATIONAL FOOTBALL MUSEUM, INC. DBA
THE PRO FOOTBALL HALL OF FAME

By: _____

Title: PRESIDENT / EXEC DIRECTOR

Date: MAY 30, 2006

NATIONAL FOOTBALL LEAGUE
PLAYERS INCORPORATED

By: _____

Title: President

Date: 5/31/06

ELECTRONIC ARTS INC.

By: _____

Title: _____

Date: _____

ELECTRONIC ARTS C.V.
By its General Partner,
Electronic Arts US Co.

By: _____

Title: SECRETARY

Date: 1 JUNE 2006

7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PI000106

EXHIBIT A
PLAYERS

Barry Sanders – rights granted for First License Period only

| | | |
|---|---|---|
| Herb Adderley | Mike Haynes | Merlin Olsen |
| Lance Alworth | Ted Hendricks | Jim Otto |
| Doug Atkins | Bill Hewitt* | Alan Page |
| Lem Barney | Elroy Hirsch* | Walter Payton* |
| Sammy Baugh | Paul Hornung | Joe Perry |
| Chuck Bednarik | Ken Houston | Pete Pihos |
| Bobby Bell | Sam Huff | Fritz Pollard* |
| Raymond Berry | Jimmy Johnson | Mel Renfro |
| Elvin Bethea | John Henry Johnson | Jim Ringo |
| Fred Biletnikoff | Charlie Joiner | Andy Robustelli |
| George Blanda | Deacon Jones | Barry Sanders |
| Mel Blount | Stan Jones | Gale Sayers |
| Bob Brown | Henry Jordan* | Joe Schmidt |
| Roosevelt Brown* | Sonny Jurgensen | Lee Roy Selmon |
| Willie Brown | Leroy Kelly | Billy Shaw |
| Buck Buchanan* | Frank Kinard* | Art Shell |
| Earl Campbell | Paul Krause | Mike Singletary |
| Tony Canadeo* | Jack Lambert | Jackie Slater |
| Dave Casper | Jim Langer | Jackie Smith |
| Jack Christiansen* | Willie Lanier | Bob St. Clair |
| George Connor* | Steve Largent | Ernie Stautner |
| Lou Creekmur | Yale Lary | Jan Stenerud |
| Larry Csonka | Dante Lavelli | Dwight Stephenson |
| Willie Davis | Bobby Layne* | Ken Strong* |
| Joe DeLamielleure | Alphonse "Tuffy" Leemans* | Joe Stydahar* |
| Dan Dierdorf | Bob Lilly | Fran Tarkenton |
| Mike Ditka | Larry Little | Charley Taylor |
| Tony Dorsett | James Lofton | Jim Taylor |
| Bill Dudley | George McAfee | Jim Thorpe* |
| Turk Edwards* | Tom Mack | Y.A. Tittle |
| Carl Eller | John Mackey | George Trafton* |
| Tom Fears* | Gino Marchetti | Charley Trippi |
| Dan Fortmann* | Ollie Matson | Gene Upshaw |
| Dan Fouts | Don Maynard | Steve Van Buren |
| Bennie Friedman* | Mike McCormack | Norm Van Brocklin* |
| Frank Gatski* | Tommy McDonald | Doak Walker* |
| Bill George* | Hugh McElhenny | Paul Warfield |
| Frank Gifford | John Blood McNally* | Bob Waterfield* |
| Joe Greene | Mike Michalske* | Mike Webster* |
| Forrest Gregg | Bobby Mitchell | Arnie Weinmeister* |
| Bob Griese | Ron Mix | Randy White |
| Lou Groza* | Lenny Moore | Bill Willis |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

PI000107

SER 114

| Jack Ham | Marion Motley* | Larry Wilson |
|----------|----------------|--------------|
| Dan Hampton | Mike Munchak | Kellen Winslow |
| Franco Harris | George Musso* | Alex Wojciechowicz* |
| | Bronko Nagurski* | Willie Wood |
| | Ozzie Newsome | Ron Yary |
| | Ray Nitschke* | Jack Youngblood |
| | Leo Nomellini* | |
| | | |
| | | *Deceased |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

EXHIBIT B
COACHES

| George Allen* - COACH | Curly Lambeau - COACH | Don Shula - COACH |
|---|---|---|
| Paul Brown* - COACH | Tom Landry* - COACH | Hank Stram* - COACH |
| Jimmy Conzelman* - COACH | Marv Levy - COACH | Bill Walsh - COACH |
| Weeb Ewbank* - COACH | Vince Lombardi* - COACH | Chuck Noll - COACH |
| Ray Flaherty* - COACH | | |
| Joe Gibbs - COACH | | |
| Sid Gillman* - COACH | | |
| Bud Grant - COACH | | |
| George Halas* - COACH | | |
| | | COACH - COACHES GAME ONLY |
| | | *Deceased |

10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT C
HOF TRADEMARKS AND USAGE GUIDELINES

 



11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PI000110

# EXHIBIT 16

EXHIBIT 16

SER 118

1   Todd Padnos (Bar No. 208202)
    *tpadnos@dl.com*
2   DEWEY & LEBOEUF LLP
    One Embarcadero Center, Suite 400
3   San Francisco, CA 94111
    Tel: (415) 951-1100; Fax: (415) 951-1180
4
    Jeffrey L. Kessler (*pro hac vice*)
5   *jkessler@dl.com*
    David G. Feher (*pro hac vice*)
6   *dfeher@dl.com*
    David Greenspan (*pro hac vice*)
7   *dgreenspan@dl.com*
    DEWEY & LEBOEUF LLP
8   1301 Avenue of the Americas
    New York, NY 10019
9   Tel: (212) 259-8000; Fax: (212) 259-6333

10  Kenneth L. Steinthal (*pro hac vice*)
    *kenneth.steinthal@weil.com*
11  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
12  Redwood Shores, CA 94065
    Tel: (650) 802-3000; Fax: (650) 802-3100
13
    Bruce S. Meyer (*pro hac vice*)
14  *bruce.meyer@weil.com*
    WEIL, GOTSHAL & MANGES LLP
15  767 Fifth Avenue
    New York, NY 10153
16  Tel: (212) 310-8000; Fax: (212) 310-8007

17  Attorneys for Defendants National Football League Players Association
    and National Football League Players Incorporated d/b/a Players Inc
18
                    **UNITED STATES DISTRICT COURT**
19                 **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
20
21  BERNARD PAUL PARRISH, HERBERT        Case No. C 07 0943 WHA
    ANTHONY ADDERLEY, WALTER
    ROBERTS III,                         **DECLARATION OF JEFFREY**
22                                       **KESSLER IN SUPPORT OF**
                                         **DEFENDANTS' LETTER BRIEF TO**
23            Plaintiffs,                **THE COURT DATED AUGUST 1,**
                                         **2008**
24       v.

25  NATIONAL FOOTBALL LEAGUE
    PLAYERS ASSOCIATION and NATIONAL
26  FOOTBALL LEAGUE PLAYERS
    INCORPORATED d/b/a/ PLAYERS INC,
27
              Defendants.
28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

---

Declaration of Jeffrey Kessler in Support of Defendants'        Civ. Action No. C07 0943 WHA
Letter Brief to the Court dated August 1, 2008

**DECLARATION OF JEFFREY KESSLER**

I, Jeffrey Kessler, hereby declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants National Football League Players Association ("NFLPA") and National Football League Players Incorporated d/b/a Players Inc ("Players Inc") in this action. I am a member of the bar of the State of New York and my *pro hac vice* application in this matter was granted by the Court on February 28, 2007. I make this Declaration in support of Defendants' Letter Brief to the Court, dated August 1, 2008. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a license agreement between Electronic Arts Inc. and Players Inc, dated January 20, 2000, bearing bates numbers PI132982-PI132992 ("2000 EA Agreement").

3. Attached hereto as Exhibit 2 is a true and correct copy of an addendum, dated July 5, 2000, to the 2000 EA Agreement bearing bates numbers PI000128-000132.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Joel Linzner, taken on February 8, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a license agreement between Electronic Arts Inc., Electronics Arts C.V., the National Football Museum Inc. (d/b/a the Pro Football Hall of Fame) and Players Inc, dated April 25, 2006, bearing bates numbers PI000100-PI000110.

6. Attached hereto as Exhibit 5 is a true and correct copy of a letter, dated October 27, 2005, from John Bankert, President, Pro Football Hall of Fame, bearing bates number PI126889.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Adam Zucker, taken on April 4, 2008.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Warren Friss, taken on April 4, 2008.

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Declaration of Jeffrey Kessler in Support of Defendants'
Letter Brief to the Court dated August 1, 2008

Civ. Action No. C07 0943 WHA

1      9.   Attached hereto as Exhibit 8 are true and correct copies of screenshots from

2   the Madden NFL 2007 video game of the 1984 49ers team.

3      10.  Attached hereto as Exhibit 9 is a true and correct copy of Exhibit 3 to the

4   reply report of Plaintiffs' expert Philip Y. Rowley, dated June 27, 2008.

5      11.  Attached hereto as Exhibit 10 is a true and correct copy of an e-mail chain

6   between Ryan Hilbert, Esq. of Manatt, Phelps & Phillips, LLP and Jeffrey Kessler and David

7   Greenspan of Dewey & LeBoeuf LLP, copying others, dated May 20, 2008.

8      12.  Attached hereto as Exhibit 11 is a true and correct copy of a letter, dated

9   March 28, 2008, from Roy Taub of Dewey & LeBoeuf LLP.

10     13.  Attached hereto as Exhibit 12 is a true and correct copy of the proposed Order

11  Regarding Plaintiffs' Discovery Motion, dated August 29, 2007.

12     14.  Attached hereto as Exhibit 13 is a true and correct copy of the Order Adopting

13  In Part Proposed Order Regarding Plaintiffs' Discovery Motion, dated August 29, 2007.

14     15.  Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the

15  transcript of a hearing that took place before this Court on August 17, 2007.

16     16.  Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the

17  transcript of a hearing that took place before this Court on June 11, 2008.

18     17.  Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the

19  transcript of the deposition of Bernard Paul Parrish, taken on March 13, 2008.

20     18.  Attached hereto as Exhibit 17 is a true and correct copy of an e-mail from

21  Bernard Parrish, dated November 7, 2006, bearing bates number CLASS003725.

22     19.  Attached hereto as Exhibit 18 is a true and correct copy of an article by Alan

23  Schwarz titled "Upshaw Maintains Royalties Were Distributed Properly" from the New York

24  Times, dated February 16, 2007, bearing bates numbers CLASS003005-CLASS003006.

25     20.  Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the

26  transcript of the deposition of Glenn Eyrich, taken on February 12, 2008.

27

28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

-2-

Declaration of Jeffrey Kessler in Support of Defendants'
Letter Brief to the Court dated August 1, 2008                         Civ. Action No. C07 0943 WHA

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    Dated:  August 1, 2008

5                                                              /s/  Jeffrey Kessler
                                                              Jeffrey L. Kessler
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

-3-

Declaration of Jeffrey Kessler in Support of Defendants'          Civ. Action No. C07 0943 WHA
Letter Brief to the Court dated August 1, 2008

# EXHIBIT 2

**Case No. C 07 0943 WHA**

**Parrish v. National Football League Players Association, et al.**

Addendum

The following paragraphs of the License Agreement between Electronic Arts and
PLAYERS INC, effective March 1, 1998 shall be amended and added to only as follows:

2. Grant of License

"Identity" as defined in such Paragraph 2 also shall apply to retired NFL players listed in
Attachment C hereto. Attachment C shall be established and modified in accordance with
the same procedure provided by the License Agreement for Attachment B thereto.

6. Royalty Payment

For the additional rights granted by this addendum, separate from and in addition to the
other guarantees and payment specified in such Paragraph 6, Licensee shall pay to
PLAYERS INC the following amount on the dates listed below:

| | |
|---|---|
| $150,000 | Upon Execution of this Addendum |
| $150,000 | March 1, 2001 |
| $150,000 | March 1, 2002 |

The royalty payments due March 1, 2001 and March 2, 2002 are contingent upon
Licensor and Licensee executing a new license agreement through February 28, 2003,
and in such event this Addendum shall apply thereto.

No amount of the payment by Licensee to PLAYERS INC provided for by this
Addendum shall offset any other guarantee or royalty payment contained in such License
Agreement or new license agreement.

All other provisions of such License Agreement shall remain in full force and effect.

Agreed to by:

PLAYERS INC                                Electronic Arts

By: _____           By: _____

Title: _____           Title: _____

Date: __6/29/00_____          Date: __7/5/00_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PI000128

## Retired Players Granted under this Addendum

| | |
|---|---|
| TY | ALLERT |
| HOWARD | BALLARD |
| CARL | BANKS |
| FRED | BARNETT |
| HARRIS | BARTON |
| BILL | BATES |
| SAMMY | BAUGH |
| EDGAR | BENNETT |
| STAN | BROCK |
| ROBERT | BROOKS |
| JEROME | BROWN |
| RON | BROWN |
| WILLIE | BROWN |
| BILLY | BRYAN |
| PAUL | BUTCHER |
| KEVIN | BUTLER |
| KEITH | BYARS |
| HARRY | CARSON |
| ANTHON | CARTER |
| CHUCK | CECIL |
| DWIGHT | CLARK |
| GARY | CLARK |
| MARK | COLLINS |
| JIM | COVERT |
| ROGER | CRAIG |
| JACK | DEL RIO |
| ROBERT | DELPINO |
| RICHARD | DENT |
| MIKE | DITKA |
| RICKEY | DIXON |
| RAY | DONALDSON |
| MAURICE | DOUGLASS |
| JUMBO | ELLIOTT |
| RIKI | ELLISON |
| JOHN | ELWAY |
| BOOMER | ESIASON |
| GARY | FENCIK |
| JUMPY | GEATHERS |
| ERNEST | GIVINS |
| KURT | GOUVEIA |
| OTTO | GRAHAM |
| RED | GRANGE |
| MEL | GRAY |
| GARY | GREEN |
| KEVIN | GREENE |
| DON | GRIFFIN |
| RUSS | GRIMM |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| DAN | HAMPTON |
| RODNEY | HAMPTON |
| ANDY | HARMON |
| ALVIN | HARPER |
| DENNIS | HARRAH |
| AL | HARRIS |
| RAMONT | HARRIS |
| TIM D. | HARRIS |
| KEN | HARVEY |
| JAMES | HASTY |
| LESTER | HAYES |
| MEL | HEIN |
| TED | HENDRICKS |
| STEVE | HENDRICKSON |
| CRAIG | HEYWARD |
| JAY | HILGENBERG |
| DALTON | HILLIARD |
| PIERCE | HOLT |
| WES | HOPKINS |
| ERIK | HOWARD |
| SAM | HUFF |
| BOBBY | HUMPHREY |
| DON | HUTSON |
| KEITH | JACKSON |
| RICKEY | JACKSON |
| JOE | JACOBY |
| HAYWOO | JEFFIRES |
| TOM (PEP | JOHNSON |
| VAUGHN | JOHNSON |
| BRENT | JONES |
| SETH | JOYNER |
| KEITH | KARTZ |
| JIM | KELLY |
| GREG | KRAGEN |
| JACK | LAMBERT |
| STEVE | LARGENT |
| LAMAR | LATHON |
| HENRY | LAWRENCE |
| BOBBY | LAYNE |
| CARL | LEE |
| BOB | LILLY |
| GREG | LLOYD |
| DAVE | LOGAN |
| KIRK | LOWDERMILK |
| DON | MAJKOWSKI |
| TONY | MANDARICH |
| DEXTER | MANLEY |
| WILBER | MARSHALL |
| CLAY | MATTHEWS |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| DON | MAYNARD |
| PHIL | McCONKEY |
| BUBBA | McDOWELL |
| TIM | McKYER |
| JIM | McMAHON |
| AUDREY | McMILLIAN |
| DAVE | MEGGETT |
| MATT | MILLEN |
| SAM | MILLS |
| ART | MONK |
| RON | MOORE |
| JOE | MORRIS |
| DON | MOSEBAR |
| MIKE | MUNCHAK |
| BRONKO | NAGURSKI |
| TOM | NEWBERRY |
| LEO | NOMELLINI |
| MERLIN | OLSEN |
| JIM | PARKER |
| ELVIS | PATTERSON |
| BRETT | PERRIMAN |
| WILLIAM | PERRY |
| JACK | REYNOLDS |
| KEVIN | ROSS |
| MARK | RYPIEN |
| DAN | SALEAUMUA |
| RICKY | SANDERS |
| JESSE | SAPOLU |
| GALE | SAYERS |
| TODD | SCOTT |
| JOHN | SETTLE |
| ART | SHELL |
| VAI | SIKAHEMA |
| PHIL | SIMMS |
| JACKIE | SLATER |
| DENNIS | SMITH |
| BOB | ST. CLAIR |
| JAN | STENERUD |
| PAT | SWILLING |
| STEVE | TASKER |
| JACK | TATUM |
| JOHN | TAYLOR |
| JOHN | TELTSCHIK |
| REYNA | THOMPSON |
| JIM | THORPE |
| GREG | TOWNSEND |
| HERSCH | WALKER |
| STEVE | WALLACE |
| ALVIN | WALTON |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DON         WARREN
RANDY       WHITE
REGGIE      WHITE
DOUG        WILLIAMS
LARRY       WILSON
OTIS        WILSON
WILL        WOLFORD
OTIS        WONSLEY
DONNELL     WOOLFORD
JACK        YOUNGBLOOD
GARY        ZIMMERMAN
MICHAEL     ZORDICH
CHRIS       ZORICH

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 17

EXHIBIT 17

SER 129



## Chicago Breaking Sports

POWERED BY WGN NEWS WGN Chicago Tribune

January 1, 2012

Current Weather
City, state, or zip [GO]
Get weather alerts
Get traffic alerts

BEARS | BULLS | BLACKHAWKS | CUBS | WHITE SOX | ILLINOIS | NORTHWESTERN | NOTRE DAME | SCORES | FAN SHOP

More Breaking Sports:

◄◄ Guillen asks for patience with Sale's struggl...        Garza rebounds for Cubs in loss to Mariners... ►►

# Soldier Field to be featured in Madden 12

March 14, 2011 6:25 PM | 1 Comment

*By Dan Pompei*

Whether or not Soldier Field hosts an NFL game in 2011, it appears the stadium will host NFL games on a Madden video game for the first time.

Soldier Field spokesman Lucca Serra said the legal documents are being drawn up for a deal with EA Sports that would give the company the right to include Soldier Field in Madden 12.

In the past, the home of the Bears has been referred to as "Chicago Stadium" in the Madden games.

Serra said EA Sports producer Phil Frazier asked about using Soldier Field in the games a couple of weeks ago.

"They never reached out to us in past years," Serra said. "We absolutely wanted to work with them, be well represented in the game and have an accurate depiction of the stadium. Apparently there was a misunderstanding that we were not interested."

Not all stadiums are compensated for entering into a licensing agreement with video game companies, but Soldier Field is expected to receive a minimal stipend to cover legal fees.

**Click here to sign up for breaking news, business and sports alerts.**

Share this story:

Twitter   Facebook   Email

RECOMMENDED FOR YOU          FROM AROUND THE WEB

**As the calendar turns, ask yourself: What is important in 2012?** *(Your Doubting Thomas)*

**Happy New Year's, and oh, hey, Quentin's gone** *(White Sox Observer)*

**6 Ideas the Devil on Your Shoulder Will Have for your New Year's Eve Celebration** *(Lists That Actually Matter)*

**The Rat in the Toilet** *(Bon Bini Ya'll)*

**Looking Back, Looking Forward** *(The Blue Streak)*

ADS BY GOOGLE

**Ted Ginn Jr.**
Ted Ginn Jr. Breaking News Visit The Official Site Now!
www.csnbayarea.com

**Online MBA University**
Get your MBA with a reputable online school—Request info now!
www.Post.edu

Breaking and recently updated stories from Breaking Sports:

| Northern Illinois to meet with MSU assis... | A new look for ChicagoBreakingSports.com | Bonds' defense: Didn't know they were st... |
|---|---|---|
| last update: 03/23/11 12:06 AM 3 comments | last update: 03/23/11 12:30 AM no comments | last update: 03/22/11 11:52 PM 1 comment |

Categories: Bears  Tags: Soldier Field

1 Comments

daniel t westrick on March 16, 2011 11:21 AM
maybe they can take the profits off the game and put in artificial turf in soldier, so our speedy WR's can start out running CB's and catch a few balls

MMERC on March 16, 2011 6:53 AM



They should put a few old stadiums in there. No worries about rights of it? Bring back The VET! Veterans Stadium would be sweet.

**prognosticator** on March 15, 2011 1:33 PM
Butch, would you buy the game if it had those features you mentioned?

**tired guy** on March 15, 2011 12:29 PM
Great.... but can they update the stadium model so the end zone scoreboards are placed and shown correct? Really annoying to see that lack of detail

**jill** on March 15, 2011 8:06 AM
Ha-Ha! Wow you nerds! Way to stick it to "the man!"

**midwaymonsta** on March 15, 2011 1:44 AM
haha madden terrible game... i still play apf 2k8

**Eric** on March 14, 2011 10:47 PM
Still playing NFL2k5 with updated rosters. I'm not buying a new football title until the king of football games return (2k sport).

**Bearstradamus Brzeski** on March 14, 2011 8:30 PM
Will the Madden '12 people have puddles on the field, slip and slide playing conditions, Kentucky Brown Grass, players getting concussed from the frozen playing surface, and a park district 'big shot' employee with money coming out his pockets?

**Bearstradamus Brzeski** on March 14, 2011 8:23 PM
Will the Madden '12 people will have puddles on the field, slip and slide playing conditions, Kentucky Brown Grass, players getting concussed from frozen playing surface, and a park district 'big shot' employee with money coming out his pockets too?

Leave a comment

Name

Email Address

☐ Remember personal info?

Comments

Captcha:

Type the characters you see in the picture above.

Preview  Submit

CLTV  WGN NEWS  720 WGN  Chicago Tribune

Privacy Policy | Terms of Service | About
A Tribune Newspaper website
Chicago's Blog Network: www.chicagonow.com

# EXHIBIT 18

EXHIBIT **18**

SER 132



**PLAYERS**

May 31, 2001

Jeremy Strauser
Electronic Arts – Tiburon
2301 Lucien Way, Suite 395
Maitland, FL 32751

Dear Jeremy:

The following is a detailed explanation of the approved use of retired players for the upcoming video games per our discussion at E3. The Addendum that was signed last July was a three year Agreement that granted Electronic Arts the right to use the images and identities of the players listed in Attachments A and B (both documents were sent with the Addendum). For **all** retired players that are not listed in either Attachment A or B, their identity must be altered so that it cannot be recognized. Regarding paragraph 2 of the pending License Agreement between Electronic Arts and Players Inc, a players' identity is defined as his name, likeness (including, without limitation, number), picture, photograph, voice, facsimile signature and/or biographical information. Hence, any and all players not listed in Attachment A or B cannot be represented in Madden 2002 with the number that the player actually wore, and **must** be scrambled.

Along those same lines, the only active players that can be included in the licensed product, are those players who have given their licensing rights to Players Inc. Substituting a players name with their jersey number is not acceptable. If a player has not given his rights to Players Inc, his identity, as defined above, cannot be used within the game. If you have any questions regarding this matter, please contact me at (202) 496-2865.

Sincerely,

LaShun Lawson

Assistant Vice President
Multimedia

NATIONAL FOOTBALL LEAGUE PLAYERS INCORPORATED

2021 L STREET, NW, SUITE 500, WASHINGTON, DC 20036   TELEPHONE: 202·496·2860   FAX: 202·296·3486
www.nflplayers.com

EA00000128
SER 133

# EXHIBIT 21

EXHIBIT 21
SER 134

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  rvannest@kvn.com
   R. JAMES SLAUGHTER - #192813
3  rslaughter@kvn.com
   R. ADAM LAURIDSEN - #243780
4  alauridsen@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone: (415) 391-5400
6  Facsimile: (415) 397-7188

7  Attorneys for Defendant
   ELECTRONIC ARTS INC.

8

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  MICHAEL E. DAVIS, aka TONY DAVIS,        Case No. 10-CV-3328-RS
    VINCE FERRAGAMO, and BILLY JOE
15  DUPREE, on behalf of themselves and all   **DEFENDANT ELECTRONIC ARTS**
    other similarly situated,                 **INC.'S THIRD AMENDED RESPONSES**
16                                            **TO PLAINTIFFS' INTERROGATORY**
                            Plaintiffs,       **NO. 8**
17
       v.
18
    ELECTRONIC ARTS INC.,
19                                           Judge:     Hon. Richard Seeborg
                            Defendant.
20                                           Date Comp. Filed:    July 29, 2010

21                                           Trial Date: None

22

23  PROPOUNDING PARTY:        Plaintiff MICHAEL E. DAVIS

24  RESPONDING PARTY:         Defendant ELECTRONIC ARTS INC.

25  SET NO.                   One

26

27

28

─────────────────────────────────────────
       DEFENDANT ELECTRONIC ARTS INC.'S THIRD AMENDED RESPONSES TO PLAINTIFFS'
                         INTERROGATORY NO. 8
                       CASE NO. 10-CV-3328-RS

SER 135

1    Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Court's July 5, 2011,

2    September 20, 2011 and November 16, 2011 Orders, Defendant Electronic Arts hereby amends

3    and supplements the following responses and objections to the Interrogatories served by

4    Plaintiffs in this matter on February 2, 2011.

## OBJECTIONS TO PURPORTED DEFINITIONS

6    1.    EA objects to each and every paragraph of the section labeled "Definitions" to the

7    extent the definitions purportedly set forth therein would (a) expand the definition of a term

8    beyond its ordinary usage in the English language; (b) create undue burden for EA when

9    propounding its responses and objections to the Interrogatories; and/or (c) impose obligations on

10   EA that exceed, or are inconsistent with, the obligations imposed by the Federal Rules of Civil

11   Procedure. EA will respond to the Interrogatories consistent with the ordinary English meaning

12   of the words and its obligations under the Federal Rules of Civil Procedure.

13   2.    EA further objects to the purported definitions of "EA," "YOU" and "YOUR" as

14   vague, unintelligible, inconsistent with ordinary English usage, overbroad, unduly burdensome

15   and imposing obligations that exceed those imposed by the Federal Rules of Civil Procedure.

16   EA will construe the terms to mean Electronic Arts Inc.

17   3.    EA further objects to the purported definition of "CLASS" and "RETIRED NFL

18   PLAYERS" to the extent it purports to assume the existence of or give meaning or legal

19   significance to a document, fact or purported fact whose existence, meaning and significance is

20   the subject of legal dispute between the parties. EA further objects to the purported definition to

21   the extent it calls for a legal conclusion or is argumentative with regard to the existence, meaning

22   or legal significance of any information contained therein.

23   4.    EA further objects to the purported definition of "PLAYERS INC" as vague,

24   unintelligible, inconsistent with ordinary English usage, overbroad and unduly burdensome. EA

25   will construe the term "PLAYERS INC" to mean Players Inc.

26   5.    EA further objects to the purported definition of "NFLPA" as vague,

27   unintelligible, inconsistent with ordinary English usage, overbroad and unduly burdensome. EA

28   will construe the term "NFLPA" to mean National Football League Players Association.

DEFENDANT ELECTRONIC ARTS INC.'S THIRD AMENDED RESPONSES TO PLAINTIFFS'
INTERROGATORY NO. 8
CASE NO. 10-CV-3328-RS

593594.01

6.     EA further objects to the purported definition of "NFL" as vague, unintelligible, inconsistent with ordinary English usage, overbroad and unduly burdensome. EA will construe the term "NFL" to mean National Football League.

7.     EA further objects to the purported definition of "HISTORICAL NFL PLAYER CHARACTERS" to the extent it purports to assume the existence of or give meaning or legal significance to a document, fact or purported fact whose existence, meaning and significance is the subject of legal dispute between the parties. EA further objects to the purported definition as vague and overbroad insofar as it refers to "other teams." EA further objects to the purported definition to the extent it calls for a legal conclusion or is argumentative with regard to the existence, meaning or legal significance of any information contained therein. EA will construe the term "HISTORICAL NFL PLAYER CHARACTERS" to mean "virtual players, characters or avatars that populate the 'historic teams' and 'all time teams' in the Madden NFL video game franchise."

8.     EA further objects to the purported definition of "ACTIVE NFL PLAYERS" as vague and ambiguous.

9.     EA further objects to the purported definition of "LIKENESS" as vague, unintelligible, inconsistent with ordinary English usage, unduly burdensome and imposing obligations that exceed those imposed by the Federal Rules of Civil Procedure. EA further objects to the extent it purports to assume the existence of or give meaning or legal significance to a document, fact or purported fact whose existence, meaning and significance is the subject of legal dispute between the parties. EA further objects to the definition to the extent it calls for a legal conclusion or is argumentative with regard to the existence, meaning or legal significance of any information contained therein. EA further objects to the purported definition to the extent it is inconsistent with the definition purportedly assigned to the term in Plaintiffs' other discovery requests. EA will construe the term "LIKENESS" in a manner consistent with ordinary English usage.

10.     EA further objects to the purported definition of "FIELD OF DATA" as vague, unintelligible, inconsistent with ordinary English usage, unduly burdensome and imposing

1   obligations that exceed those imposed by the Federal Rules of Civil Procedure. EA further

2   objects to the extent it purports to assume the existence of or give meaning or legal significance

3   to a document, fact or purported fact whose existence, meaning and significance is the subject of

4   legal dispute between the parties. EA further objects to the definition to the extent it calls for a

5   legal conclusion or is argumentative with regard to the existence, meaning or legal significance

6   of any information contained therein.

7       11.     EA further objects to the purported definitions of "DOCUMENT,"

8   "DOCUMENTS" and "COMMUNICATION" to the extent they impose obligations that exceed

9   those imposed by the Federal Rules of Civil Procedure.

10      12.     EA further objects to the purported definitions of "REFER," "RELATE" and

11  "DESCRIBE" as vague and overbroad. EA further objects to the purported definitions to the

12  extent they impose obligations that exceed those imposed by the Federal Rules of Civil

13  Procedure.

14      13.     EA further objects to the purported definitions of "IDENTIFY," "IDENTITY,"

15  "IDENTIFICATION" or "DESCRIBE" as vague, unintelligible, inconsistent with ordinary

16  English usage, compound, unduly burdensome and imposing obligations that exceed those

17  imposed by the Federal Rules of Civil Procedure. EA will provide information in response to the

18  Interrogatories in a manner consistent with its obligations under the Federal Rules of Civil

19  Procedure.

## OBJECTIONS TO PURPORTED INSTRUCTIONS

20

21      1.      EA objects to each and every paragraph of the section labeled

22  "INSTRUCTIONS" to the extent the instructions purportedly set forth therein would (a) create

23  undue burden for EA when propounding its responses and objections to the Interrogatories;

24  and/or (b) impose obligations on EA that exceed, or are inconsistent with, the obligations

25  imposed by the Federal Rules of Civil Procedure. EA will respond to the Interrogatories

26  consistent with its obligations under the Federal Rules of Civil Procedure and applicable

27  authority.

28      2.      EA further objects to the purported instructions regarding assertion of privilege,

593594.01

1   or other objections to the Interrogatories; to the extent the purported instructions impose duties

2   on EA that go beyond those imposed by the Federal Rules of Civil Procedure and applicable

3   authority.

4         3.     EA further objects to the purported instructions regarding vague, ambiguous or

5   indefinite terms or phrases to the extent the purported instructions impose duties on EA that go

6   beyond those imposed by the Federal Rules of Civil Procedure and applicable authority.

7                           **GENERAL OBJECTIONS**

8         1.     EA objects to each and every interrogatory, definition and instruction to the extent

9   it purports to impose requirements on EA that are different from, or in addition to, those imposed

10   by the Federal Rules of Civil Procedure. EA will interpret each definition, and interpret and

11   respond to each interrogatory, in a manner consistent with its obligation under the Federal Rules

12   and applicable authority.

13         2.     EA objects to the Interrogatories to the extent they seek information or documents

14   protected by the attorney-client privilege, the attorney work-product doctrine, the joint-interest

15   privilege or any other privilege from or proscription against disclosure. Any accidental

16   disclosure of privileged information shall not be deemed a waiver of the applicable privilege, and

17   EA reserves the right to demand the return of any privileged information that may be produced

18   inadvertently.

19         3.     EA objects to the Interrogatories to the extent that they seek information that is

20   irrelevant to the subject matter of the lawsuit and/or is not reasonably calculated to lead to

21   discovery of relevant evidence.

22         4.     EA objects to the Interrogatories to the extent they are unbounded as to time.

23         5.     EA objects to the Interrogatories to the extent that they seek information

24   regarding works released prior to July 29, 2008.

25         6.     EA objects to the Interrogatories to the extent they seek confidential or

26   proprietary business information.

27         7.     EA objects to the Interrogatories to the extent they are duplicative, redundant,

28   vague, ambiguous and overbroad.

4

593594.01

8.     EA objects to the Interrogatories because responding to them as drafted would be excessively burdensome, expensive and oppressive.

9.     EA objects to the Interrogatories to the extent they seek information relating to third parties, including the NFL and organizations and/or individuals who have participated in NFL-related activities, as imposing undue burden on EA.  EA will respond to the Interrogatories solely on its own behalf.

10.     EA objects to the Interrogatories to the extent they seek information that is not within EA's possession, custody or control, including without limitation information regarding or in possession of the NFL, the NFLPA and/or Players Inc.

11.     No agreement by EA to provide information in response to an interrogatory shall in any way be construed as an admission that any information exists.  By responding to an interrogatory, EA does not accept, admit or concede any assertions, characterizations or implications contained therein.  A response to an interrogatory is only a representation that non-privileged and otherwise unprotected information will be made available, subject to objections, if it exists.

12.     No agreement by EA to provide information in response to an interrogatory shall be construed as a waiver of EA's right to object to the use of that information in trial or any other proceeding in this or any other action.

13.     EA reserves the right to amend or supplement its responses and objections.

14.     EA objects to the Interrogatories to the extent they are premature and to the extent that the vague and ambiguous nature of Plaintiffs' claims, as set forth in the First Amended Complaint, makes it impossible to determine what information is properly discoverable in this litigation.  EA hereby reserves the right to move for a protective order limiting the time and manner of discovery until such time as Plaintiffs' claims are properly delineated and the scope of appropriate and efficient discovery can be defined.

15.     EA objects to the Interrogatories to the extent they seek information that the Plaintiffs either posses or are in an equal position to obtain, on the grounds that such requests are overly broad and impose an excessive burden on EA.  EA will not produce information that is

5

1   publicly available and/or already in Plaintiffs' possession, custody or control.

2        16.    EA objects to the Interrogatories to the extent they call for expert opinion

3   testimony in advance of the time for production of this information under Fed. R. Civ.

4   P. 26(a)(2).

5        **RESPONSES AND SPECIFIC OBJECTIONS TO INTERROGATORIES**

6   **INTERROGATORY NO. 8:**

7        DESCRIBE in detail how EA assigned jersey numbers to HISTORICAL NFL PLAYER

8   CHARACTERS.

9   **THIRD AMENDED RESPONSE TO INTERROGATORY NO. 8:**

10       EA incorporates each of its General Objections, Objections to Purported Instructions,

11  Objections to Purported Definitions and Preliminary Statement as if fully set forth here. EA

12  specifically objects to this interrogatory to the extent information requested is neither relevant to

13  any issue, claim or defense in this litigation nor reasonably calculated to lead to the discovery of

14  relevant evidence. EA specifically objects to this interrogatory as overbroad, unduly

15  burdensome and imposing obligations that exceed those imposed by the Federal Rules of Civil

16  Procedure insofar as it requires EA to "DESCRIBE in detail." EA further specifically objects to

17  this interrogatory to the extent it is unbounded as to time. EA further specifically objects to this

18  interrogatory insofar as it assumes the existence of or gives meaning or legal significance to a

19  document, fact or purported fact whose existence, meaning and significance is the subject of

20  legal dispute between the parties, calls for a legal conclusion and/or is argumentative with regard

21  to the existence, meaning or legal significance of information contained therein. EA further

22  specifically objects to this interrogatory as vague, ambiguous and unintelligible insofar as it

23  refers to "HISTORICAL NFL PLAYER CHARACTERS."

24       Subject to and without waiver of its objections, EA responds as follows:

25       For *Madden NFL 02* and *Madden NFL 03*, EA assigned numbers to the virtual players on

26  historic teams by selecting numbers at random from within a range of position-appropriate

27  numbers. Some of the numbers randomly assigned to the virtual players corresponded to the

28  numbers of actual players on the historic teams depicted. For *Madden NFL 04* through *Madden*

593594.01

1   *NFL 09*, EA assigned numbers to virtual players on historic teams by selecting numbers that did

2   not correspond to the numbers of actual players on the historic teams depicted. EA selected

3   these numbers by assigning a number at random from within a range of position-appropriate

4   numbers excluding numbers that were used by actual players on the historic teams depicted and

5   by other virtual player on the historic teams in the game. For *Madden NFL 10*, EA did not

6   include historic teams.

7

8   Dated: December 8, 2011                    KEKER & VAN NEST LLP

9

10                                        By: _____

11                                            R. ADAM LAURIDSEN
                                             Attorneys for Defendant
12                                           ELECTRONIC ARTS INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ELECTRONIC ARTS INC.'S THIRD AMENDED RESPONSES TO PLAINTIFFS'
INTERROGATORY NO. 8
CASE NO. 10-CV-3328-RS

593594.01

SER 142

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111.

On December 8, 2011, I served the following document(s):

> **DEFENDANT ELECTRONIC ARTS INC.'S THIRD AMENDED RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 8**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from First Legal Network, 1138 Howard Street, 1st Floor, San Francisco, California 94103, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | |
|---|---|
| Brian D. Henri | Tel: (415) 820-0400 |
| Thomas, Whitelaw & Tyler LLP | Fax: (415) 820-0405 |
| Three Embarcadero Center, Suite 1350 | Email: bhenri@twtlaw.com |
| San Francisco, CA 94111 | |

Executed on December 8, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_ROSEANN CIRELLI_
ROSEANN CIRELLI

# EXHIBIT 23

EXHIBIT 23
SER 144

VOLUME 6

PAGES 1113 - 1362

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE WILLIAM H. ALSUP

BERNARD PAUL PARRISH, HERBERT          )
ANTHONY ADDERLEY, WALTER ROBERTS       )
III,                                   )
                                       )
          PLAINTIFFS,                  )
                                       )
  VS.                                  )    NO. C 07-0943 WHA
                                       )
NATIONAL FOOTBALL LEAGUE PLAYERS       )
ASSOCIATION AND NATIONAL FOOTBALL      )
LEAGUE PLAYERS INCORPORATED D/B/A      )
PLAYERS INC,                           )
                                       )    SAN FRANCISCO, CALIFORNIA
          DEFENDANTS.                  )    WEDNESDAY
                                       )    OCTOBER 29, 2008

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

FOR PLAINTIFFS:          MANATT, PHELPS & PHILLIPS
                         1001 PAGE MILL ROAD, BUILDING 2
                         PALO ALTO, CALIFORNIA 94304
                   BY:   RONALD S. KATZ, ESQ.
                         RYAN S. HILBERT, ESQ.

                         MANATT, PHELPS & PHILLIPS
                         7 TIMES SQUARE
                         NEW YORK CITY, NEW YORK 10036
                   BY:   L. PETER PARCHER, ESQ.

                         MANATT, PHELPS & PHILLIPS
                         11355 WEST OLYMPIC BOULEVARD
                         LOS ANGELES, CALIFORNIA  90064
                   BY:   CHAD HUMMEL, ESQ.

(APPEARANCES CONTINUED ON NEXT PAGE)

```
 1         THE TELEVISION SHOW, MADDEN NATION, USUALLY FOLLOWS

 2   THE LAUNCH BY SOME PERIOD OF TIME.  AND THE MADDEN CHALLENGE,

 3   WHICH IS A SERIES OF TOURNAMENTS, LIVE TOURNAMENTS, FOLLOWS THE

 4   LAUNCH BY WEEKS, IF NOT MONTHS.

 5   Q.   AND THE MADDEN GAME OVER THE YEARS HAS BEEN A SIGNIFICANT

 6   FINANCIAL SUCCESS FOR EA, CORRECT?

 7   A.   IT HAS BEEN A SUCCESSFUL GAME, YES, SIR.

 8   Q.   ALL RIGHT.  NOW, THERE ARE VARIOUS FEATURES IN THE MADDEN

 9   GAME.  ONE OF THEM I'M GOING TO FOCUS ON THIS MORNING IS THE

10   VINTAGE OR HISTORIC TEAM FEATURE.

11         ARE YOU FAMILIAR WITH THAT?

12   A.   I THINK THEY HAVE THAT -- I'M NOT TERRIBLY FAMILIAR WITH

13   THE FEATURES IN ALL OF THE VARIOUS ITERATIONS OF THE MADDEN NFL

14   GAME.

15         I'VE BEEN AT EA SINCE '99, SO THERE WOULD HAVE BEEN

16   TEN ITERATIONS OF THAT GAME.  AND I AM NOT FAMILIAR WITH WHAT'S

17   IN EACH OF THOSE VERSIONS OF MADDEN NFL.

18   Q.   AND I'M NOT ASKING THAT.  WHAT I'M ASKING IS A SIMPLER

19   QUESTION, WHICH IS SORT OF 20,000-FOOT.

20         ARE YOU AWARE THAT THERE IS A FEATURE IN THE MADDEN

21   GAME THAT HAS HISTORIC TEAMS?

22   A.   WELL, I KNOW IN SOME VERSIONS OF MADDEN WE HAVE HAD

23   HISTORIC TEAMS.  I DON'T KNOW IF THAT'S IN EVERY VERSION OF

24   MADDEN.

25   Q.   OKAY.  AND CAN YOU DESCRIBE FOR THE JURY WHAT THE HISTORIC
```

Case: 12-15363 10-cv-02083-RS Document 95-49 Filed 01/05/12 Page 14 of 261 of 226
Case3:07-cv-00943-WHA Document 522 Filed 12/30/08 Page 86 of 250 1198
LINZNER - DIRECT / HUMMEL

```
 1  TEAM FEATURE IS?

 2  A.   NOT VERY WELL.  I KNOW -- AGAIN, IT'S DIFFERENT IN

 3  DIFFERENT YEARS, MR. HUMMEL, SO I'M NOT SURE THAT ONE ANSWER

 4  WILL -- YOU KNOW, WILL EXPLAIN THAT.

 5       THE GAME GROWS AND CHANGES EVERY YEAR.  THAT'S WHY WE

 6  GET -- ARE ABLE TO GET PEOPLE TO BUY IT EVERY YEAR.  THERE'S

 7  DIFFERENT FEATURES IN IT FROM MADDEN '01, '02, '03 AND '04, ET

 8  CETERA.

 9       AND THEY DON'T HAVE THE SAME FEATURES IN EVERY YEAR.

10  AND EVEN WHEN THEY HAVE FEATURES THAT ARE COMPARABLE, THEY'RE

11  DIFFERENT.  SO I CAN'T -- I DON'T KNOW HOW TO ANSWER YOUR

12  QUESTION.

13  Q.   I'M ONLY FOCUSING ON THE HISTORIC GAME FEATURE.  ARE YOU

14  AWARE THAT THAT EXISTED IN SOME VERSIONS OF THE MADDEN GAME

15  OVER THE YEARS?

16  A.   YES, SIR.

17  Q.   AND IS THAT A FEATURE BY WHICH A GAME PLAYER COULD CHOOSE,

18  FOR EXAMPLE, TO BE THE 1989 49ERS, AND AN OPPONENT COULD BE THE

19  1985 BEARS OR THE 1965 BROWNS?

20  A.   AS FAR AS I'M AWARE THERE WERE SOME VERSIONS OF THE GAME

21  IN THE EARLY 21ST CENTURY, LIKE 2001 VERSION, 2002, WHERE THE

22  KIND OF FEATURE YOU DESCRIBED WAS AVAILABLE.

23  Q.   ALL RIGHT.  LET ME SHOW YOU WHAT --

24       MR. HUMMEL:  YOUR HONOR, I BELIEVE IS STIPULATED INTO

25  EVIDENCE AS EXHIBIT 1239.
```

# EXHIBIT 24

EXHIBIT 24
SER 148

- EA
-

EA Video Games

- Games
  - ○
    - Browse Games
    - Latest Releases
    - Upcoming Games
    - Play Free Games
  - ○ Featured Platforms
    - PC Games
    - Xbox 360®
    - PlayStation®3
    - Wii™
    - iPhone
    - iPad
    - Android
    - Facebook Games
    - View All Platforms
- News
- Help
- Shop at Origin

| Submit Query |

# Legal Notices

For Customer Support inquiries please visit support.ea.com.

## Copyright Infringement Notification

Electronic Arts Inc. ("EA") respects the intellectual property of others and expects that the users of our services do the same. If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and is accessible through a website or online service operated by EA or one of its subsidiaries, you may notify our copyright agent, as set forth in the Digital Millennium Copyright Act of 1998 (DMCA).

To file a copyright infringement notification with us, you will need to send a written communication that includes the following (please consult your legal counsel or see Section 512(c)(3) of the DMCA to confirm these requirements):

- A physical or electronic signature of a person authorized to act on behalf of the copyright owner;
- Identification of the copyrighted work claimed to have been infringed.

http://www.ea.com/1/legal-notices

SER 149    12/30/2011

The Sims™ Barnacle Bay
© 2011 Electronic Arts Inc. EA, the EA logo, The Sims, and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Ambitions
© 2010 Electronic Arts Inc. EA, the EA logo, The Sims, and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Deluxe
The Sims 3 Deluxe © 2010 Electronic Arts Inc. EA, the EA logo, The Sims and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Fast Lane Stuff
© 2010 Electronic Arts Inc. EA, the EA logo, The Sims, and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Generations
© 2011 Electronic Arts Inc. EA, the EA logo, The Sims and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Late Night Stuff
© 2010 Electronic Arts Inc. EA, the EA logo, The Sims and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Outdoor Living Stuff
© 2011 Electronic Arts Inc. EA, the EA logo, The Sims and The Sims 3 logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ 3 Town Life Stuff
© 2011 Electronic Arts Inc. EA, the EA logo, The Sims and The Sims logo are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims Medieval™
© 2011 Electronic Arts Inc. EA, the EA logo and The Sims Medieval are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims Medieval™: Pirates & Nobles
© 2011 Electronic Arts Inc. EA, the EA logo and The Sims Medieval are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

The Sims™ Social
© 2011 Electronic Arts Inc. EA, the EA logo and The Sims are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

Tiger Woods PGA TOUR® 12: The Masters®
© 2011 Electronic Arts Inc. EA, EA SPORTS and the EA SPORTS logo are trademarks of Electronic Arts Inc. The mark 'TIGERWOODS' and the TW Logo are trademarks of ETW Corp. and may not be used, in whole or in part, without the prior written consent of ETW Corp. The name, likeness and other attributes of Tiger Woods reproduced on this product are trademarks, copyrighted designs and/or other forms of intellectual property that are the exclusive property of ETW Corp. or Tiger Woods and may not be used, in whole or in part, without the prior written consent of ETW Corp. or Tiger Woods. PGA TOUR, PGA TOUR and the Swinging Golfer design, TPC, and TPC and the

Swinging Golfer design are trademarks of PGA TOUR, INC. and used by permission. "Masters", "Masters" and Design, "Masters Tournament", "Masters Tournament" and Design, "The Masters", "Tournament Masters", "Masters/Augusta USA", "Augusta", "Augusta National", "Augusta National" and Design, "Augusta National Golf Club" and Design, "Amen Corner", and the Yellow U.S. Map with Flagstick are trademarks and trade names of Augusta National, Inc. and such trademarks and trade names appear courtesy Augusta National, Inc. All other sponsored products, company names, brand names, trademarks and logos are the property of their respective owners.

Tiger Woods PGA TOUR® Online
© 2010 Electronic Arts Inc. EA, EA SPORTS and the EA SPORTS logo are trademarks of Electronic Arts Inc. The mark 'TIGERWOODS' and the TW Logo are trademarks of ETW Corp. and may not be used, in whole or in part, without the prior written consent of ETW Corp. The name, likeness and other attributes of Tiger Woods reproduced on this product are trademarks, copyrighted designs and/or other forms of intellectual property that are the exclusive property of ETW Corp. or Tiger Woods and may not be used, in whole or in part, without the prior written consent of ETW Corp. or Tiger Woods. PGA TOUR are trademarks of PGA TOUR, Inc. and used under license by PGA TOUR, Inc. This mark is used under license by Electronic Arts Inc. The Swinging Golfer Design trademark is owned by PGA TOUR, Inc. and used under license by Electronic Arts Inc. All other sponsored products, company names, brand names, trademarks and logos are the property of their respective owners.

TRANSFORMERS™: DARK OF THE MOON™
TRANSFORMERS DARK OF THE MOON game code and certain audio and/or visual material © 2011 Electronic Arts Inc. EA and the EA logo are trademarks of Electronic Arts Inc. HASBRO and its logo, and TRANSFORMERS are trademarks of Hasbro and are used with permission. © 2011 Hasbro. All Rights Reserved. All other trademarks are the property of their respective owners.

Travel Games For Dummies®
© 2008 Electronic Arts Inc. EA and the EA logo are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All Rights Reserved. For Dummies and the Dummies Man logo are trademarks or registered trademarks of Wiley Publishing, Inc. Used by license. All other trademarks are the property of their respective owners.

Ultimate Mortal Kombat™ 3
Game code and certain audio and/or visual materials © 2010 Electronic Arts Inc. EA and the EA logo are trademarks of Electronic Arts Inc. All Rights Reserved. Distributed by Electronic Arts Inc. under license from Warner Bros. Entertainment Inc. MORTAL KOMBAT, ULTIMATE MORTAL KOMBAT 3, the dragon logo, and all related characters and elements are trademarks of and © Warner Bros. Entertainment Inc.

WB GAMES LOGO, WB SHIELD: ™ & © Warner Bros. Entertainment Inc.

(s10)

All other trademarks are the property of their respective owners.

Warhammer® Online: Realm War
© 2009 Games Workshop Limited. All Rights Reserved. Games Workshop, Warhammer, Warhammer Online, Age of Reckoning, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Warhammer world are either ®, ™ and/or © Games Workshop Ltd 2000-2009. Used under license by Electronic Arts Inc. EA, the EA logo, Mythic Entertainment, the Mythic Entertainment logo are trademarks or registered

# EXHIBIT 25

EXHIBIT 25
SER 152



# EXHIBIT 26

EXHIBIT 26

SER 154



Hello, Brian Henri. We have recommendations for you. (Not Brian?)

New Year, New You: Essentials for 2012
Sponsored by Philips

Brian's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Digital Items | Your Account | Help

Shop All Departments | Search | Video Games | GO | Cart | Wish List

Video Games | PlayStation 3 | Nintendo Wii | Xbox 360 | Nintendo 3DS | Nintendo DS | PSP | Accessories | Game Downloads | PC & Mac | Console Guide | Trade-In





View and share related images

## EA Sports 08 Collection
by Electronic Arts

Platform: Windows Vista / XP | Rated: Everyone 10+

Be the first to review this item | Like (0)

4 new from $79.00     3 used from $48.99

### Available from these sellers.

7 used & new from $48.99

See all buying options

Have one to sell? Sell on Amazon

Add to Wish List

Share ✉ 🖤 📱

**What Other Items Do Customers Buy After Viewing This Item?**

 EA Sports 08 Collection  by Electronic Arts   Windows XP Home Edition / Vista, Microsoft XP Media Center Edition
★★★★★ (12)

 Logitech Dual Action Game Pad USB
★★★★★ (205)

 Tiger Woods PGA Tour 08 DVD  by Electronic Arts   Windows 98 / 2000 / XP
★★★★★ (62)

 Madden NFL 08 DVD  by Electronic Arts   Windows Vista / 2000 / 98
★★★★★ (38)
$89.99

› **Explore similar items**

---

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

**Origin from EA** — Battlefield 3, Sims 3 Pets, Spore, Dragon Age 2, and so much More!   www.origin.com

**Febreze® Sport Collection** — Get Tips On Eliminating Tough **Sports** Odors From Shoes & Apparel.   www.febreze.com/**SportCollection**

**EA Sports Collection** — See All **EA Sports Collection** Great Deals On Great Brands.   www.gifts.com

See a problem with these advertisements? Let us know          Advertise on Amazon

---

## Customers Who Bought This Item Also Bought



Logitech Dual Action
Game Pad USB
★★★★☆ (205)



Major League Baseball
2K11 by 2K Sports
★★★★☆ (29)
$19.99



NBA 2K11 by 2K Sports
★★★★☆ (30)
$1.49



NBA 2K10 by 2K Sports
★★★★☆ (13)
$1.88



The Elder Scrolls III:
Morrowind, Game of the
Year Ed... by Bethesda
★★★★★ (228)
$27.52



EA Sports 08 Collection
by Electronic Arts
★★★★☆ (12)



Scrabble Champion
Edition by Encore
★★★★☆ (159)
$6.15

## Product Details

**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.

**ASIN:** B000B7PW6E

**Media:** DVD-ROM

**Release Date:** September 22, 2008

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #28,479 in Video Games (See Top 100 in Video Games)

**Discontinued by manufacturer:** Yes

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

## Product Description

This special package contains all the 2008 editions of the major EA sports games that fans love to play. Why just be a spectator? Get into the "behind-the-scenes" aspects of managing teams and mapping out strategies. If you're in it, will you win it? It's up to you. The EA franchise has been critically acclaimed for years. This collection provides virtually endless hours of in/out perspectives as you manage and play a variety of competitive sports.

## Tags Customers Associate with This Product (what's this?)

Click on a tag to find related items, discussions, and people.

**Search Products Tagged with**

[_____] (GO)

› See most
popular Tags

Check the boxes next to the tags you consider relevant or enter your own tags in the field below.

☐ pc game (2)          **See all 2 tags...**

Your tags: [_____] (Add)
(Press the 'T' key twice to quickly access the "Tag this product" window.)

## Customer Reviews

There are no customer reviews yet.

(Create your own review)

### Video reviews

Amazon now allows customers to upload product video

SER 156



reviews. Use a webcam or video camera to record and
upload reviews to Amazon.



Get started.
Go to the unbiased resource.

OIC The Options
Industry Council

O P T I O N S

Advertisement

## Customer Discussions

### This product's forum

| Discussion | Replies | Latest Post |
|---|---|---|
| ⊟ Will this work on a 64-bit Vista computer? | 2 | Apr 14, 2011 |

› See all discussions...    [Start a new discussion]

### Related forums

PC Game forum  (503 discussions)

sports games forum  (2 discussions)

Video Games forum  (1023 discussions)

### Active discussions in related forums

| Discussion | Replies | Latest Post |
|---|---|---|
| **Video Games forum** ⊟ 3DS owners- Go watch that Redbull Evolution clip on Nintendo Video | 0 | 1 minute ago |
| **Video Games forum** ⊟ OT: What is your New Year resolution? | 29 | 1 minute ago |
| **Video Games forum** ⊟ I think some one has returned | 18 | 4 minutes ago |
| **Video Games forum** ⊟ What games did you play in 2011 and how would you rate them? | 9 | 8 minutes ago |
| **Video Games forum** ⊟ Final Fantasy XIII-2 reviews in Japan | 16 | 9 minutes ago |
| **Video Games forum** ⊟ Anything you liked better about Oblivion then Skyrim | 8 | 9 minutes ago |
| **PC Game forum** ⊟ Now that we have the $5 credit towards the TOP SELLING GAMES OF 2011 all the game prices have gone UP, UP , UP!!! | 14 | 1 hour ago |
| **PC Game forum** ⊟ Why is Steam suddenly bad? | 589 | 4 hours ago |

### Search Customer Discussions

[          ] (GO)

☑ Only search this product's forum

## Listmania!



Gifts Kids/Teens would love: A list by x8889



Sexy Exercise . . ! 2 *: A list by Aaryanna

Sexy Exercise . . On Video Games !: A list by Aaryanna

### Search Listmania!

[          ] (GO)



Create a Listmania! list

## So You'd Like to...



Download Library eBooks to Your Kindle: A guide by J. Ts

Create a guide

Search Guides
[_____] (GO)

## eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

(Get Started ▶)



Thought you might like this...

## Look for Similar Items by Category

Video Games > PC Games > All Games

Video Games > PC Games > Sports

## Feedback

▸ If you need help or have a question for Customer Service, **contact us.**
▸ Would you like to **update product info, give feedback on images,** or **tell us about a lower price?**
▸ Is there any other feedback you would like to provide? **Click here**

## Your Recent History (What's this?)



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

**Let Us Help You**

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

SER 158

Amazon and Our Planet                Independently Publish with Us         Manage Your Kindle

Amazon in the Community              › See all                            Help

**amazon**.com

Canada  China    France  Germany  Italy  Japan  Spain  United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | Diapers.com | DPReview | Endless | Fabric |
|---|---|---|---|---|---|---|---|---|
| Rare Books | Great Local Deals | Cellphones & | Community | Download | Everything | Digital | Shoes | Sewing, Quilting |
| & Textbooks | in Your City | Wireless Plans | Answers | Audio Books | But The Baby | Photography | & More | & Knitting |

| IMDb | MYHABIT | Shopbop | Small Parts | Soap.com | Warehouse Deals | Woot | Zappos |
|---|---|---|---|---|---|---|---|
| Movies, TV | Private Fashion | Designer | Industrial | Health, Beauty & | Open-Box | Never Gonna | Shoes & |
| & Celebrities | Designer Sales | Fashion Brands | Supplies | Home Essentials | Discounts | Give You Up | Clothing |

Conditions of Use     Privacy Notice     © 1996-2011, Amazon.com, Inc. or its affiliates

SER 159



EXHIBIT **27**
SER 160

Case: 12-16738 10-02820-RS Document 9835 Filed 01/05/12 Page 2 of 255 of 226



1   LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2      Timothy L. O'Mara (Bar No. 212731)
    505 Montgomery Street, Suite 2000
3   San Francisco, California 94111-6538
    Telephone: +1.415.391.0600
4   Facsimile: +1.415.395.8095
    Email: Dan.Wall@lw.com
5   Email: Tim.OMara@lw.com

6   Attorneys for Defendant
    ELECTRONIC ARTS INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION JUDICIAL DISTRICT

11

12  GEOFFREY PECOVER and JEFFREY          CASE NO. C 08-02820 VRW
    LAWRENCE, on Behalf of Themselves and
13  All Others Similarly Situated,        **DECLARATION OF JILL HAMBURGER IN
                                          SUPPORT OF DEFENDANT ELECTRONIC
14                 Plaintiffs,            ARTS INC.'S OPPOSITION TO
                                          PLAINTIFFS' MOTION FOR CLASS
15          v.                            CERTIFICATION**

16  ELECTRONIC ARTS INC., a Delaware
    Corporation,
17
                   Appellant.
18

19

20

21

22

23                    [Redacted Version]

24

25

26

27

28

1    I, Jill Hamburger, hereby declare as follows:

2         1.    I am currently President of Vida Gaming, Inc. I submit this declaration on

3    behalf of Electronic Arts Inc. in support of its Opposition to Plaintiffs' Motion for Class

4    Certification. I am familiar with this litigation and plaintiffs' claims, and I have personal

5    knowledge of the matters referred to in this declaration. If necessary, I would and could

6    competently testify to the matters discussed in this declaration.

7         2.    Attached hereto as **Exhibit 1** is a true and correct copy of my Expert

8    Report in Support of EA's Opposition to Plaintiffs' Motion for Class Certification.

9         I declare under penalty of perjury that the foregoing is true and correct to the best

10   of my knowledge, information, and belief. Executed on February 19, 2009 in St. Paul,

11   Minnesota.

12   Dated: February 19, 2009

13

14

15                                        _Jill Hamburger_
                                          Jill Hamburger
16                                        President, VIDA GAMING INC.

17   SF\740056

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW

2   DECLARATION OF JILL HAMBURGER IN
    SUPPORT OF EA'S OPPOSITION TO PLAINTIFFS'

# Expert Report of Jill Hamburger

*Pecover et al. v. Electronic Arts Inc.* (N.D. Cal. No. 08-02820 VRW)

**February 19, 2010**

EXHIBIT 1 TO J. HAMBURGER DECLARATION
IN SUPPORT OF EA'S OPPN. TO PL. MOTION FOR CLASS CERTIFICATION
Confidential – Subject to Protective Order

## TABLE OF CONTENTS

I.     Biography...................................................................................................................1

II.    Summary of Findings................................................................................................2

III.   Pricing For Videogames ...........................................................................................4

      A.     Many Videogames Are Sequels That Are Regularly Updated ..............................10

      B.     Consumers Vary Significantly In Terms Of Demand Intensity............................10

      C.     Retailers Are Content- And Genre Agnostic ........................................................12

      D.     Take-Two's 2004 Pricing Was A One-Time Anomaly .........................................15

IV.   Cross-Genre Competition ........................................................................................16

      A.     Release Windows..................................................................................................24

      B.     Retailer Shelving Decisions Demonstrate That Competition Is For Hit
           Titles Across All Genres........................................................................................28

V.    "Content Is King" – High Quality Games Dominate The Market.....................................30

VI.   Industry "Buzz" – Game Reviews and Critic Scores.........................................................40

i

EXHIBIT 1 TO HAMBURGER DECLARATION
Confidential – Subject to Protective Order

## I.  Biography

I am Jill Hamburger, President of Vida Gaming, Inc.  For the past sixteen years, I have worked in the video gaming industry both in the retail and consulting side of the industry.  As President of Vida Gaming, Inc., I provide consulting services to publishers, retailers, manufacturers, and service organizations.

Prior to joining Vida Gaming, Inc., I was the Vice President of Games for Best Buy Co., Inc. ("Best Buy"), a multinational retailer of technology and entertainment products and services. I worked for Best Buy for twenty-one years, fifteen of which were in the gaming industry.  I was appointed to the position as Vice President of Games in 1998, and remained in that position until March 2009.  In my role, I interacted with consumers, publishers, and other retailers on a daily basis, and conducted and reviewed extensive analyses on videogame sales, marketing, and consumer purchasing patterns.

I have been named to the Video Business' 2008 Women Elite Retailers list, have been recognized as one of the year's leading women in home entertainment by Home Media Magazine in 2008, and was named one of the Top 25 Most Influential People in the Video Gaming Industry by the Wall Street Journal in 2006—the only female leader to be recognized with this honor. Additionally, I have received several awards from Best Buy, including its 2002 World Class Achievement Award, for my contribution to gaming business growth, and the 2007 Legacy Award, for my commitment to the videogame business and long-term success with the company. I also served as a member of the Entertainment Retail Advisory Council board and the Entertainment Merchants Association Board.

I graduated from the University of Minnesota with a bachelor's degree in retail merchandising.  A copy of my curriculum vitae is attached hereto as Attachment 1.  I have never previously testified in litigation.  If additional materials or testimony are made available to me, I may revise my analysis if I am asked to do so.

I am currently being compensated at the rate of $400 per hour for my work in this matter.

\ \ \

1

EXHIBIT 1 TO HAMBURGER DECLARATION
Confidential – Subject to Protective Order

## II.     Summary of Findings[1]

I have been asked by Electronic Arts Inc. ("EA") to discuss the competitive dynamics which drive pricing in the videogames industry in the United States.

My professional opinions, discussed in detail in this report, can be summarized as follows:

- The videogame industry is characterized by what I will call "industry standard retail launch pricing." All premium games on next generation platforms launch at the same retail price from which publishers do not deviate for a substantial period of time, usually months.

- At some point in a game's shelf life, publishers begin to discount the wholesale price to stimulate retail sales—garnering renewed consumer interest from the more price-sensitive, casual gamer segment.

- Many videogames are sequels with new iterations of a franchise being released periodically. Publishers will discount a game to manage inventory and clear shelf space prior to releasing a new iteration of a franchise.

- Videogame consumers vary significantly in terms of the intensity of their demand for a given title. Broadly speaking, there are hard-core gamers and more casual gamers. The hard-core gamers are the first to purchase, either through pre-sale or within the first several months after launch. These consumers are price insensitive and will pay the full prevailing industry standard retail launch price for a game. The second group of more casual gamers tend to be more price sensitive and will purchase the game after price discounting begins.

- Retailers are content- and genre-agnostic—they care about sell-through, not about the specific titles or genres of videogames. As long as a game continues to sell well, retailers will keep it on their shelves and generally will not discount it, and certainly not by very much. Because retailers want to maximize revenue from the limited shelf space available in their stores, retailers conduct weekly sell-through analyses to determine which games are selling well and deserve shelf space, and which games are underperforming and must be discounted or "pushed off the shelf."

\\\

---

[1]    All documents cited herein are attached as exhibits to Jacob Schatz's Declaration In Support Of Defendant Electronic Arts Inc.'s Opposition To Plaintiffs' Motion For Class Certification [hereinafter Schatz Decl.].

2

SER 166

EXHIBIT 1 TO HAMBURGER DECLARATION
Confidential – Subject to Protective Order

Figures 2 also illustrates the $59.99 retail price point.  Figure 2 is an excerpt from an internal EA document that cataloged the launch prices for EA's 2009 premium games—such as *FIFA 09, Madden NFL 09, NCAA Football 09, NCAA Basketball 09, NBA Live 09, NHL 09, Tiger Woods PGA Tour 09, Battlefield: Bad Company, Dead Space, Godfather 2, Lord of the Rings, Need for Speed, Mercenaries 2, Mirror's Edge, Saboteur,* and *Skate 2.*  All launched at the current industry standard $59.99 price point on the Xbox 360 and PS3 platforms.[3]

**Figure 2:** *Madden NFL 09* launch overview with inset pricing plan showing industry standard launch prices.[4]

REDACTED

|       | Launch  | Markdown     |
|-------|---------|--------------|
| PS2   | $39.99  | $29.99 (Nov) |
| PS3   | $59.99  | $49.99 (Nov) |
| X360  | $59.99  | $49.99 (Nov) |
| CE    | $89.99  | NA           |
| Wii   | $49.99  | $39.99 (Nov) |
| NDS   | $29.99  | NA           |
| PSP   | $39.99  | N/A          |

---

[3]  *See* Schatz Decl. Ex. 29, NA FY09 Plan – Appendix (Feb. 2008), at EA00030568 (FIFA 2009); *id.* at EA00030570 (Madden NFL 09); *id.* at EA00030572 (NCAA Basketball 09); *id.* at EA00030574 (NBA Live 2009); *id.* at EA00030575 (discussing NCAA Football 09 as "March Madness 09"); *id.* at EA00030578 (NHL 09); *id.* at EA00030580 (Tiger Woods PGA Tour 09); *id.* at EA00030586 (Battlefield: Bad Company); *id.* at EA00030592 (Dead Space); *id.* at EA00030594 (Godfather 2); *id.* at EA00030596 (Lord of the Rings); *id.* at EA00030598 (Mercenaries 2); *id.* at EA00030599 (Mirror's Edge); *id.* at EA00030600 (Need for Speed); *id.* at EA00030601 (Saboteur); *id.* at EA00030603 (Skate 2).

[4]  *Id.* at EA00030570 (emphasis added).  *See also, e.g.,* Schatz Decl. Ex. 30, EA Catalog Deep Dive, (Aug. 20 2008), at EA00838020 ("Pricing is higher than last cycle with X360 and PS3 products shipping out at $59.99 and most only getting to a floor of $29.99 (vs. $49.99 launch & $19.99 value business last cycle).").

**EXHIBIT 1 TO HAMBURGER DECLARATION**
**Confidential – Subject to Protective Order**

**Figure 4**: Price Discounting To Spur Sell-Through.[10]

REDACTED

Publishers also routinely plan discounting for seasonal games and during the holiday period. For example, for annual release titles like *Madden NFL*, price discounting at the close of a sports season re-stimulates demand and clears out inventory in preparation for the launch of the game's next iteration.

The holiday season is another planned discounting period. "Holiday gifters" are people who are buying games for others, and thus are not greatly influenced by their own affinity to a specific game title. They are price-sensitive and will consider a range of titles before making a purchase. As a result, publishers plan to discount prices during the holiday period in order to win holiday gift purchases.

Figure 5 below is illustrative of planned holiday discounting.

\\\

---

[10]    *Id*. at EA00803680.

9

**Figure 5:** February 2008 launch overview for *NCAA Football 2009* with inset pricing plan showing planned price reductions during the holiday shopping period.[11]

REDACTED

|      | **Launch** | **Markdown**    |
|------|-----------|-----------------|
| PS2  | $39.99    | $29.99 (Oct)    |
| PS3  | $59.99    | $49.99 (Nov)    |
| Wii  | $49.99    | $39.99 (Nov)    |
| X360 | $59.99    | $49.99 (Nov)    |
| PSP  | $39.99    | $29.99 (Jan)    |

The cyclical pricing pattern—industry standard launch pricing followed by discounting over the shelf life of the game—reflects, in part, three characteristics of the videogame industry: (1) many videogames are sequels with new releases being periodically released; (2) videogame consumers vary significantly in terms of the intensity of their demand for a given title, and (3) retailers of videogames are content- and genre-agnostic—they care about sell-through, not about the specific titles or genres of videogames.

### A.    Many Videogames Are Sequels That Are Regularly Updated

Many videogames are sequels that are regularly or periodically updated and re-released as part of a franchise. Sports games, for example, are typically re-released annually to coincide with the underlying sports season. Publishers will discount a game to manage inventory and clear shelf space prior to releasing a new iteration of a franchise. Accordingly, these videogames are akin to perishable items—they have a built in shelf life.

### B.    Consumers Vary Significantly In Terms Of Demand Intensity

Videogame consumers vary significantly in terms of the intensity of their demand for a given title. Gamers' demand intensity covers a spectrum, but in very broad (and admittedly oversimplified) terms, videogame consumers can be divided into hard-core gamers and more casual gamers.

---

[11]   Schatz Decl. Ex. 29, NA FY09 Plan – Appendix (Feb. 2008), at EA00030575 (emphasis added).

10

Hardcore gamers are early adopters. They strive to play whatever game is new and hot. It is not atypical for some hardcore gamers to pre-order titles and even to wait in line for hours on release days to obtain the latest and greatest titles. Price is not the primary motivator for these gamers. The majority of videogame sales are made to these early adopters, who purchase at the full, industry standard retail launch price.[12]

More casual gamers buy fewer games per year than hardcore gamers, and do not tend to buy games at or near their launch dates. Rather it is common that more casual gamers wait—typically several months—for games to be discounted. Purchasing decisions of more casual gamers are often influenced by the "buzz" created around hit titles by hardcore gamers. (A recent study by Waggener Edstrom Worldwide found that word of mouth is the largest influencing factor in videogame purchasing.[13]) These consumers are price-sensitive and generally consider a mix of titles while shopping. Consequently, publishers typically compete intensely on price for these elastic consumers. Nearly all discounting is aimed at capturing these elastic consumers.

The key differences between hard core and more casual consumers are when they purchase the games and how much they will pay for them. Hard core gamers purchase within a few months after launch and pay full retail price (standard industry release price); whereas more casual gamers often wait to purchase until after the price has been discounted.

Once sales for a title begin to slow down, retailers will discount the price in order to spur interest and renewed sales from the more casual gamers.

\ \ \

---

[12]   *See, e.g.*, Schatz Decl. Ex. 32, Top 5 EA SPORTS Franchises: Consumer Post Mortem Overview (June 2009), at EA00879413 & EA00879423.

[13]   *See* Schatz Decl. Ex. 33, Industry Gamers, *Study: Word of Mouth 'Largest Influencing Factor' in Game Purchases*, GameDaily.com, Dec. 18, 2009, http://www.gamedaily.com/articles/news/study-word-of-mouth-largest-influencing-factor-in-game-purchases/ (discussing Waggener Edstrom Worldwide study).

11



EXHIBIT 28
SER 171

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


GEOFFREY PECOVER and JEFFREY
LAWRENCE, on behalf of
themselves and a class of
persons similarly situated,

        Plaintiffs,

      vs.                   CASE NO. 08-cv-02820 VRW

ELECTRONIC ARTS, INC., a
Delaware Corporation,

        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


CONFIDENTIAL DEPOSITION OF EXPERT

JILL HAMBURGER


February 26, 2010

9:10 a.m.


715 Hearst Avenue, Suite 202

Berkeley, California


Anna Steinert, CSR No. 11202

Jill Hamburger                                          February 26, 2010

CONFIDENTIAL

126

```
1   01:29:42   the information would be consistent.
2   01:29:46      Q   I believe you said that these weeks represent
3   01:29:50   a range of dates through the holiday season, is that
4   01:29:54   correct, the weeks in the X-axis of this chart?
5   01:29:57      A   Usually when you're looking at key launches,
6   01:30:02   based on my experience in the gaming industry, a lot
7   01:30:05   of them happen in the back halves, so it's usually the
8   01:30:09   fall period through the holiday period.  Because when
9   01:30:11   you look at -- elastic consumers are more
10  01:30:17   price-sensitive consumers.  They tend to buy in the
11  01:30:20   holiday season.
12  01:30:22      Q   But you don't actually know what calendar
13  01:30:25   dates these curves correspond to, correct?
14  01:30:29      A   I do not know what calendar dates these
15  01:30:32   correspond to.
16  01:30:34      Q   On the Y-axis where it says "unit
17  01:30:39   sell-through," what are the units being referred to?
18  01:30:45      A   It's illustrative of the particular amount of
19  01:30:49   units of a particular SKU, Week 1 all the way to Week
20  01:30:54   25.
21  01:30:54      Q   So Week 1 sold 12,000 units?
22  01:30:57      A   Yes.  12,000 units sell-through Week 1 to
23  01:31:05   somewhere less than 2000 by Week 25.
24  01:31:12      Q   Staying on this same page, if you look at the
25  01:31:16   first paragraph, do you see where it states, "For
```

Jill Hamburger                                    February 26, 2010

CONFIDENTIAL

127

| 1 | 01:31:18 | annual release titles like Madden NFL, price |
| 2 | 01:31:22 | discounting at the close of a sports season |
| 3 | 01:31:24 | re-stimulates demand"? |
| 4 | 01:31:27 | A    The document reflects the price discounting, |
| 5 | 01:31:31 | as you read it. |
| 6 | 01:31:32 | Q    So in that sense, the sports season there you |
| 7 | 01:31:36 | would be referring to is the football season, correct? |
| 8 | 01:31:42 | A    If we're referring to Madden, it would be for |
| 9 | 01:31:45 | the football season and the next sequel to Madden, |
| 10 | 01:31:49 | yes. |
| 11 | 01:31:50 | Q    Just to kind of state the obvious, can you |
| 12 | 01:31:55 | tell me when the NFL football season ends? |
| 13 | 01:31:59 | A    At the Superbowl time frame. |
| 14 | 01:32:04 | Q    I'm going to hand you what I'd like marked |
| 15 | 01:32:09 | Exhibit 6. |
| 16 | 01:32:09 | (Deposition Exhibit 6 was marked for |
| 17 | 01:32:19 | identification by the court reporter.) |
| 18 | 01:32:19 | BY MR. PAYNTER: |
| 19 | 01:32:19 | Q    I will represent that this is a printout from |
| 20 | 01:32:21 | your former employer, BestBuy.com. |
| 21 | 01:32:31 | You can take your time to look through it. |
| 22 | 01:32:57 | And so right now Madden NFL 10 for Xbox 360 |
| 23 | 01:33:03 | and PS3 is selling for 59.99, correct? |
| 24 | 01:33:09 | MR. O'MARA:    Objection.    Assumes facts not in |
| 25 | 01:33:25 | evidence. |

# EXHIBIT 29

EXHIBIT 29

SER 175

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - #84065
2  R. JAMES SLAUGHTER - #192813
   R. ADAM LAURIDSEN - #243780
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  ELECTRONIC ARTS INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | SAMUEL MICHAEL KELLER, on behalf of | Case No. CV-09-1967-CW
   | himself and all others similarly situated, |
12 |                                      | **ELECTRONIC ARTS INC.'S REPLY IN**
   |                        Plaintiff,    | **SUPPORT OF ITS MOTION TO DISMISS**
13 |                                      | **THE COMPLAINT PURSUANT TO FED.**
   |        v.                            | **R. CIV. P. 12(b)(6)**
14 | ELECTRONIC ARTS INC.; NATIONAL       |
   | COLLEGIATE ATHLETICS                 | Date:     October 1, 2009
15 | ASSOCIATION; COLLEGIATE              | Time:     2:00 p.m.
   | LICENSING COMPANY,                   | Dept:     2, 4th Floor
16 |                                      | Judge:    Hon. Claudia Wilken
   |                        Defendants.   |
17 |                                      | Date Comp. Filed:    May 5, 2009

18

19

20

21

22

23

24

25

26

27

28

450419.06

1    Contrary to Plaintiff's claims, *see* Opp. at 11:17-12:8, the public interest protection does

2    not capture "anything about sports," but is bounded by long-standing authority barring use of

3    names or likenesses in advertising or for false endorsements. Although Plaintiff only addresses

4    EA's arguments regarding advertisements and false endorsement in a passing footnote, Opp. at

5    11 n.11, EA's description of them is correct—they demonstrate that successful misappropriation

6    claims generally arise in situations where a person might reasonably confuse the use of the

7    celebrity's name or likeness as an endorsement of the product.[7] Indeed, *CBS Interactive* notes

8    the distinction between the permissible use of the constitutionally protected information, as in a

9    fantasy sports game, and an impermissible use, as in the case of a false endorsement. 2009 WL

10   1151982, at *21-22. The distinction based upon commercial exploitation is similarly recognized

11   in the differing outcomes of *Dora v. Frontline Video, Inc.* 15 Cal. App. 4th 536 (1993), and

12   *Downing v. Abercrombie & Fitch*, 265 F.3d 994 (9th Cir. 2001). In *Dora*, the court held that a

13   surfing documentary was entitled to First Amendment protection from right of publicity claims

14   based upon the public's interest in the program's subject matter. 15 Cal. App. 4th at 542-43. In

15   *Downing*, the court rejected First Amendment protection against similar right of publicity claims

16   because the likenesses of the surfers at issue were depicted in a clothing catalog "essentially as

17   window-dressing to advance the catalog's surf theme." 265 F.3d at 1002.

18   Plaintiff attempts to make much of the fact that EA has entered into agreements involving

19   professional athletes for other games in other contexts. Setting aside the fact that EA's games

20   that simulate professional sports contain substantially more information and verisimilitude than

21   its college games, the content of license agreements with third parties does not bear upon EA's

22   First Amendment protection here. The cases universally recognize that a party's licensing

23   practices have no bearing on whether First Amendment protections exist. In *C.B.C. Distribution*,

24   for example, C.B.C. initially had a license to use football players' likenesses and other

25   information about the players in its fantasy games, but the players' association refused to renew

26   the license. C.B.C. then sued for, and obtained, a judicial declaration that it never needed the

27   license in the first place because its use of the players' likenesses was protected by the First

28

---

[7]    *See* Motion at 15, n. 6 (collecting cases).

9

450419.06

1                                      **III.**    **CONCLUSION**

2           For the foregoing reasons, EA respectfully request that the Court dismiss Plaintiff's

3  claims against EA with prejudice.

4

5  Dated:  September 18, 2009                       KEKER & VAN NEST LLP

6

7                                        By:  */s/ Robert A. Van Nest*

8                                       ROBERT A. VAN NEST
                                          Attorneys for Defendant

9                                          ELECTRONIC ARTS INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



EXHIBIT 30

SER 179

Madden NFL 08 for PC : Madden 2008 - EA Sports Games

Any way you want to play    0 8 1 9  total games    Search EA.com    Search

GAMES    STORE    FORUMS    MEDIA    NEWS    SUPPORT

Home ·  Games ·  Madden NFL 08



**Buy Game Online**
PC Download $9.95

Add to Cart

## Madden NFL 08
Feel what it's like to be a field general.



**System Requirements Checker**
See if your computer can run this PC game.

Perform Your Check Now!

**Virgin Gaming Tournament**



COMPETE ONLINE AND WIN A TRIP TO DALLAS!

LEARN MORE >

## Game Info

Why just watch NFL football on TV when you can take an active role in the game with Madden NFL 08 by Electronic Arts. Madden NFL 08 lets you control the running game like never before. Step up as the lead blocker to create a hole, then take control of the tailback and smash through, overpower, or slash away from would-be tacklers as you fight for every yard.

Innovative rushing controls give you a game-breaking ground attack featuring all-new jukes, cutbacks, and the distinct running styles of your favorite backs. Between the tackles or in the open field, run to daylight with Madden NFL 08. Scout collegiate prospects with the all-new NFL Draft Scouting System Watch players impact their teams with the new Franchise Player Roles feature Use actual plays from your favorite team's defensive playbook to shut down the running game, pressure the quarterback, or force key turnovers.

## Game Available On:

PC Download    PC



Madden 08 Official Site

**Developer:** EA Tiburon
**Genres:** Sports
**Brand:** Madden

    This title is rated Everyone

## Related Games



**FIFA Online**
Coming Soon: Web

EA SPORTS FIFA Online will offer an authentic football experience with 30 licensed leagues, 500 clubs and more than 15,000 players. During the ...



**SSX Deadly Descents**
Coming Soon: Xbox 360, PS3

Redefining the SSX franchise, SSX: Deadly Descents will pit riders versus both mountain and man. Players will explore the story of a ...



**Tiger Woods PGA TOUR 12**
Pre-order: Xbox 360, Wii, PS3

For the first time in franchise history, players of Tiger Woods PGA TOUR® 12: The Masters will be able to step onto the ...

View All Related Games

Videos    Images    Music



**Madden 08 Sizzle 1**
Players make use of the Hit Stick 2.0 in this video.
00:01:15



**Madden 08 Trailer 1**
See big hits and big plays in this Madden NFL 08 video.
00:00:43



**Madden 08 Trailer 2**
Feel the emotion of the NFL in this Madden NFL 08 video.
00:01:30

EA ·  Customer Support    Register    Login    My EA Wallet    0 Items ¦ Checkout

View All Videos

## Game Features

Overview

**All-New Read and React System** - New player skill icons identify on-field strengths and weaknesses, providing an immediate read on what your opponent is giving you. Quickly react, create mismatches, and exploit opponent weaknesses before every play.

All-New Skill Drills Take on an army of tackling dummies in an all-new skill drills...

View more

## Common Support Topics

**How to adjust your Screen Resolution / Size**                         View Answer

**Madden NFL 08 PC Patch**                                              View Answer

**Latest Patch: Madden NFL '08**                                        View Answer

**Online Connection Troubleshooting**                                   View Answer

**Patch contents for Madden NFL 08**                                    View Answer

**View All Related Support Topics**

**Share this:**       Digg       Facebook       MySpace       Twitter       Delicious

Search EA.com                                    Search

| Popular Platforms | Popular Genres | EA.com | Help | Highlighted Game |
|---|---|---|---|---|
| PC Games | Racing | Media | Customer Support | |
| Wii | Shooting | Video Game News | Online Service Updates | |
| Web | Puzzle | Search Games | Patches & Updates | |
| Xbox 360 | RPG | Register My Game | Video Game Forums | |
| PS3 | Kids | Investor Relations | Billing FAQ | |
| iPhone | Strategy | | | |
| iPad | Simulation | | | |
| Mobile | Sports | | | |



**The Sims 3 for Console**
*Nintendo DS, Xbox 360, Wii, PS3*
In The Sims 3 for consoles, create Sims with unique personalities, fulfill their desires, and control their lives within a living neighborhood. Unlock all-new Karma Powers and unleash them on your Sims: help...

Sitemap | Jobs | Corporate Info | Legal Notices | Product EULAs and Other Disclosures | Terms of Service | Privacy Policy
© 2011 Electronic Arts Inc. Trademarks belong to their respective owners. All rights reserved.



Customer Support                                    Register   Login       My EA Wallet       0  items | Checkout

SER 181

# EXHIBIT 31

EXHIBIT 31
SER 182

- EA
-

EA Video Games

- Games
  -
    - Browse Games
    - Latest Releases
    - Upcoming Games
    - Play Free Games
  - Featured Platforms
    - PC Games
    - Xbox 360®
    - PlayStation®3
    - Wii™
    - iPhone
    - iPad
    - Android
    - Facebook Games
    - View All Platforms
- News
- Help
- Shop at Origin

Submit Query

# Legal Notices

For Customer Support inquiries please visit support.ea.com.

## Copyright Infringement Notification

Electronic Arts Inc. ("EA") respects the intellectual property of others and expects that the users of our services do the same. If you believe that your copyrighted work has been copied in a way that constitutes copyright infringement and is accessible through a website or online service operated by EA or one of its subsidiaries, you may notify our copyright agent, as set forth in the Digital Millennium Copyright Act of 1998 (DMCA).

To file a copyright infringement notification with us, you will need to send a written communication that includes the following (please consult your legal counsel or see Section 512(c)(3) of the DMCA to confirm these requirements):

- A physical or electronic signature of a person authorized to act on behalf of the copyright owner;
- Identification of the copyrighted work claimed to have been infringed.

## LORD OF ULTIMA™
© 2010 Electronic Arts Inc. EA, the EA logo, Phenomic and Ultima are trademarks of Electronic Arts Inc.

## Madden NFL 12
© 2011 Electronic Arts Inc. EA, EA SPORTS and the EA SPORTS logo are trademarks of Electronic Arts Inc. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. © 2011 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially Licensed Product of National Football League Players Incorporated | NFLPLAYERS.com. All trademarks are the property of their respective owners.

## MADDEN NFL FOOTBALL
© 2011 Electronic Arts Inc. EA, EA SPORTS and the EA SPORTS logo are trademarks of Electronic Arts Inc. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. NFL materials © 2011 NFLP. National Football League Players Incorporated materials © 2011 National Football League Players Incorporated. Officially Licensed Product of National Football League Players Incorporated | NFLPLAYERS.com. All trademarks are the property of their respective owners.

## MADDEN SUPERSTAR
© 2010 Electronic Arts Inc. EA, EA SPORTS and Playfish are trademarks of Electronic Arts Inc. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. © 2010 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially Licensed Product of NFL PLAYERS | NFLPLAYERS.com. All other trademarks are the property of their respective owners.

## MARBLE MADNESS
Marble Madness game code and certain audio materials © 2009 Electronic Arts Inc. All Right Reserved. Distributed by Electronic Arts Inc. under license from Warner Bros. Entertainment Inc. EA and the EA logo are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. MARBLE MADNESS and all related characters and elements are trademarks of and © Warner Bros. Entertainment Inc. All Rights Reserved. The WB SHIELD, MIDWAY and the Midway Logo: ™ & © Warner Bros. Entertainment Inc. All other trademarks are the property of their respective owners.

## Medal of Honor™
© 2010 Electronic Arts Inc. EA, the EA logo and Medal of Honor are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

## Medal of Honor Frontline™
© 2010 Electronic Arts Inc. © 2010 Electronic Arts Inc. EA, the EA logo, Medal of Honor and Medal of Honor Frontline are trademarks of Electronic Arts Inc. All other trademarks are the property of their respective owners.

1  BRIAN D. HENRI (State Bar No. 200205)
   *bhenri@twtlaw.com*
2  MATTHEW W. MESKELL (State Bar No. 208263)
   *mmeskell@twtlaw.com*
3  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
4  **THOMAS WHITELAW LLP**
   Three Embarcadero Center, Suite 1350
5  San Francisco, California  94111-4037
   Telephone:     (415) 820-0400
6  Facsimile:     (415) 820-0405

7  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
8  MICHAEL I. KATZ (State Bar No. 181728)
   *mkatz@twtlaw.com*
9  **THOMAS WHITELAW LLP**
   18101 Von Karman Avenue, Suite 230
10 Irvine, California  92612
   Telephone:     (949) 679-6400
11 Facsimile:     (949) 679-6405

12 AUSTIN TIGHE *(admitted pro hac vice)*
   *austin@feazell-tighe.com*
13 **FEAZELL & TIGHE LLP**
   6618 Sitio Del Rio Boulevard
14 Building C-101
   Austin, Texas  78730
15 Telephone:     (512) 372-8100
   Facsimile:     (512) 372-8140

16
   Attorneys for Plaintiffs
17

18              UNITED STATES DISTRICT COURT

19             NORTHERN DISTRICT OF CALIFORNIA

20               SAN FRANCISCO DIVISION

21 MICHAEL E. DAVIS, aka TONY DAVIS,          CASE NO. 10-cv-3328 RS
   VINCE FERRAGAMO, and BILLY JOE
22 DUPREE, on behalf of themselves and all    **DECLARATION OF SONY B. BARARI IN**
   others similarly situated,                 **SUPPORT OF PLAINTIFFS'**
23                                            **OPPOSITION TO DEFENDANT**
              Plaintiffs,                     **ELECTRONIC ARTS, INC.'S MOTION**
24                                            **TO DISMISS AND ANTI-SLAPP**
              vs.                             **MOTION TO STRIKE**
25
   ELECTRONIC ARTS, INC.,                     Date:      January 26, 2012
26                                            Time:      1:30 p.m.
              Defendant.                      Judge:     The Honorable Richard Seeborg
27                                            Ctrm:      3, 17th Floor

28

                                            1                    Case No. 10-cv-3328 RS

I, Sony B. Barari, declare:

1.     I am an attorney licensed to practice in the State of California and in the Northern District of California, and an associate at the law firm of Thomas Whitelaw LLP, counsel for Plaintiffs Michael E. Davis, Vince Ferragamo, and Billy Joe Dupree (collectively, "Plaintiffs") in this action. I make this declaration in support of Plaintiffs' Opposition to Defendant Electronic Arts, Inc.'s Motion to Dismiss and Anti-SLAPP motion to strike. The facts stated herein are true of my own knowledge, unless otherwise stated, and if called to testify I could and would testify to those facts.

## Game Editions and Versions

2.     Plaintiff's counsel is in possession of each of the games listed in paragraphs 3 through 48.

3.     Attached hereto as **Exhibit 1** are true and correct copies of the game covers of the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

4.     Attached hereto as **Exhibit 2** are true and correct copies of the game covers of the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Sony Playstation 2.

5.     Attached hereto as **Exhibit 3** are true and correct copies of the game covers of the Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the Sony PSP.

6.     Attached hereto as **Exhibit 4** are true and correct copies of the game covers of the Maden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Microsoft Xbox.

7.     Attached hereto as **Exhibit 5** are true and correct copies of the game covers of the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the Nintendo Gamecube.

8.     Attached hereto as **Exhibit 6** are true and correct copies of the game covers of the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

1   Nintendo DS.

2        9.      Attached hereto as **Exhibit 7** are true and correct copies of the game covers of the

3   Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

4        10.     Attached hereto as **Exhibit 8** are true and correct copies of the game covers of the

5   Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and

6   Madden NFL '08 video games for the PC.

7

8                   **Screen Captures - Methodology**

9        11.     "Screen captures," as hereinafter referred to in this declaration, were obtained using

10   the following methodology: For the Sony Playstation, Sony Playstation 2, Sony PSP, Microsoft

11   Xbox, Nintendo Gamecube, and Nintendo Wii, the screen captures were created by using a

12   computer video capture card to take the images directly from the game console video output. For

13   the PC, the screen captures were created by using the "Print Screen" function of Microsoft

14   Windows. For the Nintendo DS, the screen captures were created by using a handheld camera to

15   take photos of the screen display. I did not alter in any way the default information contained in

16   any of the games during any of these processes.

17        12.     To access the individual player information screens that are hereinafter attached as

18   exhibits, I navigated the games in the following manner: For games with a "Historic Teams"

19   roster function available from the main menu, I selected the applicable team and then selected the

20   "Edit Rosters" function to access the specific player biographical information, then selected "Edit

21   Player" and scrolled to the "Appearance" screen for additional information. (Sony PS2 for the

22   years 2004, 2005, 2006, 2007, 2008, 2009; Microsoft Xbox 2004, 2005, 2006, 2007, 2008, 2009;

23   Nintendo Gamecube 2004, 2005, 2006, 2006, 2007, 2008; Nintendo Wii 2007) For games with a

24   "Player Management" function available from the main menu, I selected the applicable team to

25   access the specific player biographical information, and then selected "Create/Edit Player" and

26   scrolled to the "Appearance" screen for additional information. (PC 2003, 2004, 2005, 2006,

27   2007, 2008) For games that did not feature such direct access from the main menu, I initiated a

28   game using the applicable team and once the specific player had accumulated some in-game

108190v8                         3                     Case No. 10-cv-3328 RS
DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

SER 187

1 statistics, I accessed their listed biographical information from the "Individual" "Stats/Info"

2 function available from the in-game pause menu. (Sony PS 2001, 2002, 2003, 2004, 2005; Sony

3 PS2 2001, 2002, 2003; Sony PSP 2006, 2007, 2008, 2009; Microsoft Xbox 2002, 2003; Nintendo

4 Gamecube 2002, 2003; Nintendo DS 2006, 2007, 2008, 2009; Nintendo Wii 2008, 2009) I did not

5 alter in any way the default biographical information contained in any of the games during any of

6 these processes.

7

8                              **Historic Teams**

9           13.     True and correct screen captures taken from the 2009 edition of the Madden NFL

10 video game for the Sony Playstation 2 indicating historic teams included in the game are attached

11 as **Exhibit 9**.

12          14.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the 1979

13 Los Angeles Rams Media Guide (Rams Public Relations Department) containing biographical

14 information regarding Plaintiff Vince Ferragamo.

15          15.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the 1984

16 Los Angeles Rams Media Guide (Rams Public Relations Department) containing biographical

17 information regarding Plaintiff Vince Ferragamo.

18          16.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the 1979

19 Tampa Bay Buccaneers Media Guide containing biographical information regarding Plaintiff

20 Tony Davis.

21          17.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the 1975

22 Dallas Cowboys Media Guide containing biographical information regarding Plaintiff Billy Joe

23 Dupree.

24          18.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the 1977

25 Dallas Cowboys Media Guide containing biographical information regarding Plaintiff Billy Joe

26 Dupree.

27          19.     Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the Football

28 Register, 1978 Edition (The Sporting News, 1978) containing biographical information regarding

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

1    Plaintiff Billy Joe Dupree.

2         20.    Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the 1979

3    Dallas Cowboys Media Guide containing biographical information regarding Plaintiff Billy Joe

4    Dupree.

5         21.    Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the 1981

6    Dallas Cowboys Media Guide containing biographical information regarding Plaintiff Billy Joe

7    Dupree.

8

9              **<u>Screen Captures – 1979 Los Angeles Rams, Vince Ferragamo</u>**

10        22.    Attached hereto as **Exhibit 18** are screen captures of the avatar and/or player

11   information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

12   alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL

13   '03, Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

14        23.    Attached hereto as **Exhibit 19** are screen captures of the avatar and/or player

15   information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

16   alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL

17   '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08,

18   and Madden NFL '09 video games for the Sony Playstation 2.

19        24.    Attached hereto as **Exhibit 20** are screen captures of the avatar and/or player

20   information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

21   alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

22   '08, and Madden NFL '09 video games for the Sony PSP.

23        25.    Attached hereto as **Exhibit 21** are screen captures of the avatar and/or player

24   information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

25   alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

26   '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL

27   '09 video games for the Microsoft Xbox.

28        26.    Attached hereto as **Exhibit 22** are screen captures of the avatar and/or player

1  information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

2  alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

3  '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games

4  for the Nintendo Gamecube.

5       27.     Attached hereto as **Exhibit 23** are screen captures of the avatar and/or player

6  information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

7  alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

8  '08, and Madden NFL '09 video games for the Nintendo DS.

9       28.     Attached hereto as **Exhibit 24** are screen captures of the avatar and/or player

10  information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

11  alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden

12  NFL '09 video games for the Nintendo Wii.

13       29.     Attached hereto as **Exhibit 25** are screen captures of the avatar and/or player

14  information from the 1979 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

15  alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL

16  '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.

17

18                           **Screen Captures - 1984 Los Angeles Rams, Vince Ferragamo**

19       30.     Attached hereto as **Exhibit 26** are screen captures of the avatar and/or player

20  information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

21  alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL

22  '03, Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

23       31.     Attached hereto as **Exhibit 27** are screen captures of the avatar and/or player

24  information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

25  alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL

26  '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08,

27  and Madden NFL '09 video games for the Sony Playstation 2.

28       32.     Attached hereto as **Exhibit 28** are screen captures of the avatar and/or player

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

1    information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

2    alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

3    '08, and Madden NFL '09 video games for the PSP.

4        33.    Attached hereto as **Exhibit 29** are screen captures of the avatar and/or player

5    information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

6    alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

7    '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL

8    '09 video games for the Microsoft Xbox.

9        34.    Attached hereto as **Exhibit 30** are screen captures of the avatar and/or player

10   information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

11   alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

12   '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games

13   for the Nintendo Gamecube.

14       35.    Attached hereto as **Exhibit 31** are screen captures of the avatar and/or player

15   information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

16   alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

17   '08, and Madden NFL '09 video games for the Nintendo DS.

18       36.    Attached hereto as **Exhibit 32** are screen captures of the avatar and/or player

19   information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

20   alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden

21   NFL '09 video games for the Nintendo Wii.

22       37.    Attached hereto as **Exhibit 33** are screen captures of the avatar and/or player

23   information from the 1984 Los Angeles Rams historic team which Plaintiff Vince Ferragamo

24   alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL

25   '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.

26

27   **Screen Captures - 1979 Tampa Bay Buccaneers, Michael E. "Tony" Davis**

28       38.    Attached hereto as **Exhibit 34** are screen captures of the avatar and/or player

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

1    information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Michael E. "Tony

2    Davis" (hereafter, "Tony Davis") alleges features his likeness, taken from the Madden NFL '01,

3    Madden NFL '02, Madden NFL '03, Madden NFL '04, and Madden NFL '05 video games for the

4    Sony Playstation.

5        39.    Attached hereto as **Exhibit 35** are screen captures of the avatar and/or player

6    information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

7    alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL

8    '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08,

9    and Madden NFL '09 video games for the Sony Playstation 2.

10       40.    Attached hereto as **Exhibit 36** are screen captures of the avatar and/or player

11   information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

12   alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

13   '08, and Madden NFL '09 video games for the PSP.

14       41.    Attached hereto as **Exhibit 37** are screen captures of the avatar and/or player

15   information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

16   alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

17   '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL

18   '09 video games for the Microsoft Xbox.

19       42.    Attached hereto as **Exhibit 38** are screen captures of the avatar and/or player

20   information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

21   alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL

22   '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games

23   for the Nintendo Gamecube.

24       43.    Attached hereto as **Exhibit 39** are screen captures of the avatar and/or player

25   information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

26   alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL

27   '08, and Madden NFL '09 video games for the Nintendo DS.

28       44.    Attached hereto as **Exhibit 40** are screen captures of the avatar and/or player

1  information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

2  alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden

3  NFL '09 video games for the Nintendo Wii.

4       45.     Attached hereto as **Exhibit 41** are screen captures of the avatar and/or player

5  information from the 1979 Tampa Bay Buccaneers historic team which Plaintiff Tony Davis

6  alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL

7  '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.

8

9  **<u>Screen Captures - 1975 Dallas Cowboys, Billy Joe Dupree</u>**

10       46.     Attached hereto as **Exhibit 42** are screen captures of the avatar and/or player

11  information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

12  features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03,

13  Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and

14  Madden NFL '09 video games for the Sony Playstation 2.

15       47.     Attached hereto as **Exhibit 43** are screen captures of the avatar and/or player

16  information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

17  features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and

18  Madden NFL '09 video games for the PSP.

19       48.     Attached hereto as **Exhibit 44** are screen captures of the avatar and/or player

20  information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

21  features his likeness, taken from the Madden NFL '02, Madden NFL '04, Madden NFL '05,

22  Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the

23  Microsoft Xbox.

24       49.     Attached hereto as **Exhibit 45** are screen captures of the avatar and/or player

25  information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

26  features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04,

27  Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the

28  Nintendo Gamecube.

50.      Attached hereto as **Exhibit 46** are screen captures of the avatar and/or player information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

51.      Attached hereto as **Exhibit 47** are screen captures of the avatar and/or player information from the 1975 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.

**Screen Captures – 1977 Dallas Cowboys, Billy Joe Dupree**

52.      Attached hereto as **Exhibit 48** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

53.      Attached hereto as **Exhibit 49** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Sony Playstation 2.

54.      Attached hereto as **Exhibit 50** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the PSP.

55.      Attached hereto as **Exhibit 51** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Microsoft Xbox.

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

SER 194

56. Attached hereto as **Exhibit 52** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the Nintendo Gamecube.

57. Attached hereto as **Exhibit 53** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo DS.

58. Attached hereto as **Exhibit 54** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

59. Attached hereto as **Exhibit 55** are screen captures of the avatar and/or player information from the 1977 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the PC.

**Screen Captures – 1978 Dallas Cowboys, Billy Joe Dupree**

60. Attached hereto as **Exhibit 56** is a screen capture of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the the Madden NFL '01 video game for the Sony Playstation.

61. Attached hereto as **Exhibit 57** is a screen capture of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Sony Playstation 2.

108190v8     11     Case No. 10-cv-3328 RS

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

SER 195

62.      Attached hereto as **Exhibit 58** are screen captures of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the PSP.

63.      Attached hereto as **Exhibit 59** are screen captures of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Microsoft Xbox.

64.      Attached hereto as **Exhibit 60** are screen captures of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the Nintendo Gamecube.

65.      Attached hereto as **Exhibit 61** are screen captures of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

66.      Attached hereto as **Exhibit 62** are screen captures of the avatar and/or player information from the 1978 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 games for the PC.

### Screen Captures – 1979 Dallas Cowboys, Billy Joe Dupree

67.      Attached hereto as **Exhibit 63** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03, Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

68.     Attached hereto as **Exhibit 64** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Sony Playstation 2.

69.     Attached hereto as **Exhibit  65** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the PSP.

70.     Attached hereto as **Exhibit 66** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Microsoft Xbox.

71.     Attached hereto as **Exhibit 67** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the Nintendo Gamecube.

72.     Attached hereto as **Exhibit 68** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo DS.

73.     Attached hereto as **Exhibit 69** are screen captures of the avatar and/or player information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

74.     Attached hereto as **Exhibit 70** are screen captures of the avatar and/or player

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

SER 197

1   information from the 1979 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

2   features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL '05,

3   Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.

4

5                   **Screen Captures - 1981 Dallas Cowboys, Billy Joe Dupree**

6          75.     Attached hereto as **Exhibit 71** are screen captures of the avatar and/or player

7   information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

8   features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03,

9   Madden NFL '04, and Madden NFL '05 video games for the Sony Playstation.

10         76.     Attached hereto as **Exhibit 72** are screen captures of the avatar and/or player

11  information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

12  features his likeness, taken from the Madden NFL '01, Madden NFL '02, Madden NFL '03,

13  Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and

14  Madden NFL '09 video games for the Sony Playstation 2.

15         77.     Attached hereto as **Exhibit 73** are screen captures of the avatar and/or player

16  information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

17  features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and

18  Madden NFL '09 video games for the PSP.

19         78.     Attached hereto as **Exhibit 74** are screen captures of the avatar and/or player

20  information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

21  features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04,

22  Madden NFL '05, Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09

23  video games for the Microsoft Xbox.

24         79.     Attached hereto as **Exhibit 75** are screen captures of the avatar and/or player

25  information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges

26  features his likeness, taken from the Madden NFL '02, Madden NFL '03, Madden NFL '04,

27  Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the

28  Nintendo Gamecube.

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

80.     Attached hereto as **Exhibit 76** are screen captures of the avatar and/or player information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '06, Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo DS.

81.     Attached hereto as **Exhibit 77** are screen captures of the avatar and/or player information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '07, Madden NFL '08, and Madden NFL '09 video games for the Nintendo Wii.

82.     Attached hereto as **Exhibit 78** are screen captures of the avatar and/or player information from the 1981 Dallas Cowboys historic team which Plaintiff Billy Joe Dupree alleges features his likeness, taken from the Madden NFL '03, Madden NFL '04, Madden NFL '05, Madden NFL '06, Madden NFL '07, and Madden NFL '08 video games for the PC.


**<u>Screen Captures – Rosters</u>**

83.     Attached hereto as **Exhibit 79** are screen captures of the "historic" 1979 Tampa Bay Buccaneers roster and biographical information from the Madden NFL '01 video game for the Sony Playstation 2.

84.     Attached hereto as **Exhibit 80** are screen captures of the "historic" 1979 Tampa Bay Buccaneers roster and biographical information from the Madden NFL '02 video game for the Sony Playstation 2.

85.     Attached hereto as **Exhibit 81** are screen captures of the "historic" 1979 Tampa Bay Buccaneers roster and biographical information from the Madden NFL '03 video game for the Sony Playstation 2.

86.     Attached hereto as **Exhibit 82** are screen captures of the "historic" 1979 Tampa Bay Buccaneers roster and biographical information from the Madden NFL '04 video game for the Sony Playstation 2.

87.     Attached hereto as **Exhibit 83** are screen captures of the "historic" 1979 Tampa Bay Buccaneers roster and biographical information from the Madden NFL '09 video game for the

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

1   Sony Playstation 2.

2       88.     Attached hereto as **Exhibit 84** is a true and correct copy of excerpts from the 1979

3   Tampa Bay Buccaneers Media Guide featuring roster and biographical information.

4       89.     Attached hereto as **Exhibit 85** are screen captures of the "historic" 1979 Los

5   Angeles Rams roster and biographical information from the Madden NFL '01 video game for the

6   Sony Playstation 2.

7       90.     Attached hereto as **Exhibit 86** are screen captures of the "historic" 1979 Los

8   Angeles Rams roster and biographical information from the Madden NFL '02 video game for the

9   Sony Playstation 2.

10      91.     Attached hereto as **Exhibit 87** are screen captures of the "historic" 1979 Los

11  Angeles Rams roster and biographical information from the Madden NFL '03 video game for the

12  Sony Playstation 2.

13      92.     Attached hereto as **Exhibit 88** are screen captures of the "historic" 1979 Los

14  Angeles Rams roster and biographical information from the Madden NFL '04 video game for the

15  Sony Playstation 2.

16      93.     Attached hereto as **Exhibit 89** are screen captures of the "historic" 1979 Los

17  Angeles Rams roster and biographical information from the Madden NFL '09 video game for the

18  Sony Playstation 2.

19      94.     Attached hereto as **Exhibit 90** is a true and correct copy of excerpts from the 1979

20  Los Angeles Rams Media Guide featuring roster and biographical information.

21      95.     Attached hereto as **Exhibit 91** are screen captures of the "historic" 1975 Dallas

22  Cowboys roster and biographical information from the Madden NFL '01 video game for the Sony

23  Playstation 2.

24      96.     Attached hereto as **Exhibit 92** are screen captures of the "historic" 1975 Dallas

25  Cowboys roster and biographical information from the Madden NFL '02 video game for the Sony

26  Playstation 2.

27      97.     Attached hereto as **Exhibit 93** are screen captures of the "historic" 1975 Dallas

28  Cowboys roster and biographical information from the Madden NFL '03 video game for the Sony

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)

SER 200

1  Playstation 2.

2      98.     Attached hereto as **Exhibit 94** are screen captures of the "historic" 1975 Dallas

3  Cowboys roster and biographical information from the Madden NFL '04 video game for the Sony

4  Playstation 2.

5      99.     Attached hereto as **Exhibit 95** are screen captures of the "historic" 1975 Dallas

6  Cowboys roster and biographical information from the Madden NFL '09 video game for the Sony

7  Playstation 2.

8      100.    Attached hereto as **Exhibit 96** is a true and correct copy of excerpts from the 1975

9  Dallas Cowboys Media Guide featuring roster and biographical information.

10

11              **Player Editing Capability**

12      101.    Attached hereto as **Exhibit 97** are screen captures taken from the Madden NFL '04

13  video game for the Sony Playstation 2 of the historic team and player editing functions which

14  allow the user to change the names and numbers of avatars included in the game.

15

16      I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct.

18      Executed on January 5, 2012, at San Francisco, CA.

19

20

21              /s/ Sony B. Barari
                _____
22              SONY B. BARARI

23

24

25

26

27

28

DECLARATION OF SONY B., BARARI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC § 425.16 (ANTI-SLAPP)



# EXHIBIT 1























# EXHIBIT 2





NEW PLAYER INTRODUCTIONS

# #1 FOR A REASON



AUTHENTIC REPLAYS AND TV CAMERA ANGLES

## FEATURES

- **KICK OFF THE SEASON WITH THE NEWEST NFL™ FRANCHISE** Take the field with all 32 NFL teams including the expansion Houston Texans.

- **FOOTBALL IN YOUR FACE** New player faces and on-field animations bring you closer to the drama and inside the huddle.

- **A GAME WITHIN A GAME** Run the Two Minute Drill and earn points in this quick-hitting, fast-paced new game mode.

- **IT'S YOUR GAME, IT'S YOUR LEAGUE** Create a custom league and start your own rivalries.

- **BANG–BOOM–POW!** Perfect the X's and O's with the help of John Madden in the new Training mode.



ENHANCED DEFENSIVE PASS COVERAGE



NEW COACHES CLUB




EVERYONE


Visit www.esrb.prg or call 1-800-771-3772 for Rating information.

0 14633 14335 5

1-2 Players    Memory Card (for PS2) 1461 KB    Analog Control

Vibration Function    Multitap (for PS2) 1-8 Players    www.allmadden.com

Electronic Arts, 209 Redwood Shores Parkway, Redwood City, CA 94065. © 2001 Electronic Arts Inc. EA SPORTS, the EA SPORTS logo, John Madden Football, are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All rights reserved. © 2001 NFLP. Team names and logos are trademarks of the teams indicated. All other NFL-related marks are trademarks of the National Football League. Officially licensed product of PLAYERS INC. The PLAYERS INC logo is a registered trademark of the NFL players. www.nflplayers.com © 2001 PLAYERS INC. All other trademarks are the property of their respective owners. EA SPORTS™ is an Electronic Arts™ brand. Licensed for play on the PlayStation 2 computer entertainment systems with the NTSC U/C designation only. "PlayStation" and the "PS" Family logo are registered trademarks of Sony Computer Entertainment Inc. The ratings icon is a trademark of the Interactive Digital Software Association. Manufactured and printed in the U.S.A. THIS SOFTWARE IS COMPATIBLE WITH PLAYSTATION 2 CONSOLES WITH THE NTSC U/C DESIGNATION, U.S. AND FOREIGN PATENTS PENDING. 1433511

EVERYONE

E
CONTENT RATED BY ESRB



PlayStation 2

NTSC U/C

ALL-MADDEN
John Madden

MADDEN NFL 2002

EA SPORTS™

MADDEN NFL 2002

SLUS 20263
NTSC U/C



# THE BEST GETS BETTER

SELLING PRO FOOTBALL FRANCHISE

## FEATURES

- **TAKE YOUR GAME ONLINE\*\***
  Access an online community where you can meet, chat, download rosters, and play against Madden gamers across the country.

- **FOOTBALL'S BEST COMMENTARY**
  Legendary play-by-play announcer Al Michaels and Melissa Stark join John Madden to complete football's best audio team.

- **NEW MINI-CAMP MODE**
  Tour NFL cities in the Madden Cruiser and compete in mini-games for unique Madden Cards.

- **NEW CREATE-A-PLAYBOOK**
  Create your own offensive and defensive plays, formations, and receiver routes as you build your team's playbook from scratch.

- **DEEPEST FRANCHISE MODE EVER**
  30 years of career stats and player progression logic. Draft players with tips from your scouting staff and export your franchise team to all game modes.

- **NEW EA SPORTS™ TRAX**
  Features 11 hot music releases from Andrew W. K., Nappy Roots feat. Marcos from P.O.D., (hed)p.e., Quarashi, Good Charlotte, Bon Jovi, and many more.



MINI-CAMP DB SWAT BALL DRILL    NEW STIFF-ARM MOVES

 

RUN-STUFFING GANG TACKLES



ALL-NEW CATCHES

\*\*An internet connection, a network adaptor and memory card for the PlayStation®2 are required for online gameplay. Online gameplay server will be available only through August 31, 2003. Use subject to the Online Agreement. All features may not be available at the time of purchase. Please check the online feature in game and the Online Agreement for more information.

\*Based on total franchise sales in 2001 from TRST.

**www.madden2003.com**
**www.allmadden.com**

1-2 Players    Memory Card (for PS2) – 123B KB    Analog Control
Vibration Function    Pressure Sensitive    Multitap (for PS2) – 1-8 Players

EVERYONE
Visit www.esrb.org or call
1-800-771-3772 for Rating information.

Electronic Arts, 209 Redwood Shores Parkway Redwood City, CA 94065
© 2002 Electronic Arts Inc. EA SPORTS, the EA SPORTS logo, and John Madden Football are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All Rights reserved. © 2001 NFLP. Team names and logos are trademarks of the teams indicated. All other NFL-Related marks are trademarks of the National Football League. Officially licensed product of Players Inc. The Players Inc. logo is a registered trademark of the NFL Players. WWW.NFLPLAYERS.COM © 2002 Players Inc. All other trademarks or registered trademarks are the property of their respective owners. Dolby and the double-D symbol are trademarks of Dolby Laboratories. EA SPORTS™ is an Electronic Arts™ brand. Licensed for play on the PlayStation 2 computer entertainment systems with the NTSC U/C designation only. "PlayStation" and the "PS" Family logo are registered trademarks of Sony Computer Entertainment Inc. The ratings icon is a trademark of the Interactive Digital Software Association. Manufactured and printed in the U.S.A. THIS SOFTWARE IS COMPATIBLE WITH PLAYSTATION 2 CONSOLES WITH THE NTSC U/C DESIGNATION. U.S. AND FOREIGN PATENTS PENDING. 1451511

DVD-ROM

DOLBY SURROUND

NFL    PLAYERS

0 14633 14515 1



PlayStation 2

NTSC U/C

ALL-MADDEN

MADDEN 2003

EA SPORTS

MADDEN NFL 2003

EVERYONE
E
CONTENT RATED BY
ESRB

SLUS 20529
NTSC U/C

PLAYERS



# PLAYMAKERS WIN CHAMPIONSHIPS

**#1 SELLING PRO FOOTBALL FRANCHISE**



DETAILED PLAYER ACCURACY



DOWNLOAD UPDATED PLAYER RATINGS

NEW PLAYMAKER CONTROL



HUNDREDS OF NEW ANIMATIONS

## FEATURES

- **NEW PLAYMAKER CONTROL**
  Revolutionary new feature allows you to control players off the ball. Change receiver routes pre-snap and mid-play, direct blocking downfield during a run, and more.
- **ENHANCED EA SPORTS™ ONLINE**
  Compete in a quick match-up or all-new Online Tournament games, and chat in-game with EA SPORTS™ Talk™. New EA SPORTS™ Fair Play settings reduce online cheating and only reward players who complete full games.
- **NEW OWNER MODE**
  Hire staff, set ticket and concession prices, and build your stadium with luxury boxes, scoreboards, and more. Keep score by tracking your team's revenue and fan support.
- **NEW INTEGRATED PLAYCALLING PRESENTATION**
  Speed up the pace of the game without missing any of the on-field action. An all-new interface allows you to call plays while watching in-game replays, celebrations, and reactions.
- **THE MOST REALISTIC PLAYBOOKS**
  Featuring playbooks from all officially licensed NFL Coaches Club Head Coaches and licensed Assistant Coaches.
- **NEW EA SPORTS™ BIO**
  Track your accomplishments in Madden NFL 2004 and unlock special rewards by playing multiple EA SPORTS™ games like NCAA® Football 2004, NBA LIVE 2004, and Tiger Woods PGA TOUR® 2004.

*USB headset and broadband connection required.  † Memory Card required.

**EVERYONE**
Visit www.esrb.org or call
1-800-771-3772 for Rating information.
Game Experience May
Change During Online Play

NETWORK CONNECTION, A NETWORK ADAPTOR AND MEMORY CARD FOR THE PLAYSTATION 2 ARE REQUIRED FOR ONLINE GAMEPLAY.

www.allmadden.com
www.madden2004.com

0  14633 14636  3

1-2 Players   Memory Card (for PS2) - 150K KB   Analog Control
Vibration Function   Pressure Sensitive   Multitap (for PS2) - 1-8 Players
Online: Ethernet Broadband or Analog Modem required   AOL Dial-Up Compatible
Network Adaptor (PS2) - 2 Players

DOLBY SURROUND

DVD ROM

**IMPORTANT INFORMATION ON THE EA SPORTS™ ONLINE SERVICE, INCLUDING AVAILABILITY FOR PLAY, TERMS AND CONDITIONS, AND MEMBERSHIP AGREEMENT CAN BE FOUND AT http://www.easports.com/ps2legal

EA SPORTS Online is a free game service that you play via the Internet, allowing one to play with thousands of other sports fans. AN INTERNET CONNECTION, NETWORK ADAPTOR AND MEMORY CARD FOR THE PLAYSTATION 2 ARE REQUIRED TO PLAY. Internet service providers usually charge a monthly fee to provide this access.

YOU MUST BE 13+ TO REGISTER FOR THE EA SPORTS ONLINE SERVICE. EA SPORTS ONLINE SERVICE IS AVAILABLE IN NORTH AMERICA ONLY.

EA RESERVES THE RIGHT TO RETIRE THE EA SPORTS ONLINE SERVICE FOR THIS PRODUCT AFTER 90 DAYS NOTICE, OR 30 DAYS AFTER THE LAST DAY OF THE 2003-2004 NFL SEASON.

Electronic Arts Inc. 209 Redwood Shores Parkway, Redwood City, CA 94065.
© 2003 Electronic Arts Inc. Electronic Arts, EA SPORTS, the EA SPORTS logo and John Madden Football are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All rights reserved. © 2003 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially licensed product of PLAYERS INC. The PLAYERS INC logo is a registered trademark of the NFL players. www.nflplayers.com © 2003 PLAYERS INC. Dolby and the double-D symbol are trademarks of Dolby Laboratories. "PlayStation" and the "PS" Family logo are registered trademarks of Sony Computer Entertainment Inc. All other trademarks are the property of their respective owners.

Players are responsible for all applicable Internet fees.

Licensed for play on PlayStation 2 computer entertainment systems with the NTSC U/C designation only. "PlayStation" and the "PS" Family logo are registered trademarks of Sony Computer Entertainment Inc. Online Logo is a trademark of Sony Computer Entertainment America Inc. The ratings icon is a trademark of the Interactive Digital Software Association. Manufactured and printed in the U.S.A. This software uses "DNAS" (Dynamic Network Authentication System) a proprietary authentication system created by Sony Computer Entertainment Inc. to provide security and help protect copyrighted content. THIS SOFTWARE IS COMPATIBLE WITH PLAYSTATION 2 CONSOLES WITH THE NTSC U/C DESIGNATION, U.S. AND FOREIGN PATENTS PENDING.
1463611

PLAYERS INC

EVERYONE
**E**
CONTENT RATED BY ESRB

SLUS 20752
NTSC U/C

---




























SER 214



# READ AND REACT



**#1 SELLING PRO FOOTBALL FRANCHISE!**

## FEATURES

**ALL-NEW READ AND REACT SYSTEM**
Scan the field to identify individual strengths and weaknesses before every play. Read, react, and exploit mismatches to gain the upper hand.

**PLAYERS SMARTER THAN EVER BEFORE**
Improved player intelligence provides more authentic gameplay on both sides of the ball. New player moves and ultra-smooth animations deliver the most realistic football gaming experience ever.

**NEW SKILL DRILLS MODE**
Stay on the field after every win or loss to work on specific aspects of your game. Each drill focuses on building new skills, helping you improve after every game.

**NEW FANTASY CHALLENGE MODE**
Leverage your fantasy football knowledge to draft an NFL dream team, then risk key players in mini-game challenges to add elite superstars to your roster.

**RING OF A CHAMPION**
Create your own championship ring based on career achievements in Franchise, NFL Superstar: Hall of Fame, and other game modes.

**HIT STICK 2.0**
Take more control on defense with an enhanced Hit Stick. Aim high to jar the ball loose or take down power backs with drive-stopping tackles around the legs.



**ULTRA-SMOOTH GAMEPLAY**



**ALL-NEW SKILL DRILLS**

madden08.com    allmadden.com

1-2 Players | Memory Card (for PS2) 1478 KB required | Analog Control | Vibration Function | Pressure Sensitive | Multitap (for PS2) 1-8 Players

Online (Ethernet Broadband required) | Network Adaptor (PS2) required - 2 Players | Logitech/PS2 USB Headsets

**DVD** ROM



**EVERYONE**
Visit www.esrb.org for updated rating information.

ESRB CONTENT RATING    www.esrb.org

Game experience may change during online play.

Includes video trailer of games not yet rated.

**E EVERYONE**

WARNING: IF YOU HAVE A HISTORY OF EPILEPSY OR SEIZURES, CONSULT A DOCTOR BEFORE USE. CERTAIN PATTERNS MAY TRIGGER SEIZURES WITH NO PRIOR HISTORY. BEFORE USING AND FOR MORE DETAILS SEE INSTRUCTIONS FOR THE PRODUCT.

0  14633 15402  3



# PlayStation.2

NTSC U/C

PlayStation.2

EA SPORTS

**MADDEN NFL 08**



Riddell

EA SPORTS

# MADDEN NFL 08

**E EVERYONE**
CONTENT RATED BY ESRB
NTSC U/C

SLUS 21638

ONLINE BROADBAND ONLY

HALL OF FAME

NFL PLAYERS

SER 216



**LEVEL THE PLAYING FIELD**

**#1 SELLING PRO FOOTBALL FRANCHISE**

**KEY FEATURES**

▶ **MOST AUTHENTIC GAMEPLAY EVER**
Pull off new combo moves by stringing together multiple actions in succession, direct receivers' routes when scrambling out of the pocket, and avoid pressure with the all-new QB Avoidance Stick to take charge of the game like never before.

▶ **FUN, ACCESSIBLE GAMEPLAY**
With an all-new playcalling system featuring simplified one-button controls and assisted player movements, now rookies can learn to dominate like an All-Pro.

▶ **ALL-NEW FRANCHISE SCORING**
Earn points for winning games, developing players, increasing attendance, and more. Then, see how your score stacks up as you track your progress with the all-new Decade Scoring system.

▶ **ALL-NEW SUPERSIM**
Take full control over the pace of a game by simulating a single play, a quarter, or an entire game. Take the field or take plays off, it's entirely up to you.

▶ **EARN YOUR SPOT**
Use points earned in practice to improve your skills and overtake players ahead of you on the depth chart. Once a starter, do whatever it takes to reach key incentives written in your contract.

▶ **ENHANCED FANTASY CHALLENGE**
Three new league champions with unique special abilities have joined the fray with one goal in mind: knocking you from your championship run.

ALL-NEW QB AVOIDANCE

ALL-NEW LEAGUE CHAMPIONS

madden09.com    allinmadden.com

1-2 Players | Memory Card (for PS2) 1466 KB required | Analog Control | Vibration Function | Pressure Sensitive | Multitap (for PS2) 1-8 Players

Online Ethernet Broadband required | Network Adaptor (PS2) required - 2 Players | Logitech® PS2 USB Headset

**EVERYONE**
**E**
ESRB CONTENT RATING    www.esrb.org

WARNING: IF YOU HAVE A HISTORY OF EPILEPSY OR SEIZURES, CONSULT A DOCTOR BEFORE USE. CERTAIN PATTERNS MAY TRIGGER SEIZURES WITH NO PRIOR HISTORY. BEFORE USING AND FOR MORE DETAILS SEE INSTRUCTIONS FOR THIS PRODUCT.

Visit www.esrb.org for rating information.

Online Interactions
Not Rated by the ESRB.

0  14633 15408  5

**PlayStation 2**

NTSC U/C

PlayStation 2

EA SPORTS

**MADDEN NFL 09**

MADDEN 20 YEARS 1989–2009

Riddell

EA SPORTS

**MADDEN NFL 09**

EVERYONE
**E**
CONTENT RATED BY ESRB

ONLINE
BROADBAND ONLY

NFL PLAYERS

Madden NFL 2009   933775   <PS2>   0225LCE1HA

$19.99

Pre-Owned

DVD 9GB

DOLBY PRO LOGIC II

SER 217



# EXHIBIT 3







