**FILED**

NOT FOR PUBLICATION

FEB 20 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL E. DAVIS, AKA Tony Davis; VINCE FERRAGAMO; BILLY JOE DUPREE; SAMUEL MICHAEL KELLER, <br><br>      Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br>      Defendant - Appellant. | No. 12-15737 <br><br> D.C. No. 3:10-cv-03328-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: REINHARDT, FISHER and BERZON, Circuit Judges.

Within 21 days of the date of this order, Appellees are directed to file a response to the Appellant's Petition for Rehearing En Banc, filed with this court on January 20, 2015. The response shall not exceed 15 pages or 4200 words. Parties who are registered for ECF must file the response electronically without submission of paper copies. Parties who are not registered ECF filers must file the original response plus 50 paper copies.